# EXHIBIT C















GOVERNMENT
EXHIBIT
7

















