DIANE J. HUMETEWA
United States Attorney
District of Arizona

MICHAEL T. MORRISSEY
Assistant U.S. Attorney
Arizona State Bar No. 012531
John Boyle
Arizona State Bar No. 015640
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408

Telephone (602) 514-7500
mike.morrissey@usdoj.gov
john.boyle@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America | CR-09-0712-PHX-DGC |
|---|---|
| Plaintiff, | |
| v. | **SUPPLEMENT TO APPEAL OF RELEASE ORDER/MOTION TO REVIEW RELEASE CONDITIONS** |
| Daniel Mahon, | |
| Defendant. | |

The United States, pursuant to oral permission granted by Judge Snow at the July 8, 2009 hearing regarding this Court's review of defendant's release conditions, provides the following Exhibits (Exhibits 19 and 20), to supplement Exhibit C of its Appeal of Release Order/Motion to Review Release Conditions (CR 13), filed on July 6, 2009. Exhibit C represents photographs of items in the Mahon home and other evidence presented to Magistrate Judge Michael Mahoney in Rockford, Illinois at defendant's July 1, 2009 detention hearing. Inadvertently, Exhibits 19 and 20 were not included in the government's appeal (CR 13).

Further, at the July 8, 2009 hearing the government raised whether it erred in asserting in its Appeal, that a presumption of dangerousness and flight applied to this case, based on 18 U.S.C. § 3142(e)(2)(A). That citation was in error. In fact, the presumption of dangerousness and flight risk does apply, pursuant to 18 U.S.C. § 3142(e)(3)(C), because probable cause exists, based on Count 1 of the indictment, that defendant conspired to violate 18 U.S.C. § 844(i), an offense listed in 18 U.S.C. § 2332b(g)(5)(B), that provides for a maximum term of imprisonment

of 10 years or more. A conviction for violating 18 U.S.C. § 844(i), where personal injury results, carries a maximum term of 40 years imprisonment.

Respectfully submitted this 23rd day of July, 2009.

DIANE J. HUMETEWA
United States Attorney
District of Arizona


*s/ Michael T. Morrissey*
MICHAEL T. MORRISSEY
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on July 23rd, 2009 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing:

and sent via e mail, to the following, who is anticipated to be defendant's counsel but who has not yet appointed by the Court to represent defendant:

Barbara Hull
Law Office of Barbara Hull
637 N. Third Avenue Ste Three
Phoenix, Az 85003
blhull@q.com

2