AO 442 (Rev. 01/09) Arrest Warrant

1755099

# UNITED STATES DISTRICT COURT
for the
District of Arizona

**SEALED**

RECEIVED
2009 JUN 17 AM 11:18
U S MARSHALS SERVICE
DIST-AZ PHOENIX

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. CR-09-712-PHX-DGC |
| Daniel Mahon, | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Daniel Mahon,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:844(n) and 844(i) - Conspiracy to Damage Buildings and Property by Means of Explosive

✓ FILED   ___ LODGED
___ RECEIVED   ___ COPY

AUG 1 0 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Date:   06/17/2009

*Issuing officer's signature*

City and state:   Phoenix, Arizona

RICHARD H. WEARE, Clerk/DCE
*Printed name and title*

### Return

This warrant was received on *(date)* 6-17-09, and the person was arrested on *(date)* 6-25-05
at *(city and state)* Rockford, Illinois.

Date: 7-31-09

By _____
*Arresting officer's signature*

Arrested by ATF
*Printed name and title*