DENNIS K. BURKE
United States Attorney
District of Arizona

MICHAEL T. MORRISSEY
Assistant U.S. Attorney
Arizona State Bar No. 012531
JOHN BOYLE
Assistant U.S. Attorney
Arizona State Bar No. 015640
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
mike.morrissey@usdoj.gov
john.boyle@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>        Plaintiff,<br>  v.<br><br>Dennis Mahon and Daniel Mahon,<br><br>        Defendants. | CR-09-0712-PHX-DGC<br><br>**RESPONSE TO MOTION FOR MODIFICATION OF DETENTION CONDITIONS** |

      The United States responds to Dennis Mahon's Motion For Modification of Detention Conditions (CR 137) and Daniel Mahon's Motion For Modification of Detention Conditions (CR 157) and requests that the Motions be denied as moot. On January 6, 2009, the government was advised by the United States Marshals' Service that defendants are being moved out of the Fourth Avenue Jail, and will be placed in a federal pretrial facility; the government is advised that the transfer of defendants to a federal pretrial facility will be accomplished by January 14, 2009, the date currently scheduled for a hearing on defendants' motions. Because the Marshals Service is independently providing the relief sought by defendants, there is no present controversy between the parties and no need for an Order of the Court addressing the issue raised by defendants.

////

Respectfully submitted this 6th day of January, 2010.

DENNIS K. BURKE
United States Attorney
District of Arizona

s/ *Michael T. Morrissey*
MICHAEL T. MORRISSEY
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing:

Barbara Hull
637 N. Third Avenue, Suite Three
Phoenix, Arizona 85003
attorney for defendant Daniel Mahon

Deborah Williams
Asst. Federal Public Defender
850 W. Adams Street, Suite 201
Phoenix, Arizona 85007
attorney for defendant Dennis Mahon