```
                                    FILED     ____ LODGED
                                    RECEIVED  ____ COPY

                                    AUG 1 1 2010

                                    CLERK U S DISTRICT COURT
                                    DISTRICT OF ARIZONA
                                    BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>    Plaintiff,<br><br>    v.<br><br>1. Dennis Mahon<br>   (Counts 1,2,3)<br><br>2. Daniel Mahon<br>   (Count 1)<br><br>    Defendants. | NO. CR-09-0712-PHX-DGC<br><br>**SUPERSEDING INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 844(n), 844(i)<br>(Conspiracy to Damage Buildings and Property by Means of Explosive)<br>Count 1<br><br>18 U.S.C. § 844(i) and 2<br>(Malicious Damage of Building by Means of Explosive)<br>Count 2<br><br>18 U.S.C. § 842(p)(2)(A)<br>(Distribution of Information Related to Explosives)<br>Count 3 |

THE GRAND JURY CHARGES:

## COUNT 1

On or about September 26, 2003 to on or about June 25, 2009, in the District of Arizona and elsewhere, defendants DENNIS MAHON and DANIEL MAHON and others known and unknown to the grand jury did knowingly and unlawfully combine, conspire, confederate and agree together to maliciously damage and destroy by means of fire and explosives, buildings and other real property used in interstate and foreign commerce and in activities affecting interstate and foreign commerce.

## OBJECT OF THE CONSPIRACY

The object of the conspiracy was to promote racial discord on behalf of the "White Aryan Resistance"(WAR) by damaging and destroying buildings, facilities and real property of both the government and businesses whose activities defendants believed conflicted with their goals. Defendants also conspired to teach the tactics of terrorism with the intent that others commit violent acts on behalf of WAR.

## MANNER AND MEANS OF THE CONSPIRACY

1) It was part of the conspiracy that one or more of the conspirators build and deliver an explosive device to the City of Scottsdale Office of Diversity and Dialogue.

2) It was further part of the conspiracy that one or more of the conspirators teach an individual how to build a package containing a pipe bomb.

3) It was further part of the conspiracy that one or more of the conspirators send to others training materials on the production of and use of explosives, techniques to avoid detection by law enforcement, and methods to commit terrorism.

## OVERT ACTS OF THE CONSPIRACY

In furtherance of the conspiracy, and to effect the illegal objects thereof, one or more of the conspirators knowingly performed one or more overt acts, in the District of Arizona and elsewhere within the United States, including but not limited to the following:

1) On or about September 26, 2003, DENNIS MAHON, using the phone of DANIEL MAHON, called the City of Scottsdale Office of Diversity and Dialogue office, and left a voice message stating that "the White Aryan Resistance is growing in Scottsdale. There's a few white people who are standing up."

2) On or about February 21, 2004, DENNIS MAHON participated in the construction of a bomb, disguised in a cardboard box made to appear as a parcel package, that was delivered to the City of Scottsdale Civic Center Library. The label on the box was addressed to Donald Logan, Office of Diversity & Dialogue. The bomb did in fact explode on February 26, 2004

1  when Donald Logan opened the box.  Donald Logan and Renita Linyard suffered peronal
2  injuries as result of the explosion.
3         3) On or about January 29, 2005, DANIEL MAHON discussed with an individual how
4  to plan for criminal activity, how to dress to avoid detection by law enforcement, and how to
5  blow-up a vehicle by releasing  phosphorus compound into its gas tank.
6         4) On or about February 1, 2005, DENNIS MAHON taught an individual how to blow-
7  up a house using simple tools and a propane tank.  As part of this instruction, DENNIS MAHON
8  told this person to avoid detection by always wearing gloves when building or placing a bomb.
9         5) On or about February 2, 2005, DENNIS MAHON taught another individual how to
10 construct a package pipe-bomb that would use a 9-volt battery, black powder, an electric match
11 and other components. DENNIS MAHON instructed the individual that a victim might survive
12 a package bomb containing only black powder but that a "pipe bomb will kill him."
13        6) On or about February 4, 2005, DENNIS MAHON and DANIEL MAHON planned
14 a trip to a gun show in Catoosa, Oklahoma for the purpose of purchasing periodicals and
15 components related to bomb-making, including books, gun powder, an electric match, and a
16 fuse.
17        7) On or about February 5, 2005, DENNIS MAHON and DANIEL MAHON traveled
18 to a gun show for the purpose of acquiring bomb-related materials.  DENNIS MAHON and
19 DANIEL MAHON discussed measures to avoid detection by law enforcement at the gun show,
20 including the necessity to travel separately to the gun show, to wear hats and sunglasses, and to
21 split up at the show.
