Barbara Hull, State Bar No. 011890
637 North Third Avenue, Suite Three
Phoenix, Arizona 85003
Telephone: (623)465-1705
Facsimile: (623)465-1706
blhull@q.com
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No.: CR09-0712-02-PHX-DGC** |
| **Plaintiff,** | **JOINT SUBMISSION OF DISCOVERY MATRIX** |
| vs. | |
| **DANIEL MAHON,** | (Assigned to The Honorable David G. Campbell) |
| **Defendant.** | |

Pursuant to Case Management Order No. 5, dated June 29, 2010, the parties herewith submit the Discovery Matrix attached hereto.

RESPECTFULLY SUBMITTED this 13th day of August, 2010.

__/s/ Barbara L. Hull_____
Barbara L. Hull, Attorney for Daniel Mahon

Original filed electronically this date.

Courtesy copy of the foregoing sent electronically this date to:

The Honorable David G. Campbell
United States District Court
401 West Washington Street
Phoenix, Arizona 85003
at: Campbell_chambers@azd.uscourts.gov

Deborah Williams, Esq.
Milagros Cisneros, Esq.
Assistant Federal Public Defenders
District of Arizona
850 West Adams, Suite 201
Phoenix, Arizona 85007-2730
Attorneys for Dennis Mahon
at: Deborah_Williams@fd.org

Michael Morrissey, Esq.
John Boyle, Esq.
Assistant United States Attorney
Two Renaissance Square, Suite 1200
40 North Central Avenue
Phoenix, Arizona 85003-4408
at: John.Boyle@usdoj.gov


__/s/ Barbara L. Hull_____