ATTACHMENT B

1   (CD-1 Dennis Mahon.WMA – Position 1 of 601)

2   (AUDIO ONLY)

3   (SHUFFLING SOUND)

4   S/A TRISTAN MORELAND:    Yeah, this is S/A Moreland, uh…this next

5                            conversation is going to be with Dennis Mahon,

6                            who has been Mirandized and not yet invoked and,

7                            uh…we're gonna be talking to him about…uhm…

8                            he situation.

9   (SHUFFLING SOUND)

10  (PAUSE)

11  (OUTDOOR / AMBIENT NOISE)

12  (CD POSITION – 75 WAV)

13  S/A TRISTAN MORELAND:    Still standing by…waiting for him to be brought

14                           down by, uh…S/A Adrian Green.

15  (SHUFFLING SOUND)

16  S/A TRISTAN MORELAND:    Uh, he's walking down now.

17  (PAUSE)

18  (CD POSITION – 114 WAV)

19  S/A TRISTAN MORELAND:    Mmm-hmm…okay.

20  S/A ADRIAN GREEN:        (IN BACKGROUND: I just…uh…

21                           (UNINTELLIGIBLE)...)

22  S/A TRISTAN MORELAND:    Dennis.

23  DENNIS MAHON:            You know…I think I've seen you before.

| | | |
|---|---|---|
| 1 | S/A TRISTAN MORELAND: | Yes, you have. |
| 2 | (PAUSE) | |
| 3 | S/A TRISTAN MORELAND: | This is who I really am. My name's Tristan |
| 4 | | Moreland and I'm an…ATF Special Agent //out of |
| 5 | | Phoenix, Arizona. |
| 6 | DENNIS MAHON: | //I-…I thought you were. |
| 7 | S/A TRISTAN MORELAND: | Yeah, I figured you might. //First impression-… |
| 8 | DENNIS MAHON: | //Yeah, I kinda had you with, uh…yeah…I-I think |
| 9 | | that you were. |
| 10 | S/A TRISTAN MORELAND: | I told Daniel same thing I'm gonna tell you. Uhm… |
| 11 | | this isn't a good situation for you guys. I'm just |
| 12 | | gonna be straight up with you. I got you cold. |
| 13 | | Uhm…we got DNA, I realize you guys are twins. |
| 14 | | We gotta deal with that issue, uhm…one of you… |
| 15 | | pushed your finger into the switch…in the glue, |
| 16 | | some little fucking piece of shit got in there |
| 17 | | somehow, probably off the glove, I don't know, we |
| 18 | | spend a hundred thousand (100,000) dollars to pull |
| 19 | | the DNA, uhm…I know about the phone call you |
| 20 | | made to Logan's office in September of O three |
| 21 | | ('03). That's what tipped me off to you guys. Uh… |
| 22 | DENNIS MAHON: | Who's Logan? |

Case No.: # 785080-04-0012
Date:   June 25, 2009 @ Time Not Specified
Name:   DENNIS MAHON, Interview
Matter: CD Audio Recording / WMA (Original Court Transcript)

2

| | | |
|---|---|---|
| 1 | S/A TRISTAN MORELAND: | Uh, he's the victim of the-the…bombing in |
| 2 | | Scottsdale. |
| 3 | DENNIS MAHON: | Hmm… |
| 4 | S/A TRISTAN MORELAND: | So…uhm…like I told Daniel, I spent, uh…two (2) |
| 5 | | years doing wiretaps, we are…we're raiding Tom |
| 6 | | Metzger's house right now. I've got Tom Metzger's |
| 7 | | e-mails to the reporter; uh…the day before the |
| 8 | | bomb was planted in the library and…uh… |
| 9 | DENNIS MAHON: | Library? |
| 10 | S/A TRISTAN MORELAND: | Yeah, that's where it was planted. I don't know… |
| 11 | DENNIS MAHON: | I never been to the-… |
| 12 | S/A TRISTAN MORELAND: | …no, I didn't say you have…I-I-I don't know if |
| 13 | | your brother told you the truth about where he put |
| 14 | | the bomb or what he did with it, but he didn't get it |
| 15 | | in the mail like he thought he was going to, so…eh- |
| 16 | | …let me, let me tell you what's going on, okay… |
| 17 | | tomorrow…uh…or today, actually, you'll get your |
| 18 | | initial-initial appearance, okay? Then you'll be |
| 19 | | brought back to Phoenix, uh…well, no, back-up… |
| 20 | | Monday they'll probably schedule what's called a |
| 21 | | removal hearing, here in Rockford, that's where |
| 22 | | it's…it's kind of an identity hearing or…a lot of |
| 23 | | people call it extradition hearing. That same time, |

