# EXHIBIT 1

**DEFENDANT DANIEL MAHON'S REPLY IN SUPPORT OF MOTION FOR RELEASE -- EVIDENTIARY HEARING REQUESTED**

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| Logan Bombing | 785080-04-0012 | 307 |

## SUMMARY OF EVENT:

Service of Federal search and arrest warrants at the residence of Dennis and Daniel MAHON.

## NARRATIVE:

1. On June 25, 2009, Bureau of Alcohol, Tobacco, Firearms and Explosive's (ATF) Special Agents (SAs) assisted by Ogle County Sheriff's Deputies and United State Postal Inspectors served a federal search warrant at the residence of Dennis and Daniel MAHON located at 5794 N. Blackwoods Rd., Davis Junction, Illinois. Additionally, the MAHON brothers were arrested on this date pursuant to federal arrest warrants from the Judicial District of Arizona (see attached). The federal search warrant is identified as number 09 M0007, which was issued by the Northern District of Illinois, Western Division, and is attached to this report.

2. At approximately 0610 hours, Ogle County Sheriff's Deputies led by Lt. Greg Kunce arrived at 5794 N. Blackwood Rd., Davis Junction, Illinois in marked police vehicles. Upon arrival, the deputies knocked on the north side door to the main residence. Dennis MAHON came to the door. The deputies requested Dennis MAHON exit the residence to talk to them. MAHON told the Deputies that he was not coming out unless they had a warrant. The deputies told MAHON that they did have a warrant and explained to Dennis MAHON that they needed him and his brother to come outside. MAHON closed the door explaining to Lt. Kunce that he had to go get his brother. At this same time, snipers from the Illinois State Police observed movement in the upstairs window above the Ogle County deputies. As a result, the deputies retreated from the residence to a safe location. For the next 30 minutes or so, several calls were made to the phones of the MAHONs with no answer until approximately 0645 hours when Dennis MAHON answered his phone and agreed to come out of the residence and surrender. It should be noted that during this roughly 30 minute period, Dennis and Daniel MAHON were observed by snipers walking in and out of the residence prior to answering their phones and surrendering to the deputies.

3. Subsequent to the detention of the MAHON's by Ogle County Deputies, Dennis and Daniel MAHON were taken into custody by Special Agents (SAs) Hager and Morales who arrived on scene at approximately 0655 hours. SAs Morales and Hager made contact with Daniel MAHON first who was in a separate area from Dennis. During this time SA Green approached and explained to Daniel that agents and officers were present in regards to a federal search warrant and allowed Daniel to review a copy of said warrant. SA Green further explained there was in addition to the search warrant, an arrest warrant for Daniel. SA Green allowed Daniel

| Prepared by: | Title: | Signature: | Date: |
|---|---|---|---|
| Tristan Moreland | Special Agent, Phoenix V (Arson) Field Office | [signed] | 7/10/09 |
| Authorized by: | Title: | Signature: | Date: |
| Douglas R. Palmer | Group Supervisor, Phoenix V (Arson) Field Office | [signed] Douglas R. P. | 7/10/09 |
| Second level reviewer (optional): | Title: | Signature: | Date: |
| William D. Newell | Special Agent in Charge, Phoenix Field Division | | |

to view a copy of that document as well. Following this, at approximately 0707 hours SA Hager advised Daniel MAHON of his Miranda Rights by reading these rights directly from an Advisement and Waiver of Miranda Rights card. Daniel provided an affirmative waiver by saying, "I understand." The meeting was audio recorded by SA Hager and placed into evidence. (Reference Item # E-000227).

4. After speaking with Daniel MAHON, SAs Hager and Green contacted Dennis MAHON. SA Green explained to Dennis that agents and officers were present in regards to a federal search warrant and allowed Dennis to review a copy of that warrant. After allowing Dennis to review the search warrant, SA Green explained there was also an arrest warrant for Dennis and allowed him to a review a copy of that document. When Dennis had finished reviewing both documents, at approximately 0715 hours, SA Hager advised Dennis MAHON of his Miranda Rights by reading these rights directly from an Advisement and Waiver of Miranda Rights card. Dennis provided an affirmative waiver by nodding his head up and down – a motion consistent with a positive response. The meeting was audio recorded by SA Hager and placed into evidence. (Reference Item # E-000227). Dennis indicated that if it was anything more than "small talk" he can't say anymore. This statement was observed and captured later by SA Moreland upon review of the video recording listed as exhibit E-225 in this case.

5. Shortly after, Daniel was brought over to Dennis' location and SA Hager provided each of them with a bottle of water. The MAHON's were then detained in a caged police transport van parked at the residence prior to being transported to the custody of the U.S. Marshal's in Rockford, Illinois for court appearance. The details of their detention, to include their recorded statements and recorded interviews are contained on ATF exhibits E-224 and E-225 and will be detailed and transcribed in subsequent ATF reports.

6. During the search of the residence, numerous exhibits were seized and placed into ATF custody. These items included two improvised explosive devices (Exhibit 87) made from M-80 like devices with steel shot glued to the outside of M-80 devices (see attached photos); additional M-80 like devices; a railway torpedo (small explosive device); and numerous documents, photographs, books, tapes, video tapes, and other items evidencing the MAHON's involvement in white supremacy to include the Ku Klux Klan and the White Aryan Resistance, as well as documents on making bombs and explosives. Additionally, a personal computer was seized and imaged for examination. A full description of these items to include the location where they were found and the person who found them can be obtained from the attached Evidence logs, photographs, and NForce printouts. An overall entrance and exit video was also taken and is in the custody of ATF SA Tristan Moreland.

