IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States of America,

v.

Dennis Mahon and Daniel Mahon,

CR-09-0712-PHX-DGC

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant Federal Public Defender hereby applies to the captioned court for the issuance of a writ of habeas corpus ☐ ad prosequendum   ☒ ad testificandum   ☐ in re motion pursuant to 28 U.S.C. § 2255 and avers:

1. Robert Joos
2. Detained by <u>FCI-LaTuna, Anthony, Texas</u>
3. Detainee is ☐ charged in this district by   ☐ indictment
   ☐ information
   ☐ complaint

   or ☐ was convicted in this district of violating Title XXX, U.S.C. § XXX,

   or ☒ is a witness not otherwise available by the ordinary process of the Court.

4. Appearance is necessary on <u>January 30, 2012</u>

   ☒ in Courtroom Number <u>603</u>

   or ☐ before the Federal Grand Jury of the U.S. Courthouse for the district,
   for ☐ arraignment   ☐ plea
   ☒ jury trial   ☐ trial
   ☐ sentencing   ☐ in re a motion pursuant to 28 U.S.C. § 2255
   ☐ the purpose of giving testimony in the captioned proceeding
   ☐ other purpose(s), specifically, _____

It is also petitioned that the Court inform all parties to the Writ that third party custody of said detainee may be granted to other federal law enforcement officer(s) in order to transport said detainee to the U.S. District Courthouse for purposes of witness preparation, ~~debriefing and/or plea negotiation~~ and that counsel for said detainee will be notified of such request prior to any court order being issued.

Date: <u>12-6-11</u>        /s/ Deborah Williams
                            DEBORAH L. WILLIAMS, Asst. Federal Public Defender

## WRIT OF HABEAS CORPUS

☐ Ad Prosequendum   ☒ Ad Testificandum   ☐ In Re Motion to Vacate

The instant application is granted and the above-named custodian, as well as the U.S. Marshal for this district, his deputies, and other U.S. Marshals and their deputies, is and are directed to produce the named detainee, on the date, and at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court, thereupon to be returned to Maguire Correctional Facility unless otherwise ordered by the Court. All parties of this Writ are notified that third party custody of said detainee may be granted as referenced above and that detainee's counsel will be notified prior to any such court order being issued.

Date: <u>12/11/11</u>        /s/ David G. Campbell
                            United States District/Magistrate Judge

returned unexecuted

I have partially/fully executed the within _____ by
receiving the body of _____
on _____ at _____
and delivering h _____ to _____
on _____

U.S. Marshal
By: _____
   Dept

Def. Robert Joos
no longer needed
per AFPD Deb
Williams
1-4-12

I have partially/fully executed the within _____ by
receiving the body of _____
on _____ at _____
and delivering h _____ to _____
on _____

U.S. Marshal
By: _____
   Dept