**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL TRIAL MINUTES**

Phoenix Division

```
 CR 09-712-1 PHX DGC            DATE:   1/11/2012
  Year    Case No.  Dft #
```

HON: DAVID G. CAMPBELL                                   Judge # 7031

USA  v.    MAHON, DENNIE
            Last Name                First Name         Middle Initial

DEFENDANT: X  Present     ___Not Present     ___Released    X  Custody    ___Writ
 Deputy
Clerk:    Traci C. Abraham           Crt Rptr/ECR:   Patricia Lyons

U.S. Atty: John Boyle/Michael Morrissey   Dft Atty:  Deborah Williams/Milagros Ciseros (FPD)

Intrptr:_____  Language:_____
_____ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and
      B/W issued.

**PROCEEDINGS:/ X /JURY TRIAL   /___/COURT TRIAL   /___/VOIR DIRE /___/JURY SWORN**

Trial Day #     2                    Waiver of Jury trial filed_____

Other Appearances: Defendant Daniel Mahon, present/custody; CJA Attorney Barbara Hull present.

9:00 Government, counsel for the defendants, defendants present to make peremptory strikes.

10:41 Court in session with counsel, defendants present. Final jury list reviewed. There are no Batson challenges.

Jurors 192 and 198 discussed. Defendant Dennis Mahon moves to strike, granted.

The 17 jurors chosen to serve will be advised of their selection and instructed to report at 9:00 a.m. on 1/12/2012. Court will reserve 6 jurors in case a member of the 17 is unable to serve.

Counsel is instructed to ask permission each time an admitted exhibit is to be displayed to the jury.

Objections to the Government's power point to be used during opening statement discussed. Defendants object to the use of the power point. Court will rule on the objections and issue an order.

Court's order (doc. 1212) discussed. Court will follow all orders as previously entered by the Court.

Length of opening statements discussed.

Counsel to be present at 8:30 a.m. on 1/12/2012.

11:47 Court in recess.
Case continued to:   1/12/2012 8:30 a.m.   for further trial.