**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL TRIAL MINUTES**

Phoenix Division

```
 CR 09-712-1 PHX DGC           DATE:   1/12/2012
  Year    Case No.  Dft #
```

HON: DAVID G. CAMPBELL                              Judge # 7031

USA  v.    MAHON, DENNIS
            Last Name              First Name        Middle Initial

DEFENDANT: X  Present    ___ Not Present    ___ Released    X  Custody    ___ Writ
 Deputy
Clerk:  Traci C. Abraham         Crt Rptr/ECR:  Patricia Lyons

U.S. Atty: John Boyle/Michael Morrissey   Dft Atty: Deborah Williams/Milagros Ciseros (FPD)

Intrptr:_____  Language:_____
_____ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and
      B/W issued.

**PROCEEDINGS:/ X /JURY TRIAL   /___/COURT TRIAL   /___/VOIR DIRE / X /JURY SWORN**

Trial Day #     3                        Waiver of Jury trial filed_____

Other Appearances: Defendant Daniel Mahon, present/custody; CJA Attorney Barbara Hull present.

8:34 Court in session with counsel, defendants present.

Instruction brief summary of case discussed.

Court's order (doc. 1300), counsel for the defendants to give the Government 24 hour notice of evidence of other crimes, wrongs, or acts by any person, other than the crimes and acts alleged in the Indictment.

Court informs counsel no trial proceedings on January 27, 2012.

Proposed jury instructions discussed. Parties to give more consideration and be prepared to discuss after lunch break.

Expert testimony. Court will allow experts to hear each others testimony.

Government power point presentation used in openings shall be filed on the Court docket. Defendants continue to have ongoing objection to the power point presentation.

9:06 Jury panel of 17 present. Discussion held with juror #80. Counsel have no objections to his service. Remaining 6 panels members held in jury assembly dismissed. 9:13 Jury of 17 sworn. Court gives preliminary instructions. Superseding Indictment read.

9:42 Government opening statement.

10:25-10:40 Morning break.
10:26 Jury not present. Defendant Dennis Mahon's oral motion for mistrial re:

constructive amendment to the indictment during Government opening statement. Joined by Co-Defendant Daniel Mahon. Motion under advisement.

10:32 Court in recess.

10:45 Court in session. Jury present.

Defendant Dennis Mahon opening statement.

11:12 Defendant Daniel Mahon opening statement.

11:25 Michael Sinclair sworn and examined. Exhibit 1 admitted.

11:32 Lawrence Bettendorf sworn and examined.

11:44 Paul Harvey sworn and examined.

12:01-1:00 Lunch Break.

1:00 Court in session with counsel only, defendants present. Governments proposed limiting instruction discussed.

1:07 Jury present. Paul Harvey cross examination by defendant Dennis Mahon.

1:11 Sabrina Hagar sworn and examined. Exhibits 72,73,74,75,76,78,79,80, 82,83,161 admitted. Cross examination of this witness reserved for recall.

1:46 Tristan Moreland sworn and examined. Exhibits 112-137 admitted.

2:29-2:45 Afternoon break.

2:47 Jury present. Tristan Moreland direct examination continues. Exhibits 29, 223, 191, 193,195,197,198 admitted.

3:59 Jury excused until 1/13/2012 at 9:00 a.m.

4:01 Court in recess.

4:31 Court in session with counsel, defendants are present. Defendant Dennis Mahon's Motion for Mistrial argued. Matter taken under advisement. Counsel/Defendants to return on 1/13/2012 at 8:30 a.m.

5:05 Court in recess.

Case continued to:   1/13/2012 8:30 a.m.   for further trial.