**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL TRIAL MINUTES**

Phoenix Division

 CR 09-712-1 PHX DGC            DATE:   1/13/2012
 Year    Case No.  Dft #

HON: DAVID G. CAMPBELL                                  Judge # 7031

USA  v.    MAHON, DENNIS
            Last Name              First Name         Middle Initial

DEFENDANT: X  Present    ___Not Present    ___Released    X  Custody    ___Writ
 Deputy
Clerk:   Traci C. Abraham           Crt Rptr/ECR:   Patricia Lyons

U.S. Atty: John Boyle/Michael Morrissey   Dft Atty: Deborah Williams/Milagros Ciseros (FPD)

Intrptr:_____  Language:_____
_____ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and
      B/W issued.

**PROCEEDINGS:/ X /JURY TRIAL   /___/COURT TRIAL   /___/VOIR DIRE /___/JURY SWORN**

Trial Day #     4                     Waiver of Jury trial filed_____

Other Appearances: Defendant Daniel Mahon, present/custody; CJA Attorney Barbara Hull present.

8:33 Court in session, counsel and defendants present. Government trial memorandum (doc. 1448) re: constructive amendment to the indictment and motion for mistrial (doc. 1450) argued.

The motion for mistrial (doc. 1450) is denied. The Court will give the jury an additional instruction.

Defendant Daniel Mahon's oral motion for mistrial re: Sabrina Hagar testimony. The motion is denied. Sabrina Hagar will be recalled as a witness.

9:07 Jury present. Court reads an additional instruction to the jury.

9:09 Sabrina Hagar resumes stand continued examination. Exhibits 35-41,610,611,612,613,614,616 admitted.

10:08 Tristan Moreland resumes stand continued examination.

10:30-10:45 Morning break.

10:48 Court in session. Jury present. Tristan Moreland continues examination. Exhibits 30,31,32,33,165 admitted.

12:00-1:00 Jury excused for lunch.

12:01 Exhibit 4 (WT2067) 403 objection discussed. Court will rule when it comes up in testimony.

12:12 Court in recess.

1:02 Court in session. Jury present. Tristan Moreland examination continues.

2:30-2:45 Afternoon break.

2:46 Court in session. Jury present. Tristan Moreland examination continues. Exhibits 42,44,48,50, 221 admitted.

4:01 Jury excused until 1/17/2012 at 9:00 a.m.

4:02 Defendant Dennis Mahon request the Court to ask the jury on Tuesday if they have been exposed to any news coverage of this case.

4:03 Court in recess. Counsel to return at 8:30 a.m. on 1/17/2012.

Case continued to:   1/17/2012 8:30 a.m.   for further trial.