```
              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF ARIZONA
                      CRIMINAL TRIAL MINUTES
```

Phoenix Division

 CR 09-712-1 PHX DGC          DATE:   1/17/2012
  Year    Case No.  Dft #

HON: DAVID G. CAMPBELL                              Judge # 7031

USA  v.    MAHON, DENNIS
             Last Name              First Name        Middle Initial

DEFENDANT: X  Present    ___Not Present    ___Released    X  Custody    ___Writ
 Deputy
Clerk:   Traci C. Abraham           Crt Rptr/ECR:   Patricia Lyons

U.S. Atty: John Boyle/Michael Morrissey   Dft Atty: Deborah Williams/Milagros Ciseros (FPD)

Intrptr:_____  Language:_____
_____ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and
      B/W issued.

**PROCEEDINGS:/ X /JURY TRIAL   /___/COURT TRIAL   /___/VOIR DIRE /___/JURY SWORN**

Trial Day # 5                       Waiver of Jury trial filed_____

Other Appearances: Defendant Daniel Mahon, present/custody; CJA Attorney Barbara Hull present.

8:32 Court in session with counsel. Defendants present.

Government motion in limine re: Coconspirators (doc.1459) argued. Motion under advisement to be argued further to Court.

Defendant Daniel Mahon's motion in limine re: preclude (doc. 1460) argued. Motion under advisement. Government to file a written response.

Vouching objections discussed.

Defendant Daniel Mahon's motion to sever is denied.

9:03 Court in session. 9:08 Jury present. Court questions jury about media exposure. 9:09 Tristan Moreland continues direct examination. Exhibits 148,144,146,181,231,220. Admitted. Counsel for Daniel Mahon voir dire the witness. Exhibits 232,233,234,235 admitted.

10:30-10:50 Jury excused for break.

10:31 Objections to statements in  exhibit 181 discussed. Recording played for Court.  Court takes matter under advisement.

10:53 Court in recess.

11:03 Court in session. Jury present. Tristan Moreland direct examination continues. Exhibits 236,237,241,189,206,210,208 admitted.

12:00-1:00 Jury excused for lunch.

12:01 Discussion on determination of coconspirators ruling.

12:18 Court in recess.

1:04 Court in session. Jury present. Tristan Moreland direct examination continues. Exhibits 20,46, 183,185,187,77 admitted.

2:30-2:45 Jury excused for break.

2:31 Juror 16 contact with Don Logan addressed with Court. Defendant's move to remove juror 16 from the panel. Government moves the Court to question the juror further about the contact with Don Logan.

2:38 Court in recess.
2:50 Court in session with counsel. Defendants present. Exhibit 87 objections discussed. Objection overruled. Exhibit 87 admitted. Objections to exhibits 88-110 discussed. Defendant Dennis Mahon moves that all physical evidence be brought to Courtroom for jury to view. Objections overruled. Exhibits 88-110 admitted.

Juror 16 brought to courtroom for further questioning of contact with Don Logan. The Court after further questioning will excuse juror 16. Juror 16 brought into Courtroom and excused.

3:15 Jury present. Tristan Moreland direct examination continues. Exhibit 69 admitted.
4:00 Jury excused until 1/18/2012 at 9:00 a.m.
4:01 Court in session with counsel. Defendants present. Conspiracy issue discussed. Court will review the evidence to make a furtherance evaluation. Exhibits 3,13,154 to be used for consideration.

Counsel to return on 1/18/12 at 8:30 a.m.

4:35 Court in recess.

Case continued to:   1/18/2012 8:30 a.m.   for further trial.