**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL TRIAL MINUTES**

Phoenix Division

```
 CR  09-712-1 PHX DGC            DATE:   1/18/2012
  Year    Case No.  Dft #
```

HON: DAVID G. CAMPBELL                                      Judge # 7031

USA  v.    MAHON, DENNIS
            Last Name                First Name         Middle Initial

DEFENDANT: X  Present      Not Present     Released   X  Custody     Writ
 Deputy
Clerk:   Traci C. Abraham          Crt Rptr/ECR:  Patricia Lyons/Merilyn Sanchez

U.S. Atty: John Boyle/Michael Morrissey   Dft Atty: Deborah Williams/Milagros Ciseros (FPD)

Intrptr:_____ Language:_____
_____ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and
      B/W issued.

**PROCEEDINGS:/ X /JURY TRIAL   /___/COURT TRIAL   /___/VOIR DIRE /__/JURY SWORN**

Trial Day # 6                          Waiver of Jury trial filed_____

Other Appearances: Defendant Daniel Mahon, present/custody; CJA Attorney Barbara Hull present.

8:32 Court in session with counsel. Defendants present.

Conspiracy issue 801(d)(2)(E) discussed. Government withdraws exhibit 3 in support of argument for conspiracy. Matter under advisement.

Defendant Daniel Mahon request the Court to give a limiting instruction as to Agent Moreland's testimony re: expertise on bomb making matters. No objections. Court will instruct the jury.

Video tape and statement of Daniel Mahon discussed. Government has provided sufficient testimony to make an argument to what statement made by Daniel Mahon.

9:07 Jury present. Tristan Moreland continues direct examination. Exhibit 70,63,64,65,66,67,68,84,85,86,179 admitted.

Defendant Daniel Mahon's motion to strike testimony of Tristan Moreland as to exhibit 179. Motion is denied without prejudice.

10:15-10:30 Morning break.

10:29 Court in session with counsel. Defendants present.  Exhibit 179 discussed. Defendant Daniel Mahon oral motion for mistrial. Motion is denied.

Court rules on conspiracy issue under 801(d)(2)(E). Evidence establishes the furtherance of a conspiracy. Court will explain reasons on the record for the ruling later in the day.

10:38 Jury present. Tristan Moreland direct examination continues. Exhibits 3, 13,60,5,7,154 admitted.

11:47-1:00 Jury excused for lunch.

11:48 Court in session with counsel. Defendants present. Defendant Daniel Mahon's oral motion for mistrial/sever, joined by defendant Dennis Mahon. Argument.

Defendant's objections to exhibits 11,156,218, 9 discussed. Exhibits 11, 156 admitted objections overruled. Exhibit 156 admitted with edits as stated on the record. Exhibit 218 recordings to be reviewed over the lunch break.

Defendant's move to strike the evidence as contained in exhibit 3 references to lynching.

12:18 Court in recess.

1:01 Court in session with counsel. Defendants present. Objection to exhibit 3 and references to lynching. Defendant Daniel Mahon's motion for mistrial re: lynching references, join by co-defendant Dennis Mahon. Motion denied. Court will strike the evidence from the record and instruct the jury to disregard. Exhibit 9 admitted by the Court's prior rulings before lunch break. Government moves to withdraw exhibit 5. Granted.

1:12 Jury present. Court instructs jury that evidence contained in exhibit 3 is stricken and they are to disregard. Jury informed exhibit 5 is withdrawn and the following exhibits are admitted 11, 156,9.

1:35 Sidebar discussion held on Government's motion in limine and supplemental (docs. 1459, 1465).Motions to be addressed at 8:30 a.m. on 1/19/2012.

1:38 Tristan Moreland cross examination by counsel for Dennis Mahon begins. Exhibits 806, 807 admitted.

2:31-2:45 Afternoon break.
2:45 Court in session. Jury present. Tristan Moreland cross examination continues. Exhibit 1066 admitted.

4:00 Jury excused until 9:00 a.m. on 1/19/2012.

4:02 1st Amendment instruction discussed. Parties to discuss.

4:05 Court in recess.

Case continued to:   1/19/2012 8:30 a.m.   for further trial.