**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL TRIAL MINUTES**

Phoenix Division

<u>  CR  09-712-1 PHX DGC      </u>          DATE:<u>    1/19/2012    </u>
  Year       Case No.   Dft #

HON:<u> DAVID G. CAMPBELL                              </u>  Judge #<u> 7031    </u>

USA   v.    <u>  MAHON, DENNIS                                                   </u>
                 Last Name                    First Name          Middle Initial

DEFENDANT:<u> X  </u>Present    <u>   </u>Not Present    <u>    </u>Released    <u> X  </u>Custody    <u>     </u>Writ
 Deputy
Clerk:<u>    Traci C. Abraham          </u>     Crt Rptr/ECR:<u>  Merilyn Sanchez </u>

U.S. Atty:<u> John Boyle/Michael Morrissey  </u>  Dft Atty:  <u>Deborah Williams/Milagros Ciseros (FPD)  </u>

Intrptr:<u>             </u>   Language:<u>                            </u>
<u>      </u> Dft not appearing, on mot of US Atty, order bond revoked/forfeited and
       B/W issued.

**PROCEEDINGS:/<u> X </u>/JURY TRIAL   /<u>   </u>/COURT TRIAL   /<u>   </u>/VOIR DIRE /<u>  </u>/JURY SWORN**

Trial Day #<u>     7                    </u>     Waiver of Jury trial filed<u>            </u>

Other Appearances: Defendant Daniel Mahon, present/custody; CJA Attorney Barbara Hull present.

8:31 Court in session with counsel. Defendants present. Court places on the record ruling on furtherance of the conspiracy under 801(d)(2)(E).

Government motions in limine (docs. 1459,1465) argued.

Court instructs the parties to keep track of all unresolved issues before the Court. ATF policies discussed. 1st amendment limiting instruction to be raised later.

9:08 Jury present. Tristan Moreland cross examination by defendant Dennis Mahon continues.

10:15-10:30 Morning break.

10:32 Court in session. Jury not present. Counsel and defendants present. Defendant Dennis Mahon's oral motion for mistrial non-disclosure joined by co-defendant Daniel Mahon. Court takes motion under advisement. Proposed 1st amendment limiting instruction given to Court.

10:33 Jury present. Tristan Moreland cross examination by defendant Dennis Mahon continues.

12:00-1:00 Jury excused for lunch.

12:01 1st amendment limiting instruction discussed. Counsel for defendant Dennis Mahon to prompt Court when requesting this instruction to be given to jury.

Defendant Daniel Mahon's oral motion for mistrial/sever 1/18/2012, joined by co-

defendant Dennis Mahon are denied.

Defendant Daniel Mahon's oral motion for dismissal non-disclosure. Argument. Court takes matter under advisement.

12:17 Court in recess.

1:03 Court in session. Jury present. Rick Staub sworn and examined. Exhibits 651-655, 765 admitted.

2:32-2:45 Afternoon break.

2:48 Court in session. Jury present. Tristan Moreland resumes stand on cross examination by defendant Dennis Mahon.

4:01 Jury excused to return on 1/20/2012 at 9:00 a.m.

4:01 Court in session with counsel. Defendants present. Defendant Dennis Mahon's oral motion for mistrial denied. Defendant Daniel Mahon's oral motion for dismissal non-disclosure is denied. Government motions in limine (docs. 1459,1465) are denied.

Defendant Dennis Mahon's oral motion for mistrial existence of indictment. Motion under advisement.

Parties to work on any outstanding discovery issues. Government to edit their exhibit list.

4:09 Court in recess.

Case continued to:   1/20/2012 8:30 a.m.   for further trial.