**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL TRIAL MINUTES**

Phoenix Division

```
 CR 09-712-1 PHX DGC         DATE:   1/20/2012
 Year    Case No.  Dft #
```

HON: DAVID G. CAMPBELL                                      Judge # 7031

USA  v.     MAHON, DENNIS
            Last Name                First Name         Middle Initial

DEFENDANT: X  Present    ___Not Present    ___Released    X  Custody    ___Writ
 Deputy
Clerk:   Traci C. Abraham           Crt Rptr/ECR:  Merilyn Sanchez

U.S. Atty: John Boyle/Michael Morrissey   Dft Atty:  Deborah Williams/Milagros Ciseros (FPD)

Intrptr:_____   Language:_____
_____ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and
      B/W issued.

**PROCEEDINGS:/ X /JURY TRIAL   /___/COURT TRIAL   /___/VOIR DIRE  /___/JURY SWORN**

Trial Day #     8                      Waiver of Jury trial filed_____

Other Appearances: Defendant Daniel Mahon, present/custody; CJA Attorney Barbara Hull present.

8:33 Court in session. Counsel and defendants present. Absence/Existence of an indictment re: coconspirators addressed. Defendant Dennis Mahon's trial memorandum (doc. 1476), joined by co-defendant Daniel Mahon (doc. 1477) discussed. Court will preclude the defense from arguing under Rule 403 the absence of an indictment re: coconspirators. The Court further orders reversing decision on the Government's motions in limine (docs. 1459, 1465) and will grant the motions.

Defendant Daniel Mahon's oral motion in limine re: characterize individuals as co-conspirators. Matter to be addressed at morning break.

Government trial brief (doc. 1475) discussed. To be addressed at morning break.

9:08 Jury present. Tristan Moreland cross examination by Dennis Mahon continues. Exhibits 1076-1204 admitted. 9:33 Defendant Daniel Mahon cross examination of Tristan Moreland begins. Exhibit 808 admitted.

10:20-10:35 Morning break.

10:32 Court in session. Counsel and defendants present. Cross examination of Tristan Moreland discussed.

10:45 Jury present. Tristan Moreland cross examination continues.

12:00-1:00 Jury excused for lunch.

12:01 Government trial brief (1475) re: Exhibit 170 discussed.  Court takes matter under advisement.

12:15 Court in recess.

1:01 Court in session. Counsel and defendants present. Government trial brief re: exhibit 170. Court concludes that exhibit shall not be admitted under 801(d)(2)(E). Susan Buchanan shall be released from subpoena.

1:08 Jury present. Tristan Moreland cross examination continues. Exhibits 632, 633, 634, 635, 607(A) admitted.

2:31-2:45 Afternoon break.

2:43 Court in session. Counsel and defendants present. Parties stipulate to the chain of custody of a laptop computer.

2:48 Jury present. Tristan Moreland cross examination continues. Exhibits 1069,1070,1071,1072,1073 admitted.

4:01 Jury excused to return on 1/24/2012 at 9:00 a.m.

4:01 Defendant Daniel Mahon's motion to amend/correct supplement record (doc. 1458) addressed. Government to file their power point presentation used in opening statements by notice with the Court docket. Once the notice is filed the Court will deny the motion.

4:05 Court in recess.

Case continued to:    1/24/2012 8:30 a.m.    for further trial.