EXHIBIT 1



# Racial Violence

- Race: Defendants are opposed to non-whites in the USA

- Violence: agreement that people should take action in violent ways

# Racial Violence

- Violence
- Bomb or Burn
- Buildings or Property
- Interstate Commerce

# Dennis Mahon

- Follower of WAR
  - (White Aryan Resistance) since 1992
- "Lieutenant" of Tom Metzger
- Lone Wolf
- "Dennis the Insurgent"

# Dennis Mahon

- Violence is the only answer Self-proclaimed terrorist
- Anti-government - abolish American government
- Good Bomber always wears gloves

# Tom Metzger

- Leader of WAR
- Trainer
- Motivator
- Director

# Tom Metzger

- "selective assassination, arson attacks, bombings must be employed"
- "we must employ an organizational structure of small cells"
- Each cell works separately
- Lone Wolf attacks
- Purge feelings of sympathy
- Sympathy = weakness

# WAR

- Violence against non-whites
- Violence against government
- Violence against leaders

- Sabotage the power grid

# WAR

- Insurgent Warfare
- Set your target high, don't  just kill a *** on the street
- Dehumanize victims
- "Tolerance is Suicide"
- "The worst thing is to do nothing"

# WR Manual

danger for non-White colonizers.

The use selective assassination, arson attacks, bombings, sabotage and vandalism against non-Whites must be employed with the goal of creating a maximum amount of animosity, outrage and fear within the hearts of our enemies. High profile targets, such as non-White entertainers, sports figures, religious and political leaders must be targeted for selective assassination. Non-Whites must also be attacked anywhere they can be stuck in large numbers, such as in high-rise apartments, subways, shopping malls or packed nightclubs

http://ebook/4_TheGoalsOfOurStruggle.htm                                    4/15/2009

# WR Manual

## Police Investigations

It is essential for the operative to understand how criminal investigations are conducted and just what can and cannot be determined from crime scene evidence. This knowledge will allow the operative to reduce the risk that law enforcement will be able to identify, build a case against, and successfully prosecute him or her.

### Fingerprints

Fingerprints are possibly the most common type of physical evidence, and certainly one of the most valuable to investigators. Each person's fingerprints are unique to them and do not change significantly over time. Therefore, they offer the investigator the ability to identify the person who left them at the crime scene. There are three types of fingerprints which are collected as evidence;

- Direct or Inked Fingerprints which are collected from a suspect and

# WR Manual

that items, such as weapons, tools, and explosives, which have been handled before a mission, are free of incriminating fingerprints.



**White Resistance Manual**

Examples of fingerprint evidence. From top left; Loop, Arch, Whorl and Tented Arch.

Body Fluids

Body fluids are of great importance to the investigator. Because of

# WR Manual

suspect deposited the sample found at the crime scene". This type of evidence is obviously very powerful.

DNA samples can be obtained from liquid or dried blood, saliva, urine and perspiration. Samples can also be obtained from human milk and semen but these are not the types of samples the operative is likely to leave behind.

How can the White Resistance Fighter avoid leaving this type of evidence for investigators to find?

- Never urinate, eat, drink or smoke at or near the mission target. Saliva samples can be obtained from unfinished portions of food, beverage containers and cigarette butts. The operative may be forced to violate this guideline when lying in ambush or in a sniper's nest for extended periods. In this case the operative must use care not to leave samples behind for investigators to obtain.

- Never lick stamps or envelopes to be use to threaten enemies, to claim responsibility for acts of war or when making letter or package bomb attacks.

- The operative should do everything possible to avoid cuts and

# WR Manual

just one grain of it, it is even possible to identify an explosive from its residue.

- Remove any labels, logos, serial numbers or distinguishing marks from bomb components such as batteries, clockworks, circuit boards or electronic delays as the investigator may be able to get batch or lot numbers from your components allowing them to discover when and where they were purchased.

- Be sure to wear gloves during the entire process of constructing and delivering the bomb to eliminate the possibility of leaving fingerprints behind.

