**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL TRIAL MINUTES**

Phoenix Division

```
 CR 09-712-1 PHX DGC              DATE:   1/24/2012
   Year    Case No.  Dft #
```

HON: DAVID G. CAMPBELL                                Judge # 7031

USA  v.     MAHON, DENNIS
              Last Name            First Name        Middle Initial

DEFENDANT: X  Present    ___Not Present    ___Released    X  Custody    ___Writ
 Deputy
Clerk:    Traci C. Abraham            Crt Rptr/ECR:  Merilyn Sanchez

U.S. Atty: John Boyle/Michael Morrissey   Dft Atty:  Deborah Williams/Milagros Ciseros (FPD)

Intrptr:_____  Language:_____
_____ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and
      B/W issued.

**PROCEEDINGS:/ X /JURY TRIAL   /___/COURT TRIAL   /___/VOIR DIRE /___/JURY SWORN**

Trial Day #      9                 Waiver of Jury trial filed_____

Other Appearances: Defendant Daniel Mahon, present/custody; CJA Attorney Barbara Hull present.

8:32 Court in session. Counsel and defendants present. Defendant Daniel Mahon's motion in limine re: Exhibits 501,502,503,506,507(doc. 1485). Parties may have a resolution to this motion. Court will address later if no resolution reached.

Defendant Dennis Mahon Motion(doc. 1488, 1490). Government to file a written response.

Defendant Daniel Mahon's motion in limine (doc, 1460). Government to file a written response.

Defendant Daniel Mahon's motion to dismiss(doc. 1487), joined by Dennis Mahon. Motion under advisement.

Glendale bombing discussed. Court will review the cases presented and argument to Court. Further discussion to be held on 1/25/12 at 8:30. Defense to give Court a prepared list for postponement of trial and how long.

9:08 Jury present. Tristan Moreland continues cross examination by Defendant Daniel Mahon Exhibits:

656,658,660,662,664,666,668,670,672,674,676,680,682,684,686,688,690,692,696,698,700,702,704,706,708,710,712,714,716,718,720,722,724,726,728,730,732,734,736,738,740,742,744,746,748,750,752,754, 1206 admitted.

10:31-10:45 Jury excused for break.

10:31 Daniel Mahon objection and moves to strike testimony reference Edmund Burke Society.

10:35 Court in recess.

10:46 Court in session. Counsel and defendants present.  Objection to Edmund Burke Society is sustained.

Courthouse security issue addressed with counsel. Defendant Dennis Mahon's oral motion for mistrial, joined by defendant Daniel Mahon. Matter under advisement. Court will advise the jury of the Courthouse security issue. After the Court receives details of security issue, Court will question each juror individually.

10:58 Jury present.  Court advises the jury of the morning Courthouse security issue.
10:59 Tristan Moreland cross examination by defendant Daniel Mahon continues.
11:43 Redirect examination.  Exhibit 245 admitted.

12:01-1:00 Jury excused for lunch.

12:03 Court in recess.

1:01 Court in session. Counsel and defendants present. Courthouse security issue discussed. Motion for mistrial denied.

1:12 Jury present. Court advises the jury that each of them will be questioned individually about the Courthouse security issue. Jurors individually questioned.

Court finds after further questioning of the jurors the motion for mistrial is denied. Defendant Daniel Mahon's oral motion for mistrial re: jurors discussing case. Motion is denied.

1:59 Jury present. Tristan Moreland redirect examination continues.

2:28-2:45 Jury excused for break.

2:29 Court in session with counsel and defendants. Objections to exhibit 164 discussed.

2:42-2:55 Court in recess.

2:56 Court in session.

2:58 Jury present. Tristan Moreland redirect examination continues.

3:02 Rebecca Williams sworn and examined. Exhibits 164,200,177,175,173,202,204 admitted.
4:00 Jury excused. Jury to return on 1/25/2012 at 9:00 a.m.

4:01 Exhibit 204 use of the word nooses discussed. Defendant Dennis Mahon's oral motion for mistrial inconsistent opening statement of Government and evidence presented. Motion denied.

4:14 Court in recess.


Case continued to:   1/25/2012 8:30 a.m.   for further trial.