**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL TRIAL MINUTES**

Phoenix Division

CR 09-712-1 PHX DGC          DATE:   1/25/2012
 Year    Case No.  Dft #

HON: DAVID G. CAMPBELL                              Judge # 7031

USA  v.   MAHON, DENNIS
             Last Name              First Name         Middle Initial

DEFENDANT: X  Present    ___Not Present    ___Released    X  Custody    ___Writ

Deputy
Clerk:   Traci C. Abraham           Crt Rptr/ECR:  Merilyn Sanchez

U.S. Atty: John Boyle/Michael Morrissey   Dft Atty: Deborah Williams/Milagros Ciseros (FPD)

Intrptr:_____  Language:_____
_____ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and B/W issued.

**PROCEEDINGS:/ X /JURY TRIAL   /___/COURT TRIAL   /___/VOIR DIRE /___/JURY SWORN**

Trial Day #     10              Waiver of Jury trial filed_____

Other Appearances: Defendant Daniel Mahon, present/custody; CJA Attorney Barbara Hull present.

8:30 Court in session. Counsel and defendants present. Court will not strike testimony from the record the use of the word nooses.

Defendant Daniel Mahon's oral motion in limine re: characterize individuals as coconspirators (doc. 1489) is denied.

Defendant Daniel Mahon's motion in limine (doc. 1485) under advisement.

Defendant Dennis Mahon's motion in limine (doc. 1517) under advisement. Government to file a written response.

Defendant Daniel Mahon's motion to dismiss (doc. 1487) under advisement. Motion will be address on 1/26/2012.

Reports of the Glendale bombing discussed. Further discussion to be held on 1/26/12.

Defendant Dennis Mahon request that witness Donald Hansen appear by video conference. No objections. Granted.

Discussion held conversations between agents and witness Rebecca Williams.

8:50 Court in recess.

8:57 Court in session. Counsel and Defendant Dennis Mahon present. Health concerns of Daniel Mahon discussed.

9:02 Court in recess.

9:13 Court in session. Counsel and defendants present. Discussion held on conversations between agents and witness Rebecca Williams.

9:43 Jury present. Rebecca Williams direct examination continues. Exhibits 150,152,225,158,230, 52 admitted.

10:22-10:37 Jury excused for break.

10:23 Court in session . Counsel and defendants present. Discussion held on Robert Joos as a coconspirator. Court takes matter under advisement.

10:38 Court in recess.

10:51 Court in session. Counsel and defendants present. Court makes a finding under 801(d)(2)(E) as to Robert Joos as a coconspirator.

11:00 Jury present. Rebecca Williams direct examination continues. Exhibits 52,54,56 admitted. 11:23 Rebecca Williams cross examination by defendant Dennis Mahon begins. Exhibits 636,637 admitted.

12:00-1:00 Jury excused for lunch.
12:01 Exhibits 560, 561 discussed. Transcript of 9/22/2010 hearing will be reviewed by Court.

12:06 Court in recess.

12:58 Court in session. Counsel and defendants present. Exhibits 560, 561 discussed.

1:12 Jury present. Rebecca Williams cross examination by defendant Dennis Mahon continues. Exhibit 642(A) Informant agreement only.

2:30-2:45 Afternoon break.

2:48 Court in session. Counsel and defendants present. Jury present. Rebecca Williams cross examination by defendant Dennis Mahon continues. Exhibits 640, 559(A) letter only admitted.

4:00 Jury excused until 9:00 a.m. on 1/26/2012.

4:01 Exhibit 559 discussed. Court takes matter under advisement.

Defendant Daniel Mahon's motion to amend/correct supplement the record (doc. 1458) is denied. Government power point presentation filed at document 1500.

4:08 Court in recess.

Case continued to:   1/26/2012 8:30 a.m.   for further trial.