# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
### CRIMINAL TRIAL MINUTES

Phoenix Division

```
 CR 09-712-1 PHX DGC            DATE:   1/26/2012
 Year    Case No.   Dft #
```

HON: DAVID G. CAMPBELL                                Judge # 7031

USA  v.    MAHON, DENNIS
             Last Name              First Name        Middle Initial

DEFENDANT: X  Present    ___Not Present    ___Released   X  Custody   ___Writ
 Deputy
Clerk:   Traci C. Abraham           Crt Rptr/ECR:  Merilyn Sanchez

U.S. Atty: John Boyle/Michael Morrissey   Dft Atty:  Deborah Williams/Milagros Ciseros (FPD)

Intrptr:_____   Language:_____
_____ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and
      B/W issued.

**PROCEEDINGS:/ X /JURY TRIAL   /___/COURT TRIAL   /___/VOIR DIRE /___/JURY SWORN**

Trial Day #       11               Waiver of Jury trial filed_____

Other Appearances: Defendant Daniel Mahon, present/custody; CJA Attorney Barbara Hull present.


8:43 Court in session. Counsel and defendants present. Court rules on exhibit 559. The emails as contained in exhibit 559 will not be admitted. Exhibit 559(A), the letter will be admitted.

Defendant Daniel Mahon's motion to dismiss (doc. 1487) discussed.

Defendant Daniel Mahon's motion in limine (doc. 1485) is denied.

Defendant Dennis Mahon's motion in limine (doc. 1517) discussed.

Glendale bombing reports discussed.

9:02 Jury present. Rebecca Williams cross examination by defendant Dennis Mahon continues.

10:31-10:45 Jury excused for break.

10:32 Defendant Dennis Mahon's motion in limine (doc. 1517) discussed.
10:33 Court in recess.
10:47 Court in session. Counsel and defendants present. Jury present. Rebecca Williams cross examination by defendant Dennis Mahon continues.

12:00-1:00 Jury excused for lunch.

12:02 Court in recess.

1:03 Court in session. Counsel and defendants present. Jury present. Donald Hansen

sworn and examined. Witness appears by video conference.
2:30-2:45 Afternoon break.

2:45 Court in session. Counsel and defendants present. Jury present. Donald Hansen redirect examination continues.

2:58 Rebecca Williams resumes stand on cross examination by defendant Dennis Mahon.

4:00 Jury excused until 1/31/2012 at 9:00 a.m.

4:01 Defendant Dennis Mahon's motion in limine (doc. 1517) discussed. The motion is denied.

Length of trial discussed. Glendale bombing and Pappas investigation discussed. Defense counsel to review over the weekend break and be prepared to discuss on Tuesday.

4:30 Court in recess.

Case continued to:   1/31/2012 8:30 a.m.   for further trial.