**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL TRIAL MINUTES**

Phoenix Division

```
 CR 09-712-1 PHX DGC          DATE:    1/31/2012
  Year     Case No.  Dft #
```

HON: DAVID G. CAMPBELL                                    Judge # 7031

USA  v.     MAHON, DENNIS
              Last Name                First Name        Middle Initial

DEFENDANT: X  Present     ___Not Present    ___Released    X  Custody    ___Writ
 Deputy
Clerk:    Traci C. Abraham          Crt Rptr/ECR:  Merilyn Sanchez

U.S. Atty: John Boyle/Michael Morrissey   Dft Atty:  Deborah Williams/Milagros Ciseros (FPD)

Intrptr:_____    Language:_____
_____ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and
      B/W issued.

**PROCEEDINGS:/ X /JURY TRIAL   /___/COURT TRIAL   /___/VOIR DIRE /___/JURY SWORN**

Trial Day #      12                  Waiver of Jury trial filed_____

Other Appearances: Defendant Daniel Mahon, present/custody; CJA Attorney Barbara Hull present.

8:33 Court in session. Counsel and defendants present.

Defendant Daniel Mahon's motion in limine (doc. 1460) discussed. Court will review the motion and response over the lunch recess.

Government request to call witness Velicia McMillan out of order. No objections.

Government motion (doc.1528,1529) discussed. Defendants to file a written response.

Defendant Daniel Mahon's motion to dismiss (doc.1487) discussed. In the alternative defendant Daniel Mahon's Oral motion for mistrial re: destruction of evidence. Matter under advisement.

Exhibit 676 discussed.

Government may finish case by Thursday, February 2nd. Defendant Dennis Mahon request a break to prepare written rule 29 motions and argue to the Court. Defendant Daniel Mahon joins in request to file rule 29 motion and a motion to sever. Court will excuse the jury on Thursday, February 2nd Defendants will begin their case on Friday, February 3rd. Court in addition will inform the jury that trial will not be in session on February 9th.

Defendant Daniel Mahon requests that jurors be given headsets. Headsets will be provided.

Government requests on behalf of Rebecca Williams to obtain copies of exhibit 1009. Court and counsel to review the law as to this issue.

9:04 Jury present. Scheduling discussed with jurors.

9:10 Velicia McMillan-Humes sworn and examined.

10:29-10:45 Jury excused for break.

10:31 Court in recess.

10:46 Court in session. Velicia McMillan-Humes redirect examination continues.

10:49 Rebecca Williams resumes stand on cross examination by defendant Dennis Mahon.

10:54 Rebecca Williams cross begins by defendant Daniel Mahon. 11:03 Redirect. Exhibit 248 admitted.

11:55-1:00 Jury excused for lunch.

11:55 Exhibit 1080, 246 discussed.  Exhibit 164 was admitted prior with the removal of the index pages.

Defendant Dennis Mahon's oral motion to preclude testimony of Grant Bristow. Motion denied.

12:17 Court in recess.

1:01 Court in session. Counsel and defendants present. 403 objections to exhibit 246 sustained.

1:05 Jury present. Rebecca Williams redirect examination continues. Exhibit 144 admitted.

1:08 Grant Bristow sworn and examined.

1:29 Tristan Moreland recalled and examined. Exhibits 58, 59,60,61,62, 1058. admitted.

2:30-2:45 Jury excused for break.

2:31 Defendant Daniel Mahon's motion in limine (doc. 1460) is denied for the reasons stated on the record.

2:45 Court in recess.

2:55 Court in session. Counsel and defendants present. Defendant Daniel Mahon re-urges motion in limine. Exhibit 1014 discussed. Defendant Daniel Mahon to file a notice with Court docket with exhibit 1014. Court stands on previous ruling. Defendant Daniel Mahon's oral motion to sever.

3:10 Jury present. Tristan Moreland continues cross examination by defendant Dennis Mahon. 3:19 Cross begins by defendant Daniel Mahon. Exhibit 1055 admitted.

3:25 Jody Citizen sworn and examined. Exhibits 214, 215 admitted.

3:56 Tristan Moreland resumes on cross examination by defendant Daniel Mahon.

4:01 Jury excused until 2/1/2012 at 9:00 a.m.

Defendants request witness Jody Citizen remain under subpoena. Witness will remain under subpoena counsel to inform Court of reason for recalling before witness is brought in.

Defendant Dennis Mahon request Jencks materials from Tristan Moreland.

4:09 Court in recess.

Case continued to:   2/1/2012 8:30 a.m.   for further trial.