**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL TRIAL MINUTES**

Phoenix Division

```
 CR 09-712-1 PHX DGC         DATE:   2/1/2012
  Year    Case No.  Dft #
```

HON: DAVID G. CAMPBELL                                    Judge # 7031

USA  v.    MAHON, DENNIS
             Last Name              First Name        Middle Initial

DEFENDANT: X  Present     ___Not Present    ___Released    X  Custody    ___Writ
 Deputy
Clerk:   Traci C. Abraham            Crt Rptr/ECR:  Merilyn Sanchez

U.S. Atty: John Boyle/Michael Morrissey   Dft Atty:  Deborah Williams/Milagros Ciseros (FPD)

Intrptr:_____  Language:_____
_____ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and
      B/W issued.

**PROCEEDINGS:/ X /JURY TRIAL   /___/COURT TRIAL   /___/VOIR DIRE /___/JURY SWORN**

Trial Day #     13              Waiver of Jury trial filed_____

Other Appearances: Defendant Daniel Mahon, present/custody; CJA Attorney Barbara Hull present.

8:33 Court in session. Counsel and defendants present.

Testimony of Tristan Moreland. Exhibit 1055 discussed. Defendants request Jencks material from Tristan Moreland. Court will allow defendants to re-cross.

Defendant Daniel Mahon's motion to reconsider (doc. 1533) discussed.

Defendants objection to exhibit 167 discussed.

Thursday trial schedule discussed.

9:28 Jury present. Tristan Moreland redirect examination continues. 9:31 Re-cross examination begins. Exhibits 1210, 1211 admitted.

10:13 Larry Bettendorf recalled and examined. Exhibit 166 admitted.

10:23-10:40 Jury excused for break.

10:24 Defendant Dennis Mahon's objection to exhibit 223 discussed.

10:30 Court in recess.

10:43 Court in session. Counsel and defendants present. Jury present. Larry Bettendorf direct examination continues. Exhibits 560, 561 admitted.

11:26 Patricia Norfleet sworn and examined.

12:00-1:00 Jury excused for lunch.

12:01 Court in recess.

1:00 Court in session. Counsel and defendants present. Jury present. Patricia Norfleet cross examination continues. Exhibit 572A admitted.

1:34 Gary Devlaeminck sworn and examined. 1:50 Renita Linyard sworn and examined. Exhibits 142, 143 admitted.

2:29-2:45 Jury excused for break.

2:31 Court in recess.

2:44 Court in session. Counsel and defendants present. Jury present.

2:45 Jacque Bell sworn and examined. Exhibit 171 admitted.

3:12 Don Logan sworn and examined. Exhibits 250,141, 139 admitted.

4:06 Jury excused until 2/3/2012 at 9:00 a.m.

4:07 Court reviews with counsel the matters to be discussed on 2/2/2012 at 2:00 p.m. Government places on the record what evidence they have left to present in preparation of tomorrow hearing. Counsel and defendants to be present on 2/2/2012 at 2:00 p.m. to argue motions.

4:12 Court in recess.

Case continued to:    2/2/2012 2:00 p.m.    for further trial.