**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL TRIAL MINUTES**

Phoenix Division

<u>  CR  09-712-1 PHX DGC      </u>     DATE: <u>  2/2/2012  </u>
  Year    Case No.   Dft #

HON: <u>DAVID G. CAMPBELL                            </u>    Judge #<u> 7031  </u>

USA  v.  <u>   MAHON, DENNIS                                           </u>
               Last Name                 First Name        Middle Initial

DEFENDANT: <u>X</u>  Present   <u>   </u> Not Present   <u>   </u> Released   <u>X</u>  Custody   <u>   </u> Writ

 Deputy
Clerk: <u>   Traci C. Abraham          </u>   Crt Rptr/ECR: <u> Merilyn Sanchez </u>

U.S. Atty: <u> John Boyle/Michael Morrissey </u>  Dft Atty: <u> Deborah Williams/Milagros Ciseros (FPD) </u>

Intrptr:<u>             </u>  Language:<u>                          </u>
<u>     </u> Dft not appearing, on mot of US Atty, order bond revoked/forfeited and
       B/W issued.

**PROCEEDINGS:**/ <u>X</u> /JURY TRIAL   /<u>   </u>/COURT TRIAL   /<u>   </u>/VOIR DIRE /<u>  </u>/JURY SWORN

Trial Day #<u>      14               </u>    Waiver of Jury trial filed<u>            </u>

Other Appearances: Defendant Daniel Mahon, present/custody; CJA Attorney Barbara Hull present.

Trial held. Motions argued.

Defendant Daniel Mahon's motion for reconsideration (doc. 1533) discussed. Motion denied for reasons stated on the record.

Government 403 objections to Pappas evidence discussed. Objection overruled.

Defendants objections to Ebay book purchases evidence withdrawn.

Defendant Daniel Mahon's motion to dismiss for Brady violations (doc. 1487) discussed. Motion denied. Court will allow defendants to bring evidence to jury of the Pappas bombing.

Defendants oral motion for mistrial (doc. 1537) is denied.

Defendant's motion for Rule 29 judgment of acquittal (docs. 1547,1548, 1546) discussed and argued. Motions are taken under advisement.

Defendant Dennis Mahon's motion to continue trial (doc. 1549) argued and taken under advisement.

Defendant Dennis Mahon's motion renewed motion for Henthorn review and disclosure of confidential informant personnel files (doc. 1550) argued and taken under advisement.

Defendant Daniel Mahon's Oral motion to sever (doc. 1538) is denied.

Exhibit 167 discussed. Court will admit exhibit 167 with redactions.

Court in recess. Counsel and defendants to be present on 2/3/2012 at 8:30 a.m.

Case continued to:  __2/3/2012 8:30 a.m.__  for further trial.