**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL TRIAL MINUTES**

Phoenix Division

CR 09-712-1 PHX DGC              DATE:   2/3/2012
 Year    Case No.  Dft #

HON: DAVID G. CAMPBELL                              Judge # 7031

USA  v.    MAHON, DENNIS
              Last Name              First Name         Middle Initial

DEFENDANT: X  Present    ___Not Present    ___Released    X  Custody    ___Writ
 Deputy
Clerk:   Traci C. Abraham          Crt Rptr/ECR:  Merilyn Sanchez

U.S. Atty: John Boyle/Michael Morrissey   Dft Atty: Deborah Williams/Milagros Ciseros (FPD)

Intrptr:_____  Language:_____
_____ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and
      B/W issued.

**PROCEEDINGS:/ X /JURY TRIAL   /___/COURT TRIAL   /___/VOIR DIRE  /__/JURY SWORN**

Trial Day #     15              Waiver of Jury trial filed_____

Other Appearances: Defendant Daniel Mahon, present/custody; CJA Attorney Barbara Hull present.

8:31 Court in session. Counsel and defendants present.

Government objections to Anderson lawsuit discussed.

9:06 Jury present. Don Logan cross examination by defendant Dennis Mahon continues. 10:09 Cross examination by defendant Daniel Mahon begins.

10:15-10:30 Jury excused for break.

10:16 Exhibit 997 discussed.

10:30 Court in recess.

10:43 Court in session. Counsel and defendants present. Jury present. Don Logan cross examination by defendant Daniel Mahon continues. Exhibit 997A admitted.

11:40 Larry Bettendorf resumes stand on direct examination. Exhibit 167 admitted with redactions.

12:01-1:00 Jury excused for lunch.

12:01 Government objections to Anderson lawsuit discussed.

12:03 Court in recess.

1:03 Court in session. Counsel and defendants present. Jury present. Larry Bettendorf cross examination by defendant Daniel Mahon continues.

1:55 Government rest.

Defendant Dennis Mahon's oral motion for mistrial re: constructive amendment to the indictment. Motion denied. Both defendants re-urge motions rule 29 judgment of acquittal. Defendant Daniel Mahon's oral motion to sever. (Discussion held at sidebar)

1:57 Defendants case begins. 1:59 Jesse Sartuche sworn and examined.

2:30-2:45 Jury excused for break.

2:31 Government objections to Anderson lawsuit discussed.

2:40 Court in recess.

2:53 Court in session. Counsel and defendants present. Jury present. Jesse Sartuche direct examination continues.

4:00 Jury excused until 2/7/2012 at 9:00 a.m.

4:02 Witness Jesse Sartuche discussed. Defendants request that the Government not approach and prep defense witnesses before they testify. Government objects. Court will issue a text only order on this issue.

4:12 Court in recess.

Case continued to:   2/7/2012 8:30 a.m.   for further trial.