**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL TRIAL MINUTES**

Phoenix Division

```
 CR 09-712-1 PHX DGC           DATE:   2/7/2012
  Year    Case No.  Dft #
```

HON: DAVID G. CAMPBELL                              Judge # 7031

USA  v.    MAHON, DENNIS
            Last Name                    First Name           Middle Initial

DEFENDANT: X  Present    ___Not Present    ___Released    X  Custody    ___Writ
 Deputy
Clerk:   Traci C. Abraham            Crt Rptr/ECR:  Merilyn Sanchez

U.S. Atty: John Boyle/Michael Morrissey   Dft Atty:  Deborah Williams/Milagros Ciseros (FPD)

Intrptr:_____   Language:_____
_____ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and
       B/W issued.

**PROCEEDINGS:/ X /JURY TRIAL   /___/COURT TRIAL   /___/VOIR DIRE /___/JURY SWORN**

Trial Day #     16                 Waiver of Jury trial filed_____

Other Appearances: Defendant Daniel Mahon, present/custody; CJA Attorney Barbara Hull present.

8:31 Court in session. Counsel and defendants present. Government response (doc. 1568) discussed. Defendant Daniel Mahon will file a written reply. Further discussion to be held on 2/8/12. Government brief to be filed 2/9/2012.

Motions (docs. 1583, 1586) are granted. Defendant Daniel Mahon's motion (lodged doc. 1587) is granted.

Motions for Rule 29 judgment of acquittal discussed.

Exhibit 1009 discussed.

Defendant's motion in limine to permit questioning pursuant to Federal Rules of Evidence 611(a) and 613(a) (doc. 1582) is granted in part and denied in part for the reasons stated on the record.

9:13 Jury present. Jesse Sartuche direct examination by defendant Daniel Mahon continues.

10:30-10:45 Jury break.

10:31 Exhibit 559 discussed.

10:37 Court in recess.

11:07 Court in session. Counsel and defendants present. Jury present. Jesse Sartuche cross examination continues.

12:00-1:00 Jury excused for lunch.

12:01 Polygraph issue discussed.

12:16 Court in recess.

12:59 Court in session. Counsel and defendants present. Court rules on polygraph issue.

1:09 Jury present. Jesse Sartuche redirect examination continues.

1:26 Douglas Bartosh sworn and examined.

2:10 Helen Gandara-Zavala sworn and examined.

2:31-2:45 Jury excused for break.

2:32 Government 404(b) objection testimony of Helen Gandara-Zavala discussed.

2:35 Court in recess.

2:47 Court in session. Counsel and defendants present. Jury present. Helen Gandara-Zavala direct examination continues.

4:00 Jury excused. Jury to return on 2/8/2012 at 9:00 a.m.

4:01 Government objections discussed. Defendants witnesses discussed.

4:11 Court in recess

Case continued to:   2/9/2012 8:30 a.m.   for further trial.

Court Time: 6 hours