**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL TRIAL MINUTES**

Phoenix Division


 CR 09-712-1 PHX DGC_____        DATE:___2/8/2012___
 Year     Case No.  Dft #

HON:_DAVID G. CAMPBELL_____       Judge #_7031__

USA  v. ____MAHON, DENNIS_____
               Last Name                 First Name            Middle Initial

DEFENDANT:_X__Present  ____Not Present  ____Released  _X__Custody  ____Writ
 Deputy
Clerk:___Traci C. Abraham_____     Crt Rptr/ECR:__Merilyn Sanchez_

U.S. Atty:_John Boyle/Michael Morrissey_  Dft Atty:_Deborah Williams/Milagros
Ciseros (FPD)_

Intrptr:_____  Language:_____
_____ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and
       B/W issued.

**PROCEEDINGS:/_X_/JURY TRIAL  /___/COURT TRIAL  /___/VOIR DIRE /__/JURY SWORN**

Trial Day #_____17_____        Waiver of Jury trial filed_____

Other Appearances: Defendant Daniel Mahon, present/custody; CJA Attorney Barbara
Hull present.

8:32 Court in session. Counsel and defendants present. Motion for Acquittal (Rule
29) (doc. 1547) discussed. Further discussion to be held on 2/10/2012.

Motion Renewed Motion for Henthorn Review and Disclosure of Confidential Informant
Personnel Files exhibit letter attached (doc. 1550) discussed. Defendants continue
to do additional investigation.

Defendants case likely to finish next week. Defendants request a one day break
between close of case and closing arguments for preparation.

9:17 Jury present. Helen Gandara-Zavala redirect examination continues.

9:34 John Curran sworn and examined.

10:30-10:45 Jury excused for break.

10:31 Government objection to exhibit 1020 discussed.

10:50 Court in recess.

11:03 Court in session. Counsel and defendants present. Jury present. John Curran
Direct examination continues.

12:00-1:00 Jury excused for lunch.

1:05 Court in session. Counsel and defendants present. Jury present. Tami Loehrs
sworn and examined.

1:14 John Curran retakes stand on direct examination.
2:30-2:45 Jury excused for break.

2:31 John Curran testimony discussed.

3:12 Court in recess.

3:20 Court in session with counsel and defendants. John Curran examined by the
Court.

3:23 Jury present. John Curran cross examination.

3:28 Velicia McMillian sworn and examined.

3:38 Grace Nakar sworn and examined.

4:09 Jury excused until 2/10/2012 at 9:00 a.m.

4:12 Court in recess.

Case continued to:    2/10/2012 8:30 a.m.    for further trial.