**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL TRIAL MINUTES**

Phoenix Division

```
 CR 09-712-1 PHX DGC            DATE:   2/10/2012
  Year    Case No.  Dft #
```

HON: DAVID G. CAMPBELL                               Judge # 7031

USA  v.    MAHON, DENNIS
           Last Name                First Name           Middle Initial

DEFENDANT: X  Present      ___Not Present    ___Released   X  Custody    ___Writ
 Deputy
Clerk:   Traci C. Abraham            Crt Rptr/ECR:  Merilyn Sanchez

U.S. Atty: John Boyle/Michael Morrissey   Dft Atty: Deborah Williams/Milagros Ciseros (FPD)

Intrptr:_____   Language:_____
_____ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and
      B/W issued.

**PROCEEDINGS:/ X /JURY TRIAL   /___/COURT TRIAL   /___/VOIR DIRE /___/JURY SWORN**

Trial Day #     18              Waiver of Jury trial filed_____

Other Appearances: Defendant Daniel Mahon, present/custody; CJA Attorney Barbara Hull present.

8:33 Court in session. Counsel and defendants present.

Motion (doc. 1614) discussed. Defendants written response to be filed Monday. 2/13/12.

Partial judgment of acquittal discussed. Defendant Daniel Mahon to file a written reply.

Motions (docs. 1605,1611) granted. Separate orders to issue.

Motion for disclosure (doc. 1597), joined by defendant Dennis Mahon. Motion discussed. Motion under advisement.

Motion (doc. 1602) held for ruling later date.

Motion for reconsideration (doc. 1609) discussed. Government to file a written response. Further discussion to be held Tuesday, 2/14/12.

Court informs the parties that Juror #4 is unable to continue and is excused. No objections.

Letter attached as exhibit to motion (doc. 1550) discussed.

Jury instructions. Court will have proposed copies to counsel for review on 2/18/2012.

Defense to finish case by Wednesday, 2/15/12. Government rebuttal 2 days. Completion of evidence possible 2/17/2012.

Discussion held on witness Michael Casadei and the Anderson lawsuit.

9:08 Jury present. John Curran examination continues.

9:45 Julia Angelica sworn and examined.

9:52 Larry Hough sworn and examined. Exhibits 501,502,503,645,639 admitted.

10:20-10:35 Jury excused for break.

10:21 Exhibit 599 objections discussed. Matter under advisement.

10:47 Court in recess.

11:00 Court in session. Counsel and defendants present. Jury present. Larry Hough examination continues.

11:07 Donald Heise sworn and examined.

11:43 Greg Popp sworn and examined. Exhibit 577, 578 admitted.

12:08-1:10 Jury excused for lunch.

12:08 Witness Michael Casadei discussed.

12:10 Court in recess.

1:11 Court in session. Counsel and defendants present. Parties are unable to reach a resolution as to witness Michael Casadei. Matter will be addressed at the end of the day.

Counsel for defendants inform the Court that a written waiver signed by both defendants to waive their presence at the deposition scheduled tomorrow will be filed with the Court.

1:21 Jury present. Dana Braccia sworn and examined. Exhibit 575 admitted.

2:00 Rita Hamilton sworn and examined. 574A admitted.

2:14 William Yazell sworn and examined.

2:33 Jury excused until 2/14/2012 at 9:00 a.m.

2:34 Statements made to Michael Casadei and testimony in Court discussed. Rolodex exhibit 599 discussed.

Defendant Dennis Mahon's oral motion to strike exhibits 214, 215, and the testimony of Jodi Citezin taken under advisement.

Court will review the statements and issue a ruling.

3:09 Court in recess.

Trial continued to:   2/14/2012 8:30 a.m.   for further trial.