IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL TRIAL MINUTES

Phoenix Division

CR 09-712-1 PHX DGC          DATE:  2/14/2012
Year    Case No.  Dft #

HON: DAVID G. CAMPBELL                          Judge # 7031

USA  v.   MAHON, DENNIS
           Last Name              First Name         Middle Initial

DEFENDANT: X Present    ___Not Present    ___Released   X Custody   ___Writ
Deputy
Clerk:  Traci C. Abraham          Crt Rptr/ECR:  Merilyn Sanchez

U.S. Atty: John Boyle/Michael Morrissey   Dft Atty: Deborah Williams/Milagros Ciseros (FPD)

Intrptr:_____ Language:_____
_____ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and B/W issued.

**PROCEEDINGS:/ X /JURY TRIAL   /___/COURT TRIAL   /___/VOIR DIRE /___/JURY SWORN**

Trial Day # 19              Waiver of Jury trial filed_____

Other Appearances: Defendant Daniel Mahon, present/custody; CJA Attorney Barbara Hull present.

8:34 Court in session. Counsel and defendants present.

Defendant Dennis Mahon's motion for reconsideration (doc. 1609) discussed. The motion is denied for the reasons stated on the record.

Court has reviewed the parties additional briefing on the tax issue. Discussion held. Court will do further review.

Defendant Dennis Mahon's motion to continue trial (doc. 1549) is denied.

Defendant Dennis Mahon's motion renewed motion for Henthorn review and disclosure of confidential informant personnel files (doc. 1550) is denied.

Defendant Daniel Mahon's motion for disclosure of tax forms (doc. 1597) is denied.

Partial judgment of acquittal not fully briefed. To be addressed at close of evidence.

Morrison deposition discussed.

9:12 Court in recess.

9:23 Court in session. Counsel and defendants present. Jury present.

9:24 Michael Casadei sworn and examined.

10:31-10:45 Jury excused for break.

10:31 Motion to strike or in the alternative sever and declare mistrial (doc. 1631) discussed.

10:55 Court in recess.

11:10 Court in session. Counsel and defendants present. Jury present. Michael Casadei direct examination continues.

12:01-1:00 Jury excused for lunch.

12:01 Witnesses Rebecca Williams and Steven Anderson discussed.

12:05 Court in recess.

1:11 Court in session. Counsel and defendants present. Tax issued discussed and ruling on the record. Defendant Dennis Mahon's motion to seal (doc. 1602) is denied.

Exhibit 214 and 215, Court will issue a ruling at a later date.

1:24 Jury present. Michael Casadei cross examination continues.

2:07 Tim Lenzen sworn and examined.

2:30-2:45 Jury excused for break.

2:31 Court in recess.

2:47 Court in session. Counsel and defendants present. Jury present. Tim Lenzen direct examination continues.

3:07 Tristan Moreland recalled in defense case and examined. Exhibits 770,822,823,824,825 admitted.

3:52 Rebecca Williams recalled in defense case and examined.

4:00 Jury excused until 2/15/2012 at 9:00 a.m.

4:02 Exhibit 214, 215 discussed. Court will review the briefing and issue a ruling.

4;10 Court in recess.

Trial continued to:   2/15/2012 8:30 a.m.   for further trial.