IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL TRIAL MINUTES

Phoenix Division

  CR 09-712-1 PHX DGC            DATE:   2/15/2012
  Year    Case No.  Dft #

HON: DAVID G. CAMPBELL                                Judge # 7031

USA  v.    MAHON, DENNIS
              Last Name              First Name        Middle Initial

DEFENDANT: X  Present    ___Not Present    ___Released    X  Custody    ___Writ
 Deputy
Clerk:   Traci C. Abraham            Crt Rptr/ECR:  Merilyn Sanchez

U.S. Atty: John Boyle/Michael Morrissey   Dft Atty:  Deborah Williams/Milagros Ciseros (FPD)

Intrptr:_____  Language:_____
_____ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and
      B/W issued.

**PROCEEDINGS:/ X /JURY TRIAL   /___/COURT TRIAL   /___/VOIR DIRE /___/JURY SWORN**

Trial Day #     20              Waiver of Jury trial filed_____

Other Appearances: Defendant Daniel Mahon, present/custody; CJA Attorney Barbara Hull present.

8:33 Court in session. Counsel and defendants present.

Defendant Dennis Mahon's memorandum appointment of counsel for witness (doc. 1647) discussed. The Court finds no reason for the appointment and the request is denied.

Government motion in limine under Rule 608 (doc. 1648) to be further addressed at lunch recess.

Government motion for reconsideration regarding exhibit 246 (doc. 1649) to be further addressed at lunch recess.

Defendant Dennis Mahon's motion to strike (doc. 1617) and joint motion to strike or in the alternative sever and declare mistrial (doc. 1631) discussed. The Court will deny the motions. Court to enter an order.

Witnesses discussed.

9:02 Court in recess.

9:11 Court in session. Counsel and defendants present. Jury present. John Mackenzie sworn and examined.

9:37 Deposition video of witness Joanna Morrison played.

10:21 Oscar Castillo sworn and examined.

10:30-10:45 Morning break.

10:50 Court in session. Counsel and defendants present. Jury present. Oscar Castillo direct examination continues. Exhibits 809, 810, 811A-R admitted.

11:45 Defendants Dennis Mahon and Daniel Mahon rest.

11:45 Government rebuttal case begins. John Curran recalled and examined.

11:55-1:00 Jury excused for lunch.

11:55 Polygraph issue discussed. Court and defendants to review the edited version of exhibit 246 over the lunch recess.

12:08 Court in recess.

1:01 Court in session. Counsel and defendants present. Closing arguments will be Tuesday, February 21, 2012.

Government motion for reconsideration regarding exhibit 246 (doc. 1649) discussed. Court will not reconsider the prior ruling and the motion is denied.

Government motion in limine under rule 608 (doc. 1648) discussed. The issue to be addressed during the testimony of Steve Anderson if necessary.

Parties stipulate that the DNA testing of Steve Anderson will not be used.

Defendants object to exhibit 244 use during rebuttal testimony of Tristan Moreland. Government doesn't intend to use it.

1:16 Jury present. John Curran cross examination continues.

1:25 Connie Wyckoff sworn and examined.

1:48 Steven Anderson sworn and examined. Government motion in limine under rule 608 (doc. 1648) is moot.

2:07 Larry Bettendorf examined.

2:13 Tristan Moreland examined.

2:23-2:45 Jury excused break.

2:24 Testimony of Don Hansen discussed. Tristan Moreland testimony discussed. Sophistication issue.

2:31 Court in recess.

2:43 Court in session. Counsel and defendants present. Court finds testimony of Don Hansen and rebuttal testimony of Tristan Moreland on the sophistication issue is proper.

2:46 Jury present. Tristan Moreland direct examination continues.

3:30 Government rest on rebuttal. Defendant Dennis Mahon's renewed oral motion for Rule 29 for the same reasons in the written motion made at sidebar.

3:33 Jury excused until 2/21/2012 at 9:00 a.m. for closing arguments.

3:34 Defendant Daniel Mahon will seek motion for rule 29 but would like the opportunity to brief.

Indictment going to jury discussed. Exhibit lists to jury discussed Verdict forms discussion.

Defendant Dennis Mahon's motion for Acquittal Rule 29 and renewed oral motion for rule 29 both are denied.

Jury instructions and settling will be held on 2/17/2012 at 3:00 p.m.

Government motion (doc. 1557) is withdrawn by the Government.

Government motion in limine (doc. 1614) is granted. Disgorgement issue to be addressed later date.

Motions (doc. 1617,1631) denied. Court to enter an order.

Defendant Daniel Mahon's motion to dismiss for Brady violations (doc. 1581) is denied.

Parties request the Court instruct the jury before closing arguments. Request granted.

3:54 Court in recess.

Trial continued to:   2/17/2012 3:00 p.m.   for further trial.