**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL TRIAL MINUTES**

Phoenix Division

| CR 09-712-1 PHX DGC | DATE: 2/17/2012 |
|---|---|
| Year   Case No.   Dft # | |

HON: DAVID G. CAMPBELL                                              Judge # 7031

USA v.   MAHON, DENNIS
              Last Name                    First Name         Middle Initial

DEFENDANT: X  Present     ___ Not Present     ___ Released   X  Custody    ___ Writ

Deputy
Clerk:  Traci C. Abraham           Crt Rptr/ECR: Patricia Lyons

U.S. Atty: John Boyle/Michael Morrissey   Dft Atty: Deborah Williams/Milagros Ciseros (FPD)

Intrptr:_____ Language:_____
_____ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and
      B/W issued.

**PROCEEDINGS:/ X /JURY TRIAL   /___/COURT TRIAL   /___/VOIR DIRE /___/JURY SWORN**

Trial Day # 21           Waiver of Jury trial filed_____

Other Appearances: Defendant Daniel Mahon, present/custody; CJA Attorney Barbara Hull present.

3:09 Court in session. Counsel and defendants present.

Defendant Dennis Mahon moves to withdraw the following exhibits:656,658,660,662,664,668,670,672,680,682,684,686,688,690,692,696,698, 700,702,704,706,708,710,712,714,718,720,722,724,726,728,730,732,734.736,738,740 ,742,744,746,748,750,752,754,1076,1077,1078,1079,1081,1082,1084,1086,1090,1091, 1092,1093,1095,1096,1097,1098,1099,1102,1103,1106,1107,1108,1109,1110,1111,1112 ,1113,1114,1115,1118,1119,1121,1123,1124,1125,1127,1128,1129,1130,1134,1135, 1136,1141,1142,1148,1150,1151,1152,1154,1157,1161,1162,1167,1169,1170,1172,1173, 1174,1176,1177,1178,1179,1180,1181,1182,1183,1184,1185,1186,1187,1188,1191,1192 ,1193,1194,1197,1199,1200,1204

No objections. Exhibits withdrawn.

Overt acts as alleged in the Superseding Indictment discussed.

Exhibit lists to go to the jury for deliberations discussed.

Government objections to jury instruction on count one (doc. 1661) discussed. Court will read the Miller case and issue a text only order.

Settling of Jury instructions. Court's proposed final jury instructions and verdict form (doc. 1660) discussed.

Defendants request separate verdict forms.

Defendants request a copy of the indictment go with the jury during deliberations.

Government objects. Court will not allow a copy of the indictment go into the Jury.

Length of closing arguments discussed. Time limits imposed.

5:20 Court in recess

Trial continued to:   2/21/2012 8:30 a.m.   for further trial.