**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL TRIAL MINUTES**

Phoenix Division

```
 CR 09-712-1 PHX DGC           DATE:   2/21/2012
  Year    Case No.  Dft #
```

HON: DAVID G. CAMPBELL                                    Judge # 7031

USA  v.    MAHON, DENNIS
            Last Name                First Name            Middle Initial

DEFENDANT: X  Present    ___Not Present    ___Released    X  Custody    ___Writ

Deputy
Clerk:    Traci C. Abraham            Crt Rptr/ECR: Patricia Lyons

U.S. Atty: John Boyle/Michael Morrissey   Dft Atty:  Deborah Williams/Milagros Ciseros (FPD)

Intrptr:_____  Language:_____
_____ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and
      B/W issued.

**PROCEEDINGS:/ X /JURY TRIAL   /___/COURT TRIAL   /___/VOIR DIRE /___/JURY SWORN**

Trial Day #    22                 Waiver of Jury trial filed_____

Other Appearances: Defendant Daniel Mahon, present/custody; CJA Attorney Barbara Hull present.

8:32 Court in session. Counsel and defendants present.

Final jury instructions/verdict forms discussed.

Parties have no objections to the proposed admitted exhibits list to jury for deliberations.

Parties request the Court instruct the jury at the close of arguments.

8:45 Court in recess.

9:03 Court in session. Counsel and defendants present. Jury present.

9:04 Government closing argument.

10:34 Court in recess.

10:49 Court in session. Counsel and defendants present. Jury present.

10:50 Defendant Dennis Mahon closing argument.

12:05-1:05 Lunch recess.

1:08 Court in session. Counsel and defendants present. Jury present.

1:09 Defendant Daniel Mahon closing argument.

2:15-2:30 Court in recess.
2:34 Court in session. Counsel and defendants present. Jury present.

2:35 Government rebuttal argument.

3:26 Court instructs the jury on the law. Final jury instructions read.

Following jurors are selected randomly as alternates: Jurors 12, 6, 17.

4:07 Jury retire to begin deliberation process.

Government on behalf of the victims request to have at least 40 minutes to arrive to Courthouse when a verdict is reached. Request granted.

4:10 Court in recess.

Trial continued to:   2/22/2012 9:00 a.m.   for further jury deliberations.