**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL TRIAL MINUTES**

Phoenix Division

CR 09-712-1 PHX DGC          DATE:  2/24/2012
 Year     Case No.  Dft #

HON: DAVID G. CAMPBELL                              Judge # 7031

USA  v.    MAHON, DENNIS
            Last Name               First Name         Middle Initial

DEFENDANT: X  Present    ___Not Present    ___Released   X  Custody   ___Writ
 Deputy
Clerk:   Traci C. Abraham         Crt Rptr/ECR: Patricia Lyons

U.S. Atty: John Boyle/Michael Morrissey   Dft Atty: Deborah Williams/Milagros Ciseros (FPD)

Intrptr:_____   Language:_____
_____ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and
      B/W issued.

**PROCEEDINGS:/ X /JURY TRIAL   /___/COURT TRIAL   /___/VOIR DIRE /___/JURY SWORN**

Trial Day #     25              Waiver of Jury trial filed_____

Other Appearances: Defendant Daniel Mahon, present/custody; CJA Attorney Barbara Hull present.


9:00 Jury return and continue deliberations.

1:15 Court in receipt of note from jury. 1:20 Court notified jury has reached a verdict.

2:11 Court in session. Counsel and defendants present. Court discusses the note received from the jury.

2:22 Jury present. Verdict read.

Dennis Mahon found guilty as to all 3 counts of the superseding indictment.

Sentence is set for May 22, 2012 at 2:00 p.m.

Daniel Mahon found not guilty as charged in count 1 of the superseding indictment.

Jury polled.

2:26 Jury excused and released.

Court orders that defendant Daniel Mahon be released from custody. Judgment of Discharge to be entered.

2:29 Court adjourned.

Sentence as to Dennis Mahon: May 22, 2012 at 2:00 p.m.

cc: All counsel/Probation/USMS

Time in Court: 18 minutes