IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>         Plaintiff,<br><br>   vs.<br><br>Daniel Mahon,<br><br>         Defendant. | CR 09-712-2 PHX-DGC<br><br>JUDGMENT OF DISCHARGE<br>Rule 32(k), FRCRP |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

/X/  the jury has returned its verdict, finding the defendant not guilty as to Count One of the Superseding Indictment, Conspiracy to Damage Buildings and Property by Means of Explosive in violation of Title 18, United States Code Section 844(n), 844(i);

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 32(k), Federal Rules of Criminal Procedure. The United States Marshal Service is authorized to release defendant.

DATE: 2/24/12

DAVID G. CAMPBELL
United States District Judge