1   ANN BIRMINGHAM SCHEEL
    Acting United States Attorney
2   District of Arizona

3   JOHN BOYLE
    Assistant U.S. Attorney
    Arizona State Bar No. 015640
4   MICHAEL T. MORRISSEY
    Assistant U.S. Attorney
    Arizona State Bar No. 012531
5   Two Renaissance Square
    40 N. Central Avenue, Suite 1200
    Phoenix, Arizona 85004-4408
6   Telephone: (602) 514-7500
    john.boyle@usdoj.gov

7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF ARIZONA

10
    United States of America
11                                              CR-09-00712-PHX-DGC
              Plaintiff,
12                                         **GOVERNMENT'S OBJECTION TO**
          v.                                  **PRESENTENCE REPORT**
13
    Dennis Mahon,
14
              Defendant.

15

16      The government hereby submits its objection to the Presentence Report.

17  U.S.S.G. § 3A1.4(a)

18      The guideline calculation should include a 12-level enhancement pursuant to United States

19  Sentencing Guideline § 3A1.4.  This guideline states: "3A1.4(a) If the offense is a felony that

20  involved, or was intended to promote, a federal crime of terrorism, increase by 12 levels; but if

21  the resulting offense level is less than level 32, increase to level 32."  Pursuant to Application

22  Note One, a "'federal crime of terrorism' has the meaning given that term in 18 U.S.C.

23  2332b(g)(5)." This statute states:

24      (5) the term "Federal crime of terrorism" means an offense that--

25          (A) is calculated to influence or affect the conduct of government by intimidation

26  or coercion, or to retaliate against government conduct; and;

27          (B) is a violation of-- ...844(i) (relating to arson and bombing of property used in

28  interstate commerce)....

1    Dennis Mahon's convictions in Counts One and Two satisfy the requirements for this

2 enhancement. As a part of the jury instruction for Count One, the government was required to

3 prove beyond a reasonable doubt that the object of the offense was to "promote racial discord

4 on behalf of the White Aryan Resistance by damaging and destroying buildings" of government

5 and businesses. Dennis Mahon chose to influence and affect the conduct of government when

6 he chose Donald Logan and the City of Scottsdale Office Diversity and Dialogue. The verdicts

7 of guilt on these two counts prove this enhancement. Additional evidence presented at trial also

8 proves the enhancement. Dennis Mahon repeatedly stated that he was a terrorist, called this

9 government office to threaten that "there's a few white people who are standing up," [1]

10 possessed the White Resistance Manual that specifically described assassination and terrorism

11 [2] , taught tactics of terrorism to the informant, discussed with Tom Metzger that the goal of

12 WAR was "racial terrorism," [3]  and publicly advocated domestic terrorism through violent

13 insurgency [4] .

14    This enhancement was found to be applicable in recent terrorism-related cases. See United

15 States v. Ressam, 2012 WL 762986, 1 (9th Cir. 2012)(*en banc*)(§ 3A1.4 enhancement applied

16 in relation to the conspiracy to bomb Los Angeles International Airport on New Year's Day

17 2000). [5]   The enhancement was also applied in the conviction and sentencing of one of

18 Ressam's co-conspirators, where the court noted the extreme danger posed by terrorism.

19

20    [1] See Exhibit 171, September 26, 2003 recording.

21    [2] See Exhibits 35-41, including specific reference in Exhibit 41 to "terror attack against non-Whites."

22    [3] See Exhibit Three, March 15, 2008 recording of discussion between Dennis Mahon and

23 Tom Metzger that "race is the most powerful weapon that's around... the only thing that can trump their economic terrorism is racial terrorism."

24    [4] See Exhibit One, 2007 National Geographic Interview. Dennis Mahon: violence "is the only goddamn thing the government understands...they also understand Tim McVeigh and guy's

25 that are–know how to be violent in the right way to get the job done.. it's guerilla warfare......maybe with a little bit of violence we could get the government's attention."

26

27    [5] The defendant's sentence in Ressam was vacated "as substantively unreasonable" because of the district court's significant downward variance, and remanded for resentencing.

28                                                      2

1 "Congress and the Sentencing Commission had a rational basis for concluding that an act of

2 terrorism represents a particularly grave threat because of the dangerousness of the crime and

3 the difficulty of deterring and rehabilitating the criminal, and thus that terrorists and their

4 supporters should be incapacitated for a longer period of time." [6/]   United States v. Meskini, 319

5 F.3d 88, 92 (2d Cir. 2003)(affirming § 3A1.4 enhancement and 288-month sentence for

6 convictions of material support to terrorists, in violation of Sections 371, 844(i), 2332(a)(1)(B),

7 and five counts of fraud in relation to the conspiracy with Ressam to bomb LAX). See also,

8 United States v. Jayyousi, 657 F.3d 1085, 1114–15 (11th Cir. 2011) (holding that terrorism

9 enhancement under § 3A1.4 applied when purpose of defendants' activity is calculated to

10 promote a terrorism crime regardless of defendants' personal motivations); United States v.

11 Awan, 607 F.3d 306, 316–18 (2d Cir. 2010)(holding that for § 3A1.4 enhancement the

12 government need not show that defendant was personally motivated to influence government if

13 it shows that he intended to promote a crime calculated to have such an effect).

14 U.S.S.G. § 3A1.4(b).

15     Pursuant to U.S.S.G. § 3A1.4(b), Defendant's criminal history category should be VI. The

16 subsection states:  (b) In each such case, the defendant's criminal history category from Chapter

17 Four (Criminal History and Criminal Livelihood) shall be Category VI."

18

19     Respectfully submitted this 1st day of May, 2012.

20
21                             ANN BIRMINGHAM SCHEEL
                             Acting United States Attorney
                             District of Arizona
22

23                             s/ *John Boyle*
                             JOHN BOYLE
24                             Assistant U.S. Attorney

25
CERTIFICATE OF SERVICE
26
_____
27     [6/] This quotation is also cited in Ressam, at 10.

28                                    3

1  I hereby certify that on May 1, 2012, I electronically  transmitted the attached document to the
   Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic
2  Filing to the following CM/ECF registrants:

3  Deborah L. Williams, Attorney for Dennis Mahon

4
   JB/ceb
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                    4