22        8) On or about February 5, 2005, DENNIS MAHON demonstrated to an individual the
23 assembly of a bomb using a cardboard box, wires, and other components of a pipe-bomb.
24 DENNIS MAHON told the individual that the bomb would either kill the victim or injure the
25 victim's fingers and face.
26        9) On or about April 15, 2005, DENNIS MAHON mailed to an individual in Wickenburg,
27 Arizona, a book titled <u>Forgive? Forget it!  Creative Revenge at its Best</u>.  In this book, DENNIS
28

MAHON enclosed an index card with the words "padded envelope," "9x12," and "6x9." The card was enclosed at the chapter of the book explaining how to build "a poor man's mail bomb."

10) On or about May 3, 2005, DENNIS MAHON mailed to an individual in Wickenberg, Arizona, a book titled <u>Poor Man James Bond 2</u>. The book contains numerous chapters explaining the manufacture and use of improvised explosive devices.

11) On or about October 11, 2006, DENNIS MAHON mailed to an individual in Wickenburg, Arizona, a book titled <u>A Manual of Urban Guerilla Warfare, Fighting in the Streets</u>. This book contains several chapters explaining the manufacture and use of improvised explosive devices.

12) On or about October 20, 2007, DENNIS MAHON directed an individual to travel to Missouri for the purpose of learning how to make improvised explosive devices and learn techniques to avoid law enforcement detection.

13) On December 11, 2007, DANIEL MAHON told DENNIS MAHON he was opposed to non-whites in his community and said "that's why we've got to start getting violent."

14) On or about February 13, 2008, DENNIS MAHON directed an individual to conduct violent action on behalf of the movement and show the results to DENNIS MAHON by mailing copies of newspaper articles that would report the violent acts.

15) On or about January 5, 2009, DENNIS MAHON directed an individual to take action against the power grid in Arizona or Texas in the event that leaders of the white resistance, such as himself, were arrested by law enforcement.

16) On June 25, 2009, DENNIS MAHON possessed two M-80 type devices with numerous ball bearings glued to the outside of the 2-inch explosive.

All in violation of Title 18 United States Code, Sections 844(n) and 844(i).

**NOTICE OF SPECIAL FINDING**

The allegations of Count 1 of this Indictment are hereby re-alleged as if fully set forth herein and incorporated by reference. With regard to Count 1 of this Indictment, the Grand Jury makes the special finding that Donald Logan and Renita Linyard suffered personal injury as a result of prohibited conduct by defendants.

**COUNT 2**

On or about February 26, 2004, in the District of Arizona, defendant DENNIS MAHON did maliciously damage by means of an explosive, a building and real property used in activity affecting interstate and foreign commerce and used interstate and foreign commerce, namely the City of Scottsdale, Office of Diversity and Dialogue located in Scottsdale, Arizona; that prohibited conduct resulted in personal injury to Donald Logan and Renita Linyard.

In violation of Title 18, United States Code, Sections 844(i) and 2.

**NOTICE OF SPECIAL FINDING**

The allegations of Count 1 and 2 of this Indictment are hereby re-alleged as if fully set forth herein and incorporated by reference. With regard to Counts 1 and 2 of this Indictment, the Grand Jury makes the special finding that Donald Logan and the City of Scottsdale, Office of Diversity and Dialogue were intentionally selected as the object of these offenses because of the actual or perceived race and color of Donald Logan.

**COUNT 3**

From on or about January 29, 2005 up to and including on or about May 15, 2005, in the District of Arizona and elsewhere, defendant DENNIS MAHON taught and demonstrated the making and use of an explosive and destructive device, and distributed information pertaining to in whole and in part the manufacture and use of an explosive and destructive device, in that DENNIS MAHON taught an individual how to blow-up a house using simple tools and a propane tank, taught that individual how to construct a package pipe-bomb, mailed to that individual in Wickenburg, Arizona, a book titled <u>Forgive? Forget it! Creative Revenge at its Best</u>, and a book titled <u>Poor Man James Bond 2</u>, with the intent that the teaching, demonstration, and information be used for and in furtherance of an activity that constitutes a Federal crime of violence, that is, a violation of Title 18, United States Code, Section 844(d), transportation and attempted transportation in interstate commerce of an explosive for the purpose of killing, injuring, or intimidating an individual or unlawfully damaging and destroying any building,

//
//

1  vehicle, or real and personal property.

2        All in violation of Title 18, United States Code, Sections 842(p)(2)(A).

3

4                         A TRUE BILL
                          /s/

5                  FOREPERSON OF THE GRAND JURY

6                  Date: August 11, 2010

7  DENNIS K. BURKE
8  United States Attorney
   District of Arizona

9       /s/

10 John Boyle
   Michael T. Morrissey
11 Assistant U.S. Attorneys

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28