Case No.: # 785080-04-0012
Date:   June 25, 2009 @ Time Not Specified
Name:  DENNIS MAHON, Interview
Matter: CD Audio Recording / WMA (Original Court Transcript)

3

| | | |
|---|---|---|
| 1 | | uh…you'll have a detention hearing, uhm…here in |
| 2 | | Rockford…and then if you're…found to be the |
| 3 | | person that's indicted in Arizona, there's a three |
| 4 | | count indictment out there against you and your |
| 5 | | brother and it's essentially a conspiracy to bomb |
| 6 | | facilities and commerce which…obviously dates |
| 7 | | back in time, and then…all the way forward to now. |
| 8 | | Uh…as you know, I think you've been show the |
| 9 | | search warrant we're looking for…things that'll link |
| 10 | | you, both to the Scottsdale bombing and other |
| 11 | | incidents. |
| 12 | DENNIS MAHON: | Yeah, I understand some law enforcement, yes. |
| 13 | S/A TRISTAN MORELAND: | Well, I-I-I know, I know…you-you're very sharp |
| 14 | | guy. So, that-… |
| 15 | DENNIS MAHON: | …no, I'm pretty stupid. |
| 16 | S/A TRISTAN MORELAND: | Well… |
| 17 | DENNIS MAHON: | I'd be rich. |
| 18 | S/A TRISTAN MORELAND: | …we all are stupid in some ways and we're brilliant |
| 19 | | in others, so, you-you've-you have a lot of skills, |
| 20 | | uh…sometimes I think you got a little off with… |
| 21 | | where you applied 'em, but nevertheless…uhm… |
| 22 | | you're not gonna have any friends after this. I know |
| 23 | | that peo-...people are gonna say, "Oh, Tom's gonna |

Case No.: # 785080-04-0012
Date:   June 25, 2009 @ Time Not Specified
Name:   DENNIS MAHON, Interview
Matter: CD Audio Recording / WMA (Original Court Transcript)

4

| | |
|---|---|
| 1 | do this, Tom's gonna do that." We're raiding his |
| 2 | house right now, he just walked out the door, we |
| 3 | had to let him go because we don't have an arrest |
| 4 | warrant, he had seventeen thousand ($17,000) |
| 5 | dollars in cash on him, uh-…him and Mary, uhm… |
| 6 | but we're not done with him. We do plan to indict |
| 7 | him, uh…like I said, I-I…I got his e-mails where he |
| 8 | told the reporter, uh…that wrote the Aryan Fest |
| 9 | Article, which is…I know, what kind of…kicked |
| 10 | this thing off…uhm…I put the bomb all back |
| 11 | together, I haven't figured out where all the parts |
| 12 | came from, but…I realize how sharp you guys are |
| 13 | with buying 'em, you know, at different places and |
| 14 | not-…not doing things, uh…like other people do, |
| 15 | so…I can live with that, uh…I'm looking for |
| 16 | paperwork to link you to the note…in the bomb, |
| 17 | uh…as you know, uh…I'm looking for the electric |
| 18 | matches, the igniters, the wires, the things like that, |
| 19 | so…uh…the hard drive on the computer, I |
| 20 | mentioned, we'll be taking that, imaging that. I'm |
| 21 | also, uh…raiding Robert Joos house, uh…he's in |
| 22 | custody and under arrest. He was also charged with, |
| 23 | uhm…he's a felon in possession of firearms and |