7. Also found during the search of the residence were numerous firearms and ammunition, to include armor piercing ammunition. There were also 3 or more bullet proof vests observed at the residence. The firearms and armor piercing ammunition were turned over to the custody of the Ogle County Sheriff's Office. The possession of armor piercing ammunition is a class 3 felony in the State of Illinois. The vests were not taken, but are depicted in the attached photographs.

ATTACHMENTS:

Copy of Federal Search Warrant 09 M0007 (Northern Illinois) to include the application and affidavit; Copies of federal arrest warrants and the indictment in Arizona CR-09-712-PHX-DGC; Ogle County Narrative Report 09-16306; copies of evidence photographs and evidentiary documents; ATF evidence logs; and ATF NFORCE printouts of evidence seized during the warrant.

## OGLE COUNTY SHERIFF'S OFFICE
### NARRATIVE REPORT

| INCIDENT # | DATE | LOCATION OF OFFENSE | |
|---|---|---|---|
| 09-16306 | 06/25/09 | 5794 N. Blackwood Rd. | |
| OFFENSE | OFFICER | | BADGE # |
| 9005 | Chief Deputy Myers | | 008 |

Chief Deputy Myers Reporting:

Over the past several years, Federal Agents with the Alcohol Tobacco and Firearms (ATF) have been investigating several bombings throughout the United States. Two subjects that were part of the scope of their investigation were, Dennis and Daniel Mahon, twin brothers. The Mahon's have resided here in our county, with their parents, at 5794 N. Blackwood Rd. Davis Junction, since they were young children.

On Thursday June 25th, 2009, personnel with our agency and Illinois State Police, assisted the ATF in executing Federal Arrest Warrants and a Federal Search Warrant at the Mahon residence. The operation started at approximately 5 a.m. and the first contact at the residence was at approximately 6 a.m.. Lt. Kunce, Sgt. J. Ketter, and Deputies Colloton, Gallick, Anderson and Rivera arrived at the residence, these deputies were the assigned Arrest Team. Surveillance was being conducted by Illinois State Police Snipers prior to and during the initial contact stage. Additional ATF personnel, along with the Illinois State Police Tactical Team, were staged north of the residence along Eddy Road. Lt. Hilliard was assigned in the staging area with ATF Agents Kevin Cronin, Dana Nichols, Illinois State Police Lt. John Simonton and Master Sgt. John Biffany. Lt. Hilliard's assignment was to relay direct information from observing Illinois State Sniper to myself and Lt. Kunce with his arrest team.. Lt. Getzelman, accompanied by ATF Agent Clayton Merrill, had staged in the area of Eddy Rd. and Il. Rte 251, north of the residence, at approximately 5:30 a.m.. I was accompanied by ATF Agency James Needles and ATF Agent Steve Smith at the intersection of Blackwood Rd. at Il. Rte. 72 at approximately 5:30 a.m.. Mine and Lt. Getzelman initial assignment was to take action if one of the targets would have gone mobile prior to the approach by the arrest team..

As Lt. Kunce and the arrest team made their initial contact with the targets, the road was closed off from the south and the north. Lt. Kunce spoke with Dennis Mahon at the front door at which time Mahon informed Lt. Kunce he was not coming out unless there was arrest warrant for him. Lt. Kunce informed Mahon there was an arrest warrant at which time Mahon closed the door. At that time I instructed Lt. Kunce to abort and retreat to the staging area north of the location, where he could make phone contact with the targets.

Sgt. Schabacker and Sgt. J. Ketter were instructed to make contact with residence directly south of the location and take up a tactical position there. Deputy Gallick was assigned to notify the other residence south of Sgt. Schabacker locations.

1

## OGLE COUNTY SHERIFF'S OFFICE
## NARRATIVE REPORT

After several minutes Lt. Kunce was able to make phone contact with Dennis Mahon. After a brief conversation, the Mahon's agreed to surrender peacefully. Lt. Kunce and Deputies Colloton, Anderson and Rivera met with Dennis and Daniel Mahon in the driveway at approximately 6:45 a.m. where they were taken into custody without incident.

Once Lt. Kunce advised the subjects were in custody, I then made contact with the Mahon's elderly father, William Mahon, who was standing outside the residence. The Illinois State Police Tactical Team then approached the residence and conducted a protective sweep of the residence and out buildings. Once the area was secured arrangements were made to have Mrs. Barbara Mahon, who is bed ridden, removed via ambulance from the scene. She was transported to Neighbor's Nursing Home located in Byron.

The scene was then turned over to ATF Agents so they may execute their search warrant. During the course of the day it was learned that Dennis Mahon, after the initial contact by Lt. Kunce, had made some phone calls to others who are associated with his radical group and stated he was contemplating on shooting Lt. Kunce when he approached the door.

During the search several firearms were located inside the home, however none of them were illegal in nature. Our agency was asked if we would take the weapons for safe keeping because the father did not have a valid FOID card and Dennis and Daniel would be in custody, therefore no one in the house could possess a firearm legally. The firearms were documented and seized by ATF agents and then signed over to Lt. Kunce. They will held here at the Sheriff's Office for the time being. Also located in an outbuilding on the property was a box of .223 caliber ammunition, with writing "Armor Piercing". Because it is illegal in the State of Illinois to possess such ammunition and it is not a Federal Law violation, this ammunition was also seized by ATF agents and then signed over to our custody. See the property list for descriptions of the above mentioned items.

At approximately 1:30 p.m. this date, ATF official stated their search was complete and our assistance was no longer needed. We then secured from the scene.

2