- Don't leave any hair, saliva, blood, clothing, vehicle or furniture fibers upon or within the bomb. The bomb investigator knows that

http://ebook/28_EvidenceCollectionAtCrimeScenes.htm

4/15/2009

# WR Manual

## Sabotage

A significant amount of damage can be inflicted against government and corporate interests with the use of sabotage. Denial of services such as electrical power, fuel supplies, water, food supplies, communications or transportation will encourage the kind of civil unrest and panic we require in order to carry out more of our program. A sustained campaign of, even minor, sabotage can inflict serious financial damage upon our governmental and corporate enemies. It will be nearly impossible for law enforcement to protect all of these infrastructure targets.

# Daniel Mahon

- Supporter of racial violence
- Twin brother of Dennis
- Prompts violence
- Trainer
- Advisor (don't tell the CI what we're doing)
- Eliminates evidence

# Robert Joos

- Lived in Missouri
- anti-government
- Pro-violence, Pro-bombing, pro-arson
- Racist
- NOT a follower of WAR

# Not a conspiracy to join WAR

- Conspiracy to bomb/burn buildings and property

# Count One - Conspiracy

- Elements of the offense are
  - Bomb/Burn
  - Damage/Destroy
  - Buildings/Property
  - Interstate Commerce

# Conspiracy

- Conspiracy is an agreement
- Agreement to take action in violent ways

# Conspiracy

- Four people can conspire and one person commit violence
    - Trainer, Driver, Bomb-maker, Bomb-thrower
- "We must employs a structure of small cells" - WR Manual

# Conspiracy

- Agreement and one overt act = conspiracy
- Numerous overt acts in this case
- bombing, teaching, mailing, prompting action, planning, hiding evidence

# Tools of this Conspiracy

- Convert everyday, untraceable items into murder
- Pipe-bomb, Napalm, Package Bomb,
- Homemade Grenades/Bombs

# Count One

- Overt Act - 9/26/03 call to Donald Logan's Office



**Exhibit #171**

- Package Bomb Delivered on or near February 21, 2004

- Bomb routed through City of Scottsdale Mail

- Donald Logan opens the box on February 26, 2004













POSTAL INSPECTION SERVICE
CRIME LABORATORY
3/11/04

EXHIBIT NO.
Q-7

LAB NO.
9-523 2952

# Injured by the bomb

- Donald Logan

- Renita Linyard

- Jacque Bell

# Bomb scene investigation

• Process bomb pieces - wires, switch box, pipe, note, end cap, etc

• Bomb debris - unable to trace

•Defendants not identified on bomb debris

- Investigation of Suspects
    - -Family
    - -City of Scottsdale
    - -External
    - -Defendants - 9/26 call

# Catoosa 1/29 to 2/5 2005 (11 months later)

- Trailer Park
- Informant Rebecca Williams
- Undercover agent Michelle Kaufman

# Goal

- Have the Defendants talk about Scottsdale bombing

- Investigate an ongoing conspiracy

- Tape record and protect informant

# Informant

- Record as much as possible

# Catoosa - Beginning

- Defendant talks race and violence
- Defendants play videos
- Introduce the Child Molester story

# Catoosa - Middle

- Discussions of bombing molester
- Daniel teaches how to blow up a car
- Dennis teaches how to blow up a house

# Catoosa Middle

- Dennis initially discourages bomb
- Dennis does not want informant to get caught
- Dennis discusses Scottsdale bombing
- Dennis teaches how to mail bomb

# Dennis - Catoosa

- "Buy the ingredients from several different towns"

- "No credit card, just cash"

- "it's your DNA, remember that, and whenever you make a bomb"

- "Gloves on"

# Dennis discusses Scottsdale bombing

- Cops paid me $3,000 to teach them
- Cops bombed Logan
- "they listened to me"

# Dennis knows how the bomb was made

- Knows it was a pipe bomb

- "They used the small, you know, the five inch by one inch just to blow up his face"

# Dennis discusses Scottsdale bombing

- "Because this cocksucker was the Scottsdale diversity officer"

- "They never found out who it was. Remember gloves."