| | | |
|---|---|---|
| 1 | | he's also been charged with teaching, uh…terrorist |
| 2 | | bombings, it's…//essentially… |
| 3 | DENNIS MAHON: | //Really? |
| 4 | S/A TRISTAN MORELAND: | …yeah, uhm…so…he-he kind of…did himself a |
| 5 | | favor and taught me how to bomb a building in, |
| 6 | | uh…Phoenix, so…uhm…so he's been indicted for |
| 7 | | that and, uh…they're pulling some guns out of his |
| 8 | | property. I don't know what else, but they're… |
| 9 | DENNIS MAHON: | You ever been on his property? |
| 10 | S/A TRISTAN MORELAND: | Oh, yes, several times. |
| 11 | DENNIS MAHON: | And you're gonna have to have about ten thousand |
| 12 | | (10,000) men to cover everything down there. |
| 13 | S/A TRISTAN MORELAND: | Well, it's not ten thousand, but I do have a few |
| 14 | | hundred down there, right now. |
| 15 | DENNIS MAHON: | Yeah, good luck. |
| 16 | S/A TRISTAN MORELAND: | They're doing all the caves…uhm… |
| 17 | DENNIS MAHON: | You tell 'em to be very careful… |
| 18 | S/A TRISTAN MORELAND: | Oh, we were… |
| 19 | DENNIS MAHON: | …'cause they're-they're booby-trapped. //Just |
| 20 | | telling you. |
| 21 | S/A TRISTAN MORELAND: | //Oh, all of them? Okay, I'll…I better call down |
| 22 | | there. //Now,  he… |
| 23 | DENNIS MAHON: | //Yeah, I don't wanna see you guys get hurt. |

Case No.: # 785080-04-0012
Date:    June 25, 2009 @ Time Not Specified
Name:   DENNIS MAHON, Interview
Matter:  CD Audio Recording / WMA (Original Court Transcript)

6

| | | |
|---|---|---|
| 1 | S/A TRISTAN MORELAND: | No, and I, and I appreciate that, and I-I-…I…//and I |
| 2 | | think… |
| 3 | DENNIS MAHON: | //And snakes…look out, rattlesnakes, lots of 'em. |
| 4 | S/A TRISTAN MORELAND: | I know that, uhm…I want to thank you for…not |
| 5 | | choosing to have a shoot out here today. I was |
| 6 | | concerned about it. |
| 7 | DENNIS MAHON: | (EXHALES) I've…I think that…uh…it came very |
| 8 | | close. |
| 9 | S/A TRISTAN MORELAND: | I know you did. //Uhm…and-and I was… |
| 10 | DENNIS MAHON: | //But…at least…if-if you would have hurt me three |
| 11 | | (3:00) o'clock in the morning, there would have |
| 12 | | been a lot body bags, including myself. //But… |
| 13 | S/A TRISTAN MORELAND: | //Well, good…good, thank God… |
| 14 | DENNIS MAHON: | //…you can thank the Ogle Country Sheriff… |
| 15 | S/A TRISTAN MORELAND: | //...you're right. |
| 16 | DENNIS MAHON: | …he-he's a good guy and I-… |
| 17 | S/A TRISTAN MORELAND: | Yeah, absolutely, and-and we-we… |
| 18 | DENNIS MAHON: | …which is good. |
| 19 | S/A TRISTAN MORELAND: | …we, uh…we ask him to do it that way and they |
| 20 | | complied and they've //been very…very |
| 21 | | cooperative as far as… |
| 22 | DENNIS MAHON: | //Yeah, and they know me. |