- "No fingerprints"

# Catoosa end 2/5/2005

- Defendants travel to Gun show to get bomb parts

- Daniel and Dennis plan how to avoid detection

- Dennis teaches informant how to make a bomb

- Dennis teaches the Scottsdale bomb

# Teaching the informant to be a lone wolf

- WAR mailings

- Phone calls

- Encouragement

- Solicits money

# Rockford Motel

- Tag the bomb

- "Make up a name that is Aryan"

- "In terrorism, you want them to wonder where it's coming from"

# The note in the Scottsdale



# Scottsdale bomb note

- Grant Bristow

- Dennis Mahon - Edmund Burke Society

# Defendants – Informant City Hall

- Daniel Mahon "This is where Logan's from"

- points to City Hall

# Daniel Mahon - City Hall



# Daniel Mahon - City Hall



# Daniel Mahon - City Hall

- Makes the same address mistake as bomb label

# Dennis Mahon - City Hall

- "How do like those letters you been getting in the mail"

- "I didn't plant the bomb, I helped make it"

# Daniel Mahon - City Hall

- "Pop a cap in his goddamn ass"

# DNA - Warrant for Defendant DNA

- Phone call to Tom Metzger

- "I won't betray you"

- "I would never implicate you"

# DNA

- Defendants DNA not found on bomb

- Freedom fighter "always wears gloves"

# DNA

- CODIS - DNA database

- Contamination

# DNA

- Measure – countermeasure

- Tool - Bank Robbery analogy

# Defendant arrest and search warrant

- Statements to each other
  - Dennis-Did you get rid of the powder
  - Daniel – Yeah
  - Dennis -Good thing we did

# Defendants statements to each other

- Daniel- "I knew this day would come"

- Dennis - "I thought it'd come a long time ago"

# Search Warrant

- Dennis' Will

- Dated 2/13/04

- Mailed 2/21/04

face on it.  I have fought the evil, greedy, race and culture
destroying politicians, corporate leaders, bankers, and powerful
Jews since I was 28 years old after studying real history of
our Race. We the White working class, have been attacked and
disenfranchised. and put into poverty and slavery by the above
listed basterds.  I am very proud to have fought these evil
basterds to my last breath.  I don't understand why our poeple
keep putting on the chains of slavery without a violent fight..

In memory of Robert Mathews & Tim Mcveigh
I Am,
Dennis William Mahon

Dennis William Mahon



D. Mahon
PO Box 41534
Mesa, AZ 85274-1534

DENNIS

WiLL.

2/23/04



**CERTIFIED MAIL**

7003 1680 0002 4130 6209



9261



61020



U.S. POSTAGE
PAID
MESA, AZ
85202
FEB 21 '04
AMOUNT

$2.67
00014179-30

BiLL   MAHON

5794   N. BLACKWOODS   RD.

DAVIS   JcT,   ILL.

6I020

61020+9506  03

# Count 1- Conspiracy

- Bombing, recruiting, training, prompting

- homemade grenade, manuals

# Count 1 - Conspiracy

- Sending informant to Robert Joos

- Robert Joos teaching napalm

- Robert Joos - diagram to blow up building

# Count 2 - Specific Scottsdale bombing event

# Interstate Commerce

- Diversity Budget for Commerce

- City Store

- Diversity Office Employees-City Business

- Payroll

# Count 3

- Teaching Explosives/Arson

- with Intent person commit

- a crime of violence

# Count 3

- Teach how to blow up a house

- construct a package bomb

- Creative Revenge book - package bomb

- Poor Man's James Bond 2

# Defendants and Racial Violence

- Dennis-"Violence is the only thing they understand"

- Daniel- "We've got to start getting violent"

# Conspiracy and Consequences

- Donald Logan - 90 degrees

- Renita Linyard

- Jacque Bell