| | | |
|---|---|---|
| 1 | S/A TRISTAN MORELAND: | …yeah, well, absolutely, they said they've been out here and I'm glad they did that. I know that if we had come, uh…it would have been a problem. |
| 4 | DENNIS MAHON: | Yes, it would have been. |
| 5 | S/A TRISTAN MORELAND: | Uhm… |
| 6 | DENNIS MAHON: | I'm glad it worked out the way it did. |
| 7 | S/A TRISTAN MORELAND: | …now here's…I know today is probably not the time that you're gonna wanna talk to me, okay? |
| 9 | DENNIS MAHON: | No, I'm not gonna say anymore unless I have an attorney. |
| 11 | S/A TRISTAN MORELAND: | I-I understand. Uhm…what I'm interested in is a couple of things. Think about this, don't make any more statements if you're telling me you want an attorney. I'm just telling you that…we're interested in finding Mr. Coombs who you may have known as James Wilson, for the shooting of the state trooper, when Robert was arrested back in the-…ninety-four ('94). |
| 19 | DENNIS MAHON: | I have //no idea who that is. |
| 20 | S/A TRISTAN MORELAND: | //Just…okay, that's fine. |
| 21 | DENNIS MAHON: | Eh…I heard about it in the news… |
| 22 | S/A TRISTAN MORELAND: | Okay, and, uh…and //obvious-… |
| 23 | DENNIS MAHON: | //How's April, how's April doing? |

| | | |
|---|---|---|
| 1 | S/A TRISTAN MORELAND: | She's doing good. Yeah, yeah…she's doing good. |
| 2 | DENNIS MAHON: | I never did trust you. |
| 3 | S/A TRISTAN MORELAND: | That's alright. |
| 4 | DENNIS MAHON: | I didn't…I never trusted Becka either. |
| 5 | S/A TRISTAN MORELAND: | You know what…we didn't trust you either. |
| 6 | | (CHUCKLES) |
| 7 | DENNIS MAHON: | But you don't know…you know who I am. |
| 8 | S/A TRISTAN MORELAND: | //I know who you are. |
| 9 | DENNIS MAHON: | //I'm, a…I'm an open book, I'm not hiding |
| 10 | | anything. |
| 11 | S/A TRISTAN MORELAND: | No, I understand, okay. |
| 12 | DENNIS MAHON: | Yeah. |
| 13 | S/A TRISTAN MORELAND: | So, uhm…if you have any questions for me, feel |
| 14 | | free to ask me, otherwise, uhm…I'm just gonna get |
| 15 | | you transported here in a few minutes down to the |
| 16 | | Rockford jail. |
| 17 | DENNIS MAHON: | Alright. |
| 18 | S/A TRISTAN MORELAND: | I'll be seeing you, uhm…probably at the hearings, if |
| 19 | | not today, uh, at the removal hearing and then, uh… |
| 20 | | I'll definitely be seeing you back in Phoenix, |
| 21 | | uhm…and we'll go from there. Okay? |
| 22 | DENNIS MAHON: | Okay. See, you were too good to be true. |

Case No.: # 785080-04-0012
Date:   June 25, 2009 @ Time Not Specified
Name:   DENNIS MAHON, Interview
Matter: CD Audio Recording / WMA (Original Court Transcript)

9

| | | |
|---|---|---|
| 1 | S/A TRISTAN MORELAND: | Well, I tried, //but I'm not, I'm not a pro' like you, |
| 2 | | bud. |
| 3 | DENNIS MAHON: | //You're too good to be-…no, you…no-no…uh- |
| 4 | | you…came out of nowhere and Becka never could |
| 5 | | tell me how you made a living. And-and a red flag |
| 6 | | went up, and Becka…a red-red flag about her, too, |
| 7 | | 'cause she could never tell me how she made a |
| 8 | | living. |
| 9 | S/A TRISTAN MORELAND: | I know. |
| 10 | DENNIS MAHON: | Okay, well…I'm-I'm…that's all I gotta say without |
| 11 | | an attorney and, now…uh…I'm gonna plead not |
| 12 | | guilty and //I'm… |
| 13 | S/A TRISTAN MORELAND: | //I understand. Yeah, that's… |
| 14 | DENNIS MAHON: | …and we'll have…we'll have our day in court. |
| 15 | S/A TRISTAN MORELAND: | …absolutely, okay? So… |
| 16 | DENNIS MAHON: | Very good. |
| 17 | S/A TRISTAN MORELAND: | …if you need anything, let me know, we'll get you |
| 18 | | going here soon. Uhm…bathroom, water, things |
| 19 | | like that. Did you guys get anything to eat this |
| 20 | | morning? |
| 21 | DENNIS MAHON: | No, I just…fast for, four (4) or five (5) days. |
| 22 | S/A TRISTAN MORELAND: | Okay. |
| 23 | DENNIS MAHON: | I'm a diabetic. |

Case No.: # 785080-04-0012
Date:   June 25, 2009 @ Time Not Specified
Name:   DENNIS MAHON, Interview
Matter: CD Audio Recording / WMA (Original Court Transcript)

10

| | | |
|---|---|---|
| 1 | S/A TRISTAN MORELAND: | Okay, uhm… I don't know how they do it down |
| 2 | | there, but I'll make sure that if you guys do want to |
| 3 | | eat, that we get you some food before we put you in |
| 4 | | the jail, 'cause I don't know what they're feeding, |
| 5 | | and all they do here, so…uhm…if you need to |
| 6 | | speak to me…let me know. |
| 7 | DENNIS MAHON: | Uh, when I was child (UNINTELLIGIBLE)...I ate |
| 8 | | lizards, snakes…bugs… |
| 9 | S/A TRISTAN MORELAND: | Oh… |
| 10 | DENNIS MAHON: | …dog food. //No problem. |
| 11 | S/A TRISTAN MORELAND: | //I think I just saw the cat running across the yard |
| 12 | | with a… |
| 13 | DENNIS MAHON: | Yeah… |
| 14 | S/A TRISTAN MORELAND: | …with a rat in its mouth…so… |
| 15 | DENNIS MAHON: | Yeah. |
| 16 | S/A TRISTAN MORELAND: | …maybe he'll share. (CHUCKLES) |
| 17 | DENNIS MAHON: | Maybe he will. |
| 18 | S/A TRISTAN MORELAND: | He's actually a…pretty creative little trooper out |
| 19 | | here, so… |
| 20 | DENNIS MAHON: | Yeah, eh-…he'll go, uh…he's a miracle cat, he fell |
| 21 | | out of a caterpillar at fifty-five (55) miles an hour |
| 22 | | and was able to survive with a…bloody nose. |
| 23 | S/A TRISTAN MORELAND: | Oh, Jesus…he's a tough guy. |

Case No.: # 785080-04-0012
Date:    June 25, 2009 @ Time Not Specified
Name:    DENNIS MAHON, Interview
Matter:  CD Audio Recording / WMA (Original Court Transcript)

11

| | | |
|---|---|---|
| 1 | DENNIS MAHON: | Good guy. |
| 2 | S/A TRISTAN MORELAND: | Alright, perfect. |
| 3 | DENNIS MAHON: | Back in the car? |
| 4 | S/A TRISTAN MORELAND: | Yeah-yeah…we'll do that and we'll get, like I said, |
| 5 | | we'll get you going here in about half an hour. |
| 6 | (PAUSE / NO CONVERSATION) | |
| 7 | (SHUFFLING SOUD) | |
| 8 | (END OF RECORDING) | |

Case No.: # 785080-04-0012
Date:   June 25, 2009 @ Time Not Specified
Name:   DENNIS MAHON, Interview
Matter: CD Audio Recording / WMA (Original Court Transcript)

12