1              UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF ARIZONA

3              _____

4    United States of America,        )
                                       )
5                   Plaintiff,         )    CR 09-00712-PHX-DGC
                                       )
6         vs.                          )    Phoenix, Arizona
                                       )    February 21, 2012
7    Dennis Mahon and Daniel Mahon,    )
                                       )
8                   Defendants.        )    Appeal No: 12-10273
     _____)

9

10

11

12

13        BEFORE:  THE HONORABLE DAVID G. CAMPBELL, JUDGE

14        REPORTER'S TRANSCRIPT OF PROCEEDINGS

15        TRIAL DAY 22 - Pages 4245 - 4438

16                  FOR APPEAL

17

18

19

20

21   Official Court Reporter:
     Patricia Lyons, RMR, CRR
22   Sandra Day O'Connor U.S. Courthouse, Suite 312
     401 West Washington Street, Spc. 41
23   Phoenix, Arizona  85003-2150
     (602) 322-7257
24
     Proceedings Reported by Stenographic Court Reporter
25   Transcript Prepared by Computer-Aided Transcription

**A P P E A R A N C E S**

For the Government:

        U.S. Attorney's Office
        By: **MICHAEL T. MORRISSEY**, ESQ.
        By: **JOHN Z. BOYLE**, ESQ.
        40 North Central Ave., Ste 1200
        Phoenix, AZ  85004

For Defendant Dennis Mahon:

        Federal Public Defender's Office
        By: **DEBORAH L. WILLIAMS**, ESQ.
        By: **MILAGROS CISNEROS**, ESQ.
        850 W. Adams St., Ste 201
        Phoenix, AZ  85007

For Defendant Daniel Mahon:

        Law Office of Barbara L. Hull
        By: **BARBARA L. HULL**, ESQ.
        637 N. 3rd Ave., Ste 3
        Phoenix, AZ  85003

**I N D E X**

Closing Argument by Mr. Morrissey           4258

Closing Argument by Ms. Williams            4303

Closing Argument by Ms. Hull                4345

Rebuttal Closing Argument by Mr. Boyle      4381

Jury Instructions                           4410

**P R O C E E D I N G S**

          (The following proceedings took place in open court
outside the presence of the jury.)


          THE COURT:  Morning everybody.

          MS. HULL:  Morning, sir.

          MR. BOYLE:  Morning, Judge.

          MS. CISNEROS:  Morning, Judge.

          MS. WILLIAMS:  Morning, Judge.

          MR. MORRISSEY:  Good morning, Judge.

          THE COURT:  All right.  Nancy, I think, has handed
you the final set of jury instructions.  They're consistent
with what we talked about on Friday.  I have added to them the

08:32:56  1    definitions that you all sent to me yesterday.  I have

2    included the maliciousness definition that I understand

3    defendants objected to in Instruction Number 17.

4         The only thing I wanted to run by you concerns

08:33:16  5    Instruction 18, if you could turn there.  Near the bottom,

6    fourth paragraph up from the bottom, I simply said the term

7    "explosive" has the same meaning as in Count 2 above because I

8    didn't want to have to repeat that very long and detailed

9    definition of "explosive" that is in Count 2, but I wanted to

08:33:38  10   make sure that that is accurate, that you all agree there is

11   no difference in the definition between those two counts.

12        MR. BOYLE:  We agree.

13        MS. CISNEROS:  We agree.

14        MS. HULL:  Agreed.

08:33:49  15        THE COURT:  The other thing I wanted to mention is in

16   the verdict form, as I mentioned, I split them out so there's

17   one for Dennis Mahon and one for Daniel Mahon.  I did not put

18   in the words "beyond a reasonable doubt," because the jury

19   doesn't have to find the defendants not guilty beyond a

08:34:06  20   reasonable doubt.  So I didn't want to say, "We find the

21   unreasonable doubt," and have them check "guilty" or "not

22   guilty," because that suggests if they find not guilty it has

23   to be beyond a reasonable doubt.  So that's why I did not

24   include that in the verdict form.

08:34:25  25        As we talked about on Friday, I will plan to give

08:34:27   1    these instructions at the beginning of the morning, and then

       2    we'll go into the closing arguments.

       3            The other thing I wanted to mention to you is that we

       4    will be excusing three alternates before the jury deliberates,

08:34:41   5    assuming we get all 15 of the jurors here.

       6            If we have to call back an alternate during

       7    deliberations because a juror becomes ill or unavailable, I

       8    suggest we call back the last juror that was selected as an

       9    alternate.  And if we have to pick another one, we go to the

08:35:03  10    next-to-last juror.  That way, we don't have to redraw as to

      11    which alternates come back, we just call back the last one

      12    excused.

      13            Is there any objection to that?

      14            MR. BOYLE:  No, Your Honor.

08:35:16  15            MS. WILLIAMS:  No, Judge.

      16            MS. HULL:  No, sir.

      17            THE COURT:  All right.  Do you have matters you'd

      18    like to raise this morning?

      19            MR. BOYLE:  Couple things just for the record.  The

08:35:25  20    parties were here last week.  We did go through the exhibits

      21    that are going back to the jury.  From the government, it

      22    looks like the correct exhibits are going back.  I think it is

      23    appropriate to put that on the record.

      24            THE COURT:  Do we have a joint exhibit list or one

08:35:39  25    from the government?

08:35:42  1          THE COURTROOM DEPUTY:  There's one each.  One from

2      the government and one from the defense.

3          MR. BOYLE:  The parties have seen each others' lists

4      and we have no objection to theirs.  I don't know that they

08:35:49  5      have any to ours.

6          And that's actually my second point, which is I

7      presume you'll instruct them that it is not evidence, it's

8      just an aid, the exhibit list.  Because it has dates and

9      things on there.

08:36:05  10          THE COURT:  Yeah, that's a fair point.  I will

11      mention that to them.

12          MR. BOYLE:  But I would ask, again, from the

13      government's perspective, we've gone through the exhibits that

14      have gone back to the jury, we have no objection to what's

08:36:19  15      going back.

16          THE COURT:  All right.

17          Anything from the defense this morning?

18          MS. WILLIAMS:  No, Your Honor.

19          MS. HULL:  I do, Judge.  Housekeeping.

08:36:37  20          For purposes of deliberations, how near do you need

21      us should a verdict or question be returned?

22          THE COURT:  Well, if you can give us your phone

23      number where we can reach you if a question comes in, we can

24      do it by phone.  If you're agreeable with that.  Otherwise,

08:37:03  25      I'd say if you're within 15 minutes of the courthouse, if

08:37:07  1    that's possible, that would allow us not to keep the jury

2    waiting too long if you do have to come down or if we get a

3    verdict.

4              MS. HULL:  Then I'll see that I am.

08:37:19  5              THE COURT:  Okay.

6              MS. HULL:  Thank you.

7              THE COURT:  My expectation will be that we'll go to

8    pretty much the close of the day.  We'll let the jury retire

9    and see if they want to talk at all tonight, but my plan would

08:37:33 10    be to just release them at the end of the day without calling

11    them back in here, although I will tell them before they

12    retire to deliberate that when they come back in the morning

13    they shouldn't start discussing the case until all of the

14    jurors are present.

08:37:46 15              Beyond that, it doesn't seem to me there's a need to

16    call them back into the courtroom before they go home for the

17    night because they've clearly been given the admonition and

18    they'll be given it again today.

19              And Nancy will keep you apprised of when they go home

08:38:01 20    and when they come back in the morning and if we get a

21    question.  So we'll keep you informed on that.

22              Any other issues we need to talk about?

23              MS. WILLIAMS:  Judge, we haven't talked about this

24    even among ourselves or between the sides, but I was just

08:38:22 25    wondering now that we have a final set of jury instructions

08:38:25   1   and we have known through the weekend, for the most part, what

           2   they're going to be, since we know that we're going to be

           3   using pretty much every spare minute of the day to argue,

           4   Judge, how would the Court feel about instructing the jury at

08:38:43   5   the end of argument?

           6          THE COURT:  I don't have a strong preference.  I've

           7   done it both ways.  I think somebody in the group had asked we

           8   do it beforehand --

           9          MS. HULL:  I did, Judge.

08:38:58  10          THE COURT:  -- so that the jury knows the law that

          11   they're going to apply to the counts as you argue.  But if you

          12   all have different views, I'm happy to hear them.

          13          One of the consequences of doing the instructions

          14   first is that your closing, Ms. Williams, will be split over

08:39:20  15   the lunch hour.  Because if Mr. Boyle gets up at 9:30, he'll

          16   go -- or Mr. Morrissey, whoever goes first, they'll go until

          17   11:00.  We'll take a 15-minute break.  So you would do 45

          18   minutes before lunch and 45 minutes after.

          19          I suppose if we went straight into argument, we could

08:39:41  20   ask the jury to stay until 12:15 so you could finish before

          21   the lunch hour.  But, again, I don't have a strong view on

          22   that.

          23          Ms. Hull?

          24          MS. HULL:  I don't wish to split up anybody's closing

08:39:55  25   argument, Judge.  If that's the case, I'll withdraw my

08:39:58    1    request.  I just -- the Court has no problems with us reading

2    from the instructions in our closings?

3           THE COURT:  I do not.  Unless somebody objects to

4    that.  I do think it's helpful to the jury for whoever is

08:40:15    5    arguing the point to argue it in terms of what the

6    instructions say are the elements of proof on a charge.  I

7    think that helps them organize it, which is one of the reasons

8    giving it ahead of time can be helpful.

9           MR. MORRISSEY:  I still think they should be

08:40:36    10    instructed before.  I think that is most helpful to the jury.

11    I understand that the Court pointed out it would break up

12    Ms. Williams' closing.  Can we hear from the defense what the

13    perspective is on that from Deb?

14           MS. WILLIAMS:  Judge, for obvious reasons, I would

08:41:00    15    just as soon not have a lunch break in the middle of my

16    closing.  I do anticipate using every minute of my time.  And

17    Ms. Hull and I have spoken and she has graciously allowed me

18    to spill over into her time a little bit.

19           MS. HULL:  "Graciously" underlined, Judge.

08:41:23    20           MS. WILLIAMS:  Extremely graciously.

21           If need be.  I know I'm going to be talking quite

22    fast to even do that.  So I would just as soon not have my

23    closing split, but if I have to, I have to.

24           THE COURT:  Well, if you're going to go over an hour

08:41:38    25    and a half, that means we'd have to go even beyond 12:15 if we

08:41:45  1    were going to get it done before the lunch break.

2              MS. HULL:  Judge, can we ask the jurors, if we still

3         get the hour lunch, if they would object to starting lunch

4         maybe a half hour later?  Then I think everybody would be --

08:41:59  5    would achieve all goals.

6              THE COURT:  Yeah, that's fine with me.

7              That would mean, Mr. Morrissey, you start at 9:00, go

8         to 10:30, and then we'd take a 15-minute break, come back at

9         11:45, and go to 12:15 or 12:30 so Ms. Williams can finish.

08:42:26  10             Do you all want me to give you an alert when you have

11        five minutes left on your hour and a half or ten minutes left,

12        as opposed to just saying "time's up"?

13             MR. MORRISSEY:  I would like an alert.  And some

14        mercy.

08:42:41  15             THE COURT:  Five or ten minutes?

16             MR. MORRISSEY:  I think ten.

17             THE COURT:  How about the rest of you?

18             MS. WILLIAMS:  I don't really think I need it, Judge.

19        If you want to do ten, that's fine, but I'm going to have my

08:43:00  20        watch in front of me also.

21             MS. HULL:  I'll have my watch, too, Judge.  Are you

22        going to really stop us at that point?

23             THE COURT:  Well, I'm not going to do what Chief

24        Justice Rehnquist used to do, which is stop you mid-sentence

08:43:14  25        and tell you to sit down.

08:43:17  1          I do think we need to adhere closely to this time,

2    otherwise we're not going to get done today and I do want to

3    get done today so the jury can start deliberating.  So the

4    hour and a half or three hours per defense, if you run a

08:43:35  5    minute or two over, that's not a problem, but I don't think we

6    can run 15 minutes over or we're going to run out of time at

7    the end of the day.

8          So, yeah, I will try to hold you relatively close to

9    it without cutting you off mid-sentence.

08:43:51 10          MS. HULL:  If I misunderstood, I apologize, but

11    government's going to start at 9:00 or are you instructing at

12    9:00?

13          THE COURT:  Well, if Ms. Williams would like to get

14    her closing done before a lunch break, I'll wait and instruct

08:44:04 15    at the end of the day.

16          MS. HULL:  Okay.  Thank you.

17          MR. BOYLE:  Judge, this brings up a point about my

18    rebuttal argument.  I don't know what the schedule is going to

19    be.  I'll tell you, at the beginning when we talked about

08:44:18 20    splits, it was 90 minutes for Mr. Morrissey and an hour for

21    myself is what I had planned.

22          As you can see, the defense has already scheduled out

23    their three hours, sharing some of it.  I don't know why the

24    Court would not give the government the same three hours, but

08:44:29 25    it seems pretty clear we can't fit in three hours of

08:44:32    1    government argument today.

2    THE COURT:  Can't.

3    MR. BOYLE:  But there has to be some equity of the

4    rebuttal argument to respond to three hours.

08:44:40    5    I was thinking over the weekend that even in a simple

6    1326 or 924 case you would give 20-minute rebuttal.  This is a

7    six-week case that's taken years to come to court.  I don't

8    know what your timeframe is, but originally I thought an hour.

9    I don't know how it's going to factor in today, but I do

08:44:55   10    have -- if we have to go to 4:30, I think we have to go to

11    4:30.  There's just no way it's fair to the government or the

12    victims or the amount of time given the defense versus the

13    government.

14    So how do you plan to do that?

08:45:11   15    THE COURT:  Well, I understand your point, Mr. Boyle.

16    I think what we ought to do is I'll talk to you after Ms. Hull

17    sits down and we'll figure out how much time you reasonably

18    need.  I'm not going to shortchange you.

19    MR. BOYLE:  Okay.  Thank you.

08:45:27   20    THE COURT:  All right.  We will plan to bring the

21    jury in at 9 o'clock and we'll go right into closings.  Okay.

22    Thanks.

23    (Recess taken from 8:45 to 9:03.  Proceedings resumed

24    in open court with the jury present.)

09:03:22   25    THE COURT:  Morning, ladies and gentlemen.

09:03:24 1          THE JURORS:  Morning.

2          THE COURT:  Thank you for being with us this morning.

3          Were any of you exposed to any information about the

4     case this weekend in any way?

09:03:34 5          I see no hands.

6          All right.  As we indicated when we were last here,

7     we're going to have closing arguments today.  There's a lot of

8     ground to cover, and so I've told the government that they can

9     have an hour and a half for their closing, each defendant can

09:03:49 10    have an hour and a half, and then there will be rebuttal by

11    the government at the end of the day since they have the

12    burden of proof.  And after we've been through those

13    arguments, then I will give you the jury instructions.

14         In order that we not interrupt the first defense

09:04:03 15    closing, we probably will need to go until 12:15 or a little

16    bit after before our lunch break.  We'll then take a full hour

17    lunch break, but it will be a little bit delayed.

18         Will that cause a problem for any member of the jury?

19         Okay.  All right.  Then we'll go ahead and begin with

09:04:20 20    the government's closing.  Mr. Morrissey, you may proceed.

21         MR. MORRISSEY:  Dennis Mahon --

22         THE COURT:  I'm sorry, Mr. Morrissey, to interrupt

23    you right off the bat.  If there's a way to get that mike in

24    front of you, then we'll be able to hear you more clearly.

09:04:46 25         MR. MORRISSEY:  Thank you.

09:04:46  1          THE COURT:  Thanks.

2          MR. MORRISSEY:  Dennis Mahon, Daniel Mahon, and Tom

3  Metzger conspired to destroy on behalf of the White Aryan

4  Resistance, on behalf of WAR.  Dennis Mahon, Daniel Mahon, and

09:05:03  5  Tom Metzger believed in racial terrorism, in violence as a way

6  to accomplish their goals.  On behalf of WAR and because of

7  their views on race, they conspired to destroy buildings of

8  the government and of private businesses.

9          Their belief in racial terrorism was explicit and

09:05:27 10  they held it for decades.  The Court at the end of the day

11  will read you your legal instructions.

12          For Count 1, the conspiracy, it is the object of the

13  conspiracy to damage or destroy buildings of the government

14  and businesses whose activities the defendants believed

09:05:48 15  conflicted with their goals on behalf of WAR.

16          The evidence has proven that object of the

17  conspiracy.

18          Recall Exhibit 3.  A conversation between Dennis

19  Mahon and Tom Metzger.  This is recorded on the wiretap on

09:06:10 20  March 15th, 2008.  It's the broadcast of the WAR radio show.

21          (Audio played.)

22          MR. MORRISSEY:  What does Dennis Mahon say when Tom

23  Metzger talks about race being the most powerful weapon in

24  racial terrorism?  He says, "I love it."  That is his

09:08:44 25  ideology, that is his statement as well.

09:08:46  1        In another portion of that transcript, Tom Metzger

2    talks about burning down the capitol.  And Dennis Mahon

3    says -- you can play the entire clip for yourself, we will

4    not, during closings, be replaying every exhibit of every tape

09:09:01  5    that was played for you during the six-week trial, but you can

6    play the entire exhibits when you deliberate as a jury.

7        In another portion of that conversation, Dennis Mahon

8    says, "Corporate America and the politicians are the ones they

9    need to strike against first."  It is both government and

09:09:19  10   businesses and it is racial terrorism.

11       This continues throughout this case and permeates it.

12       Remember Exhibit 9, the tape recording of Dennis

13   Mahon and Tom Metzger that was found when law enforcement

14   searched Tom Metzger's house.  This recording was dated April

09:09:40  15   2008.

16       It won't play?  Okay.

17       I sure hope you play Exhibit 9 when you're doing your

18   jury deliberations, and you will have a laptop available to

19   you, because as you play Exhibit 9, notice again the emphasis

09:10:10  20   is on racial violence.  Dennis talks about "The whites we're

21   sacrificing for."  And they're talking about "It should have

22   been an IRS building or should have been an FBI building that

23   was bombed."  Notice the obsession on the part of Dennis Mahon

24   with bombing buildings.

09:10:31  25       Daniel Mahon.  The judge will read to you the

09:10:34  1    instructions on how one becomes a member of a conspiracy.  It

2    is by willfully participating in the unlawful plan with the

3    intent to advance or further some goal or object of the

4    conspiracy, even though the person does not have full

09:10:54  5    knowledge of all details of the conspiracy.

6         Daniel Mahon's defense attorney in openings said that

7    Daniel is here because he is Dennis Mahon's brother.  The

8    evidence refutes that.

9         Before I go in somewhat chronological order through

09:11:13 10    the evidence, let's just talk about some of the evidence of

11    Daniel's participation in the conspiracy.

12         Exhibit 48.  Daniel Mahon's phone call with his

13    brother, Dennis, on December 11th, 2007.  Listen for the theme

14    again of race-based violences -- race-based violence against

09:11:36 15    businesses.

16         (Audio played.)

17    MR. MORRISSEY:  "That's why we've got to start

18    getting violent."

19         This is the Laundromat call where Daniel is disgusted

09:12:17 20    because Mexicans, in his words, are getting jobs at the

21    Laundromat.  And once they get jobs, his claim is that then

22    other Mexicans come in and the whites lose their jobs.

23         Now, again, this theme continues.

24         Play Exhibit 50.  It is April 2nd, 2008.  It's

09:12:38 25    another phone conversation between Daniel and his brother,

09:12:42  1   Dennis.  And, again, what's the theme?  In Daniel's words, it

       2   is a business that's laying off white guys and hiring

       3   Mexicans.  And what is Daniel's solution to that?

       4          (Audio played.)

09:13:39  5          MR. MORRISSEY:  Notice Dennis's statement, "We can't

       6   fight their battles anymore."  He says "we" for a reason.

       7   Because Daniel is in this conspiracy just as much as Dennis.

       8   The evidence is he may not talk as much, but Daniel's in the

       9   conspiracy including the agreement to use fire or explosives

09:13:59 10   to destroy buildings.

      11          Three weeks later, Exhibit 42, Daniel and Dennis

      12   again talk by phone.  They discuss Tom Metzger's concern that

      13   Charles Kountze is an informant who might provide evidence

      14   against them in court.  And as Daniel and Dennis discuss how

09:14:18 15   serious the problem is of their activities being exposed and

      16   the need for a new generation to take over to continue these

      17   acts in the future, it is always "we."

      18          (Audio played.)

      19          MR. MORRISSEY:  Notice when Dennis says, recounting

09:15:30 20   his conversation with Metzger, "You talk about bombing

      21   buildings," Daniel does not say, "We don't bomb buildings."

      22   He agrees.  And he agrees with the statement "Where's the

      23   proof?"  This case is about the proof.

      24          You'll note that in the last two conversations, as I

09:15:49 25   said, Exhibits 50 and 42, they also dealt with the theme of

09:15:54  1    getting the younger generation to take over.

       2            The object of the conspiracy, as the Court will give

       3    it to you, there's two ways to satisfy it.  One, promote

       4    racial discord on behalf of WAR by damaging and destroying

09:16:09  5    buildings, or; two, teaching tactics with the intent that

       6    others commit violent acts on behalf of WAR.

       7            If you find as a jury that the defendants entered

       8    into an agreement to achieve either object of the conspiracy,

       9    it doesn't have to be both, one is sufficient, and you find

09:16:29 10    the elements are satisfied, the elements as contained in the

      11    Court's instruction -- the agreement to destroy or damage

      12    buildings is one, a defendant becoming a member of the

      13    conspiracy is two, a member of the conspiracy performing an

      14    overt act for the purpose of carrying out the conspiracy --

09:16:49 15    then following the instructions and the evidence, you should

      16    find both defendants guilty of Count 1.

      17            If you as a jury wish to further satisfy yourself on

      18    the point of Daniel's role -- as I said, I'm not going to play

      19    every tape -- play Exhibit 154.  It's the November 2007

09:17:11 20    discussion between Dennis Mahon and Tom Metzger and they talk

      21    about everybody's role.

      22            In this discussion, Metzger wants action.  He says,

      23    "If you had a regular job and an apartment someplace, would

      24    you have time?"  And from the tape, you can find it's very

09:17:29 25    clear that Tom Metzger is talking about violent actions.

09:17:32  1    Would you have time then to carry out violent actions.

        2        And Tom Metzger asks in this conversation, "What's

        3    Dan done for the movement lately?"  And Dennis replies, "He

        4    sure as hell supported me for the last ten years.  Without

09:17:49  5    Dan, I couldn't have done hardly anything."

        6        Remember the May 1st, 2007, trip to Scottsdale where

        7    Dennis Mahon, Daniel Mahon, and Rebecca Williams are present

        8    in the truck as they drive to deal with Rebecca's fictitious

        9    traffic ticket.  What are Daniel's statements about Don Logan

09:18:12 10    on that day?

       11        Immediately after Dennis Mahon says, "How you doing,

       12    nigger?  How you like those special letters you've been

       13    getting in the mail," Daniel says, "Goddamn racist

       14    motherfucker," referring to Don Logan, and says, "Pop a cap in

09:18:32 15    his Goddamn ass."

       16        You will find a review of that tape, Exhibit 181,

       17    very useful to your review of Daniel's participation in the

       18    conspiracy.

       19        But let me go a little more chronologically.

09:18:51 20    Exhibit 29.  The letter found during the search of the Mahon

       21    residence in 2009.  The letter is dated January 15th, 1992.

       22    And it is Dennis Mahon's notice of joining forces with Tom

       23    Metzger's WAR organization, including the ideology and tactics

       24    of WAR.

09:19:28 25        Traci, may I have the Elmo.

09:19:31  1          "To all members of the white racist movement and to

2    whom it may concern."  Dennis Mahon says, "I can be more

3    effective in the battle for the advancement of the Aryan

4    peoples by joining forces with Tom Metzger's White Aryan

09:19:53  5    Resistance.  I believe the ideology, spirit, tactics and

6    propaganda of WAR is the way to go in the future.  It's time

7    for WAR."

8          That's 1992.

9          WAR is described here as having ideology and tactics.

09:20:11  10   It is not a group with membership lists and dues to pay.  The

11   lack of a membership list does not make it less real.

12        Recall Exhibit 223.  The TV video of Dennis Mahon

13   being interviewed on KARE-TV in 1993.

14        It won't come up.

09:20:46  15        Also play Exhibit 1, Dennis Mahon's interview in

16   January 2007 with Mike Sinclair.  He's the documentary

17   television producer who did a documentary with National

18   Geographic Channel.  The documentary was called "American

19   Skinheads."  Sinclair was allowed to film a meeting at a hotel

09:21:08  20   that Dennis Mahon and Tom Metzger were present at, and after

21   that meeting, Dennis Mahon agreed to be interviewed on camera.

22   This is January 2007.

23        Remember, the dates of the conspiracy in Count 1 are

24   from September 26th, 2003, through June 25th, 2009.  So

09:21:29  25   January 2007 is squarely within the dates of the charged

09:21:34  1    conspiracy.

2              (Video played.)

3              MR. MORRISSEY:  In that same tape, Dennis Mahon says,

4         "We have to give white kids a future and not as slaves, so we

09:23:48  5    have to fight, and the only way to do it is Tom Metzger's way.

6         Education and proper violence."

7              And he talks about how with a bit of violence on our

8         part, maybe we can get the government to change things.  We

9         could have a small race war where maybe make a deal with

09:24:05 10    Mexico to have them take back people of their race, and he

11        says maybe give the blacks three or four states in the South

12        before there has to be a full race war with hundreds of

13        millions dead.

14             The goal's of WAR.  You heard Dennis Mahon's

09:24:22 15    description of the necessity for violence following Tom

16        Metzger's way.  But this was more than talk.  This was a

17        conspiracy of doers.  Or to use the phrase that Dennis Mahon

18        just used, "of direct action."

19             Recall Exhibit 35.  It was found in Dennis Mahon's

09:24:43 20    room in Davis Junction, Illinois, in his bookcase on the day

21        of the search warrant in June of 2005.

22             "The goals of our struggle.  To exacerbate existing

23        racial tensions to the point where the situation of open

24        conflict exists between whites and non-whites."

09:25:13 25             It is explicitly the goal to promote racial violence

09:25:19  1    between whites and non-whites.

2         And the way they're going to do that is to use

3    firearms and explosives.  It's the use of violence to promote

4    racial discord.

09:25:41  5         Now, the date of the printout on that document,

6    Exhibit 35, is April 15, 2009.

7         Nothing has changed from 1992, the date of Dennis'

8    proclamation of allegiance to Tom Metzger, to joining WAR, to

9    his interview on KARE-TV in 1993, to the interview with

09:26:02  10   National Geographic in January 2007.  The goal of small units

11   and violence to the written goals found in Exhibit 35.  The

12   beginning of this conspiracy charged in Count 1 is September

13   26, 2003.

14        Dennis Mahon called the Scottsdale Office of

09:26:27  15   Diversity & Dialogue.  He identifies himself as Dennis Mahon

16   of the White Aryan Resistance.  This is Exhibit 171.  You

17   heard it several times.  I'm not going to replay it for you.

18   But he talks about there are a few white people who are

19   standing up in Scottsdale.  Who are those white people?

09:26:47  20        Dennis Mahon, Daniel Mahon, Tom Metzger, and Robert

21   Joos.  This conspiracy resulted in the building and delivery

22   of a bomb to the office of diversity and plans -- a government

23   building, and plans to destroy businesses, and plans to take

24   action against the power grid in Arizona and Texas, and

09:27:10  25   possession of two M-80-type ball-bearing devices --

09:27:14  1    destructive devices, and attempted recruitment of Rebecca

2    Williams.

3          As I go through the evidence of the conspiracy,

4    please note that the conspiracy that charges Dennis and Daniel

09:27:28  5    Mahon, because it stretches from '03 to '09, is broader than

6    the mere act of sending the package bomb to Donald Logan at

7    the diversity office.  And it continued after that bombing.

8          This conspiracy existed well before the defendants

9    ever met Rebecca Williams in 2005.

09:27:50  10         In 2005, law enforcement is investigating the Logan

11   bombing.  They put together an undercover operation and they

12   put Rebecca Williams in the same trailer where the Mahons were

13   living.  How did the Mahons react to that?  You saw.  They

14   immediately came over, you heard the testimony, introduced

09:28:12  15   themselves.

16         What's one of the first things they did with her?

17   They showed her WAR videos.  That's what they watched

18   together.  Both Dennis and Daniel were present, and they

19   started to teach her how to commit violent acts on behalf of

09:28:28  20   WAR.  And they continued those efforts after she left Catoosa

21   in 2005.

22         That is Count 1 of the conspiracy.  Both Dennis and

23   Daniel are charged in Count 1.

24         Dennis Mahon is charged in Count 2 with maliciously

09:28:46  25   damaging, by means of explosive, the Scottsdale Office of

09:28:50   1    Diversity & Dialogue.

2              And he is charged in Count 3 with teaching the use or

3    making of an explosive or destructive device with the intent

4    that the teaching or demonstration result in an imminent

09:29:07   5    federal crime of violence.  The teaching in Count 3 is

6    teaching with the intent that it be used in an imminent crime.

7              This is not a First Amendment case for Count 3.  This

8    is not, you have a right to teach abstract advocacy.  This is

9    teaching of bombing with intent that it be used in a crime.

09:29:30  10              Those are the three counts on which you will render a

11    verdict.

12              Starting with 2003, the ideology, the reason for this

13    conspiracy, as Dennis Mahon said, is the white resistance is

14    growing and standing up.

09:29:47  15              Dennis Mahon and Daniel Mahon were living in Tempe,

16    Arizona, in September of 2003 and they had been for several

17    years.

18              The Office of Diversity & Dialogue had been created

19    in 1998 with Don Logan as its director.  As Don Logan

09:30:04  20    testified, the office's mission and Don Logan's life work had

21    been to embrace diversity, to see past difference, to reach

22    out, resolve conflict, and to build a community that valued

23    diversity.

24              With Don Logan's help, the diversity office reached

09:30:26  25    out to Scottsdale employees, reached out to people outside

09:30:29  1    Scottsdale, to the community as a whole, to make Scottsdale a

       2    better place to live, to work, and do business.

       3            The office helped put on this Scottsdale's annual

       4    Martin Luther King celebration.  The office helped put on the

09:30:46  5    annual Hispanic heritage celebration and was identified at

       6    that celebration.  You'll recall that there was a telephone

       7    number in advertisements accessible to the public that people

       8    could call in with questions, purchase tickets, and that went

       9    to directly Jacque Bell's phone line.

09:31:04 10            Let me discuss the somewhat technical matter.  Traci,

      11    can I have the Elmo.

      12            As I said, the judge will give you these instructions

      13    at the end of the day.  This is the conspiracy for Count 1.

      14    These are the elements the damaging of the buildings, the

09:31:29 15    defendant became a member of the conspiracy, that a member of

      16    the conspiracy performed an overt act.

      17            Here's the technical point:  The building or personal

      18    property was used in interstate or foreign commerce or in any

      19    activity affecting interstate or foreign commerce.

09:31:45 20            Okay.  For Count 1, you must find that any building

      21    or real property was used in interstate commerce or in an

      22    activity.

      23            In Count 2, you must find specifically that the

      24    Office of Diversity & Dialogue was used in interstate commerce

09:32:05 25    or in an activity affecting commerce.  Count 2.  2004.  Was

09:32:10  1    the Office of Diversity & Dialogue building, the human

2    resources building, used in interstate commerce?

3             Recall the testimony of Velicia McMillan.  The city

4    store is in that building.  It's part of the building that was

09:32:23  5    bombed and the city store is a commercial establishment.  It's

6    open to the public.  It sells tickets to movies, sells

7    clothes, coffee mugs, things like that.  On a yearly basis, it

8    has thousands of dollars of revenue.

9             In 2004, if somebody wanted to get hired at

09:32:43 10    Scottsdale, they would go to the wall that is where the

11    diversity office was and look up the job opportunities on the

12    glass board.  You saw that exhibit with the hiring

13    opportunities.

14             As Velicia McMillan testified, the entire life cycle

09:32:58 15    of an employee's recruitment, hiring, retirement, everything,

16    took place in the human resources building, which is where

17    diversity and dialogue was housed.

18             Each year, including 2004, they held the Martin

19    Luther King celebration, which involved diversity and dialogue

09:33:15 20    office taking in thousands of dollars worth of checks that

21    they would then act as a middleman and send out and pay the

22    speakers who were paid tens of thousands of dollars.  There

23    400 to 500 people attending.  Tickets were sold.  The

24    diversity office would take that in.

09:33:30 25             For 2000 alone, just focusing on the diversity

09:33:34  1    office, the building itself was used in economic activity, and

2    it was also used in a way that affected interstate commerce

3    with the sending of those checks to pay the speakers out of

4    state, with the city store being present.  The sponsors, APS,

09:33:51  5    General Dynamics, paid tens of thousands of dollars.  Those

6    businesses.  Again, that is economic activity.

7         For Count 1, which is broader, again, than Count 2,

8    the proof of interstate commerce is even stronger.  Remember,

9    in that timeframe there was a period where the entire payroll

09:34:11  10   for the city of Scottsdale, $700,000 a day, was done in the

11   office in the human resources building.  The city store was

12   operational for each of those.

13        For that time period, you also have the targeting of

14   the power grid in Arizona and Texas and the businesses that

09:34:29  15   hire Mexicans, which is -- Mexican people, which is interstate

16   and foreign commerce.

17        This was one of the agreements of the conspiracy to

18   damage or destroy buildings in interstate commerce.  That's

19   the building's economic effect.

09:34:43  20        Let's get back to the meaning of those activities.

21        Scottsdale's efforts in setting up the diversity

22   office were groundbreaking.  The diversity office was one of

23   the first ones in the country and it was newsworthy.  Don

24   Logan was interviewed, and as he testified, more frequently

09:35:03  25   than he would like his picture was in the newspaper.

One incident in particular was covered in the news and that was the discipline of Sergeant Crew, the demotion of him for using excessive force on an individual he arrested. After the discipline of that officer, Don Logan was interviewed and there was another story published regarding that.

Don Logan's role with respect to the discipline of a Scottsdale police officer -- he was just one of many people who signed off on it, he wasn't the person who disciplined Crew -- was well-known to Dennis Mahon. And Don Logan's work on behalf of diversity was well-known to Dennis Mahon. Daniel Mahon as well, during the course of the conspiracy, demonstrated his knowledge of Don Logan and what Don Logan stood for and spoke about shooting Don Logan.

The package bomb is discovered in the Scottsdale library on February 21st, 2004. That date is significant. As Agent Moreland testified, the bomb that was sent to Don Logan was a sophisticated bomb. And if a bomber isn't careful and the bomb is not built correctly, it can explode on the bomber instead of the intended victim.

On the same day, February 21st, that the bomb -- not known to be a bomb at the time, the package is discovered in the Scottsdale library, Dennis Mahon mailed his last will and testament, which was witnessed by his brother, Daniel. He mailed that February 21st to his father.

09:36:57  1        Traci, is the Elmo up?

2              THE COURTROOM DEPUTY:  Yes.

3              MR. MORRISSEY:  This is the Exhibit 161, last will

4       and testament of Dennis Mahon.

09:37:04  5        "I request to be buried next to Robert J. Matthews'

6       ashes on his widow Matthews property in Metaline Falls,

7       Washington.  I have fought the evil, greedy, race- and

8       culture-destroying politicians, the corporate leaders, the

9       bankers, and the powerful jews since I was 28 years old after

09:37:32 10      studying the real history of our race.  We, the white working

11      class, have been attacked and disenfranchised and put into

12      poverty and slavery."

13             Dennis Mahon signs his will, "In memory of Robert

14      Matthews and Tim McVeigh."  He wrote it February 13th, 2004,

09:37:55 15      but it is mailed February 21st, 2004.

16             Tim McVeigh and Robert Matthews.

17             The Court gave you an instruction that Dennis Mahon's

18      statement "in memory of Tim McVeigh and Robert Matthews" is

19      relevant to Dennis Mahon's state of mind at the time he wrote

09:38:19 20      the document and not as establishing any connection between

21      Dennis Mahon and what those two individuals did.

22             So what is Dennis Mahon's state of mind?  Robert

23      Matthews', testimony was, is an individual who died in a

24      shoot-out with federal agents.  That's what is in his mind as

09:38:39 25      he writes his will.  You can tell from the evidence Dennis is

09:38:44  1    in fighting mode.  He fought a violent fight on behalf of his

2    race, according to his will, to his last breath.  His life

3    from 1992 on was in service of WAR and his possible death by a

4    violent fight on behalf of the white race.

09:39:01  5         It is a fair inference that Dennis Mahon's state of

6    mind as of February 13th, 2004, when he wrote this will, was

7    that he might soon be facing arrest and might soon be in a

8    shoot-out with federal agents.  He mails this will on February

9    21st.  That's when the package is discovered.

09:39:23  10        Patricia Norfleet, the security officer for the

11   library, she's the one who found the package.  She testified

12   she found it sometime after the library opened.  After the

13   crush of people with the backpacks -- there was a lot of

14   people waiting to come in on Saturday -- after those people

09:39:41  15   had come into the library, she testifies that the package was

16   found between 10:00 in the morning and 12 noon.

17        Gary Devlaeminck was the circulation clerk.  He did

18   not work the Saturday the package was found.  He didn't work

19   that weekend.  He comes in that Monday, sees the package, it's

09:39:58  20   behind the counter of customer resources, it's in lost and

21   found.  He knew Don Logan was the diversity director.  And so

22   a day or two after the package is just staying there in lost

23   and found, he's the one that puts it in the interoffice mail,

24   which is what sent it to the City of Scottsdale mail room.  He

09:40:16  25   remembers doing that very close in time to the time of the

09:40:19 1    explosion.

2         The evidence is that the package went into

3    interoffice mail on Wednesday, February 25th.

4         If you want to satisfy yourself of that, pull

09:40:29 5    Exhibit 88, it's the photo of the meter strip, and it shows

6    right there the meter was run February 25th, 2004.

7         Or could you review the testimony of Inspector

8    Curran, who also testified as to how he established that the

9    meter strip was run on February 25th.

09:40:53 10         Remember the testimony of Dana Braccia, the library

11    employee for the City of Scottsdale who was involved with the

12    Authors and Appetizers event, she's the one that had the video

13    camera?  The Authors and Appetizers event is the night before

14    the package is discovered.  That event cost $60 to enter and

09:41:09 15    it was monitored by security.  She was walking around with a

16    video camera.  One of the sponsors was the Scottsdale Tribune.

17    There were newspaper people all over the place.  The mayor of

18    Scottsdale was in attendance.  I'm not going to play the

19    video.  It is Exhibit 575, if you wish to play it in your

09:41:26 20    deliberations.

21         But ask yourself, is it likely that that was an

22    atmosphere in which someone could slip in past security, avoid

23    detection and drop off the package bomb?  The evidence says

24    no.  Both Norfleet and Braccia testified that the library was

09:41:44 25    swept before the event and after.  As Braccia said, "We would

09:41:47  1    have found it if the package was there."

2            One thing you have to do as a jury is resolve

3    testimony.  There's an instruction on how you do that.

4    Credibility of witnesses, what they had the opportunity to

09:42:00  5    really observe and know, how good their memory is, what their

6    manner was of testifying.

7            In this case, as in every case, there are, at times,

8    conflicting testimonies.  And as a jury, you have to pick

9    among those competing versions.

09:42:18 10            Respectfully, the evidence says you should discount

11    the testimony of Joanna Morrison, the lady who had her

12    deposition in the hospital, because she got her facts wrong

13    under difficult circumstances.

14            Recall from her deposition she claims, "Well, I

09:42:35 15    talked to Gary that day," which was a day Gary didn't work,

16    "and we put it immediately into interoffice mail."

17            Gary didn't work that weekend.  There's no way that

18    happened.  That's impossible.  Plus, if it had been put in

19    interoffice mail, it would have been before February,

09:42:51 20    Wednesday 25th that the meter strip was run.

21            She also said that the package was wrapped in brown

22    paper.  Nobody else says that, and you'll recall last week

23    Dennis Mahon's defense attorney establishing with Agent

24    Moreland this was not wrapped in brown paper.

09:43:11 25            She just got the crucial facts wrong.  And you should

09:43:16  1    credit the other witnesses, Norfleet and Braccia, and

2    particularly Norfleet, the actual finder of the bomb.

3         The day the package is found, as we said, Dennis

4    mails his will, and a phone call is made from the number

09:43:32  5    480-650-6720.  You'll recall from Exhibit 200, that's the

6    number that Rebecca Williams uses to call Dennis Mahon.

7         On February 21st, 2004, that phone calls Robert Joos,

8    another conspirator.  Robert Joos' phone number, as proven by

9    Exhibit 56, is 417-846-3054.

09:44:06  10        If you turn to Exhibit 215, you can see the phone

11   call I'm talking about.

12        Traci, is the Elmo up?

13        THE COURTROOM DEPUTY:  Yes.

14        MR. MORRISSEY:  This is Exhibit 215.

09:44:24  15        That's the number, the number the informant used to

16   call Dennis Mahon, and that's the phone call to Robert Joos

17   right there on the day February 21st, 2004.

18        On Thursday, February 26th, 2004, Don Logan opens the

19   package and sustains serious injuries, as did Renita Linyard.

09:44:56  20        This is Exhibit 143.

21        Renita Linyard still has a piece of this bomb in her

22   skull behind her eye.

23        This is Exhibit 141.

24        You heard Don Logan's testimony as to how close his

09:45:23  25   fingers came to being amputated and the efforts the doctors

09:45:28  1  made.

2        This is Exhibit 139.

3        This bomb caused serious injuries.

4        ATF and Postal put enormous efforts into this

09:45:47  5  investigation.

6        One defense theme is that this investigation was

7  poorly done and focused on the wrong persons.  You'll recall

8  in opening, Dennis Mahon's counsel said that the investigation

9  ignored many other strong substantial suspects who had real

09:46:05  10  and actual motives to harm Don Logan.  And defense counsel

11  said everything about this said 'inside job.'

12        Daniel Mahon's counsel made a similar statement, that

13  there were people in a better position with a direct

14  connection to Mr. Logan.

09:46:22  15        You have heard evidence from many ATF agents and

16  postal inspectors.  You are the judges of the facts.  Was any

17  reasonable avenue of investigation ignored or not pursued?

18        Recall the postal inspector witnesses called by the

19  defense:  Sartuche, Curran, Lenzen, and Casadei.  The postal

09:46:49  20  service looked really, really hard at a large number of

21  suspects, including Edwin who worked in the mail room.  Those

22  individuals had their houses searched.  As Inspector Curran

23  testified, teams of agents descended upon their houses and

24  these employees said, "Okay, search my house."  Scottsdale

09:47:07  25  employees had their work computers searched.  They were

09:47:10  1   interviewed by Postal.  What was the result?

2           There was zero evidence connecting any of those

3   individuals to the conspiracy and the bombing.  Every

4   inspector told you that, as professionals, they worked hard to

09:47:26  5   try to establish connections on the part of anybody involved

6   with Scottsdale employees, whether it be the mail room or the

7   police employees such as Steve Anderson, Connie Wycoff, or

8   Steve Olson.

9           From the beginning the Mahons were suspects as well.

09:47:44  10   But so were people on the inside.  And so were people who had

11   any personal connection to Don Logan.  As Inspector Casadei

12   testified, those investigations were complementary and not in

13   conflict with each other.

14           A polecam was used on Steve Anderson's house to see

09:48:02  15   who came and went.  Pens and traps were done.  You recall that

16   is to see what numbers a phone call is calling.  Who is

17   calling who.  A polygraph of was administered to Steve

18   Anderson, who passed, but later it was decided that the test

19   questions were incorrectly formulated.

09:48:19  20           Don Logan was interviewed dozens of times.  His

21   personal life was looked into.

22           And what was the result?  Zero.  Trained, experienced

23   investigators found zero evidence connecting any of these

24   people, any of the numerous insider subjects to the bombing.

09:48:38  25           You'll recall Curran and Lenzen.  Why did you move

09:48:42   1    on?  Because there was no reason to continue.  There was no

2    evidence to justify it.

3              And recall Inspector Casadei.  The truest believer in

4    the personal angle.  Inspector Casadei had had a distinguished

09:48:53   5    30-year career with Postal.  You heard him testify he had been

6    present at many, many blast scenes.  And he had usually found

7    in his blast investigations, he told you, a personal angle, a

8    love triangle, a business relationship gone bad, something

9    like that.  Something like that that had caused a deeply

09:49:13  10    personal act of a bomber sending a bomb to his victim.

11             And Inspector Casadei was asked, "After your efforts,

12    after your hard work, did you ever find a shred of evidence

13    supporting a personal angle?  A shred?"  And inspector Casadei

14    said, "No."

09:49:35  15             The evidence is that this bombing was not because

16    three Scottsdale employees, Lupe Gutierrez, Connie Wycoff, and

17    Steve Anderson, got separated in the year 2000 because they

18    couldn't get along.  Wycoff and Anderson told you they didn't

19    hold Don Logan responsible for that.  It was Joyce Lyra of

09:49:59  20    human resources that they'd met with, and it was the police

21    department that had made the decision.

22             And the evidence is that anger within the Scottsdale

23    Police Department towards Assistant Chief Gandara had nothing

24    to do with this bombing.

09:50:14  25             Remember, it came out that Assistant Chief Gandara,

09:50:17  1   before she was hired, had engaged in significant misconduct.

2   And the chief waived the hiring requirements for her because

3   she was otherwise so well qualified.  And as Don Logan

4   testified, there was some controversy within the police

09:50:32  5   department as a result.

6       Glen Olson leaked that information and was

7   disciplined.  That had nothing to do with Don Logan.

8       Steve Anderson's lawsuit had nothing to do with Don

9   Logan.  He sued a lot of people, but he didn't sue Don Logan.

09:50:48 10   When Steve Anderson was accused by another employee, Lupe, of

11   discriminating against her, it was Don Logan who made a

12   finding Steve Anderson had not committed discrimination, and

13   he communicated that finding to Steve Anderson.

14       Remember all those questions to Assistant Chief

09:51:06 15   Gandara:  Well, was Steve Anderson's lawsuit going poorly when

16   these things were happening, when the leak occurred?  Ask

17   yourself, what relevance does that have to anything?  It was

18   Olson who did the leaking.

19       Anderson wasn't disciplined or shown to have any

09:51:22 20   involvement at all.  Steve Anderson, you saw his testimony, he

21   had no anger at all towards Don Logan.

22       He didn't sue Logan and you heard his testimony in

23   court, he had nothing against Logan at all.

24       Again, what you do as jurors is choose among

09:51:38 25   competing versions of the evidence, crediting what makes sense

09:51:43  1    and rejecting what doesn't make sense.

2           Based on the evidence, you may reject that the Logan

3    bombing was caused by a personnel issues within the City of

4    Scottsdale.

09:51:59  5           What else did Inspector Casadei say?  He talked about

6    how in a typical case he normally found a personal angle.  But

7    he also said that he had worked on atypical cases, and he said

8    in his experience, there were atypical bombers who bombed for

9    ideology or terrorism.

09:52:18 10           On February 26th, when the bomb exploded, as Jacque

11   Bell testified, as Don Logan testified, as inspector Casadei

12   testified, there was a chaotic situation in the aftermath of

13   the bomb.  It was eventually controlled by law enforcement.

14           Sartuche, Inspector Sartuche, testified that he sent

09:52:43 15   the remnants of the bomb to the Arizona Department of Public

16   Safety lab.  And the DPS lab finds no DNA.

17           Later, Cellmark, you will recall the testimony of

18   Mr. Staub, using a technique called MiniFiler, does find DNA.

19           Remember the testimony of Donald Hansen, the defense

09:53:06 20   bomb expert?  He was asked about emergency medical technicians

21   and whether they might properly be called evidence mangling

22   teams.  And Mr. Hansen stated that the term was quite

23   accurate, and he acknowledged that medical personnel who

24   respond are often people who contaminate.  There is

09:53:25 25   contamination in this case.

09:53:29  1    One of the persons whose DNA is on the package is
2    Robert Moberley, who you know from the testimony works at the
3    postal lab back in Dulles, Virginia.  All the agents testified
4    that they tried to avoid contamination, but it was a chaotic
09:53:48  5    scene.  And no one can control what happened before law
6    enforcement arrives on the scene.  No one controls medical
7    personnel.  Once they show up, there can be further
8    contamination.
9    A lot of law enforcement people were tested.  But
09:54:00  10   there is no way to test everyone who is at the scene to
11   exclude them or the people who were in contact with the box at
12   the manufacturing plant or the people Moberley came into
13   contact with.
14   So why isn't Dennis Mahon's DNA on the package?  The
09:54:18  15   evidence is he wore gloves.  Dozens and dozens of times you
16   have heard tapes where Dennis Mahon talks about when
17   constructing bombs, wear gloves, do not leave fingerprints.
18   Even if Dennis had not explained that, you could pull
19   Exhibit 40, also found in Dennis Mahon's room.  It's the
09:54:40  20   manual on police investigations and it contains the blueprint
21   for why Dennis Mahon's DNA is not on the bomb.
22   This is Exhibit 40.  The whole thrust of this is how
23   the operative, person committing violence, can avoid leaving
24   fingerprints.  And it talks about what exactly fingerprints
09:55:05  25   are and how you have to avoid leaving them.

09:55:13  1          The only way to avoid this is simply not to leave any

2     fingerprints behind.  Wearing surgical gloves during every

3     stage of an operation is the simplest way.

4          Dennis Mahon, dozens of times, talked about having

09:55:31  5     worn gloves.  Dennis Mahon is familiar with DNA, DNA samples,

6     how they can be obtained.  His own materials talk about how

7     the white resistance fighter can avoid leaving this type of

8     evidence.  Talks about never licking stamps or envelopes.

9          You have a lot of evidence as to why a sophisticated

09:55:58 10     bomber such as Dennis Mahon did not make an amateur mistake of

11     leaving DNA on the bomb.

12          As I said, the bomb is a sophisticated bomb.  You

13     have Exhibit 69, the mockup of the bomb.  It demonstrates the

14     positioning of the pipes in the bomb, including where the

09:56:29 15     initiator is -- not the initiator, where the switch is that

16     led to the contact once the bomb was being -- was opened and

17     the electricity was allowed to flow.

18          As the defense expert testified, he agreed where the

19     switch was in Exhibit 69 was correct.  More than that, he was

09:56:53 20     asked on cross, well, Exhibit 69, anything at all wrong with

21     it?

22          He said, no, it's a fair and accurate depiction

23     representation of the Logan bomb.

24          Remember, Mr. Hansen also said that the shrinkwrap

09:57:11 25     used to connect two of the wires in the bomb was the work of

09:57:15  1  someone who was technically proficient with electrical

2  connections.

3  He also agreed somebody who works as an airline

4  avionics mechanic would have electronics experience and

09:57:27  5  proficiency.

6  As you heard from other witnesses, Mr. Hough, that

7  was that Daniel Mahon's job while residing in Tempe in 2003

8  and 2004.

9  In the aftermath of the explosion, Postal handles the

09:57:42  10  investigation into the Scottsdale employees, and ATF

11  investigates the Mahons.

12  In the months after the bombing, the Mahons leave

13  Arizona and they move to Oklahoma.  ATF decides to put an

14  informant near them.  Rebecca Williams had no criminal record

09:58:00  15  and was not working off charges.  ATF also had Agent Moreland

16  act in an undercover capacity posing as Jimmy the Wolf.

17  You will have a jury instruction from the Court.

18  It's entirely permissible and necessary to use informants and

19  undercover agents to investigate criminal activities.  It's

09:58:24  20  appropriate and necessary.  And note, as a jury, you get to

21  scrutinize what was done.  You get to look at the evidence and

22  see it because it's all on tape.  There was no use of sex to

23  obtain evidence against the Mahons.  Any doubt about that?

24  Play Exhibit 248.  That's the exhibit that makes it clear that

09:58:47  25  in the hotel room in January 28 -- January 2008 in Rockford, a

09:58:53   1    foot massage and nothing else was given to Dennis Mahon.  The

2    interactions between Rebecca Williams and Dennis Mahon are on

3    audio and videotape.

4         Rebecca Williams frequently had to fend off Dennis

09:59:14   5    Mahon's advances.  But that is not what this case is about.

6         The evidence shows that Dennis Mahon, Daniel Mahon,

7    and Tom Metzger were very paranoid about security because they

8    knew their acts were criminal acts.  I've already played

9    Exhibit 42 where they talk about Tom Metzger's concern that

09:59:36  10    Kountze is an informant.

11         This conspiracy was not a book club meeting to talk

12    about the latest best seller.  Exhibit 13, the phone call of

13    December 22nd, 2007, I'd like to play that for you.

14         (Audio played.)

10:00:22  15         MR. MORRISSEY:  Dennis says, "He could have entrapped

16    me a long time ago."  It's clear that Dennis and Tom Metzger

17    are discussing the need to cover up their conspiracy.

18         Recall May 2008, the federal agents get a search

19    warrant for the DNA of the Mahons.  And Dennis and Daniel

10:00:44  20    discuss that they're professionals at this.  And from the

21    evidence, it's clear they're professionals at this conspiracy.

22         This is Exhibit 46.

23         (Audio played.)

24         MR. MORRISSEY:  Two days later, Dennis calls Tom

10:01:20  25    Metzger and tells him that he and Daniel have had a talk.  And

10:01:23  1    Dennis Mahon assures Tom Metzger repeatedly he will never

         2    betray or implicate Tom Metzger.

         3        As a jury, you can find that these are the words of

         4    Dennis Mahon on behalf of him and his brother assuring another

10:01:40  5    conspirator that it's going to be okay.

         6        This is Exhibit 156.

         7        (Audio played.)

         8        MR. MORRISSEY:  This is the mindset.  This is the

         9    group that Rebecca Williams and Agent Moreland worked to

10:03:01 10    investigate.  Both Dennis and Daniel Mahon took steps, overt

        11    acts, in furtherance of the conspiracy.

        12        When Rebecca Williams first met the Mahons, they're

        13    the ones who sat her down, played the WAR videos.  In the

        14    first week that she's in Catoosa, Dennis Mahon tells her that

10:03:20 15    Robert Joos is a big supporter of the White Aryan Resistance

        16    and Joos has a large property they can train it.

        17        Recall that Rebecca Williams introduces the story

        18    that there's a child molester in California and she wants to

        19    harm him.  From the tapes, it's clear that Rebecca intends to

10:03:39 20    harm this child molester but she needs guidance.  As she says

        21    multiple times on February 1st, 2005, "I'm gonna do this."

        22        Dennis doesn't want her to get caught, but he has no

        23    problem teaching her.  He has no problem teaching this person

        24    he just met days ago how to harm another human being.  First

10:03:57 25    he suggests some options short of the harm, but he very, very

10:04:01  1    quickly gets on board.  He gets on board and he teaches her

2    with the intent that it will be used in a crime of violence.

3    He teaches her at least two ways.  One involving explosive and

4    the other a destructive device.  The explosive is Exhibit 191.

10:04:22  5            (Video played.)

6            MR. MORRISSEY:  The second way, Exhibit 193.  This is

7    by a bomb.

8            (Video played.)

9            MR. MORRISSEY:  This is the same tape, the same clip

10:06:29 10    where Dennis says, "It's a one-inch pipe bomb.  A bag of

11    powder might do it, it will burn him to a crisp, but he could

12    survive.  The pipe bomb will kill him."

13            Was this imminent?

14            Recall in these discussions, Rebecca Williams had

10:06:46 15    said, "I'm gonna do this."  The child molester's birthday is

16    coming up, she's leaving Catoosa.  This is not a theoretical

17    discussion.

18            The First Amendment does not protect speech that is

19    intended to produce imminent lawless action.  Dennis says, you

10:07:04 20    just heard it, "I wanted the pipe bomb.  It will disfigure his

21    face and blow some fingers up.  Good enough."

22            How imminent?

23            Dennis offers to give her a trial run and he warns

24    her in this same video, "You've got to be very careful about

10:07:21 25    this.  If you're not, you will blow yourself up."  As he says,

10:07:24  1    "It's complicated, but it can be done if you're careful."

2              Does this teaching continue?  Absolutely.  If you

3    want to satisfy yourself of that, play Exhibit 198.  That's

4    the February 5th, 2005, teaching session before she leaves

10:07:40  5    Catoosa.

6              Again, there's more than one way to violate Count 3.

7    As a jury, you have to be unanimous, but either way is proof

8    of guilt.

9              I've just discussed the evidence on how he taught or

10:07:51  10   demonstrated the making of a bomb.

11             The second way, it's in the jury instruction, is --

12   can I have the Elmo?

13             Or defendant taught or demonstrated the making of an

14   explosive or destructive device or distributed information

10:08:10  15   pertaining in whole or in part to the manufacture.

16             And, again, you must find the intent to teach, that

17   it be used in furtherance of a federal crime of violence.

18             What's the second way?  Did he distribute information

19   relating to how to do this?  Recall Exhibit 164, "The Poor

10:08:28  20   Man's James Bond."  This book was discussed in Catoosa,

21   Oklahoma between Dennis and Rebecca Williams as one of the

22   books he wanted to get for her, and it teaches about

23   explosives and how to commit these acts.

24             If you turn to page 321, you'll see the clothespin

10:08:58  25   that was discussed in Catoosa.  Down here is the

10:09:01    1    mouse-trap-type bomb.  This is what he sends to her in May of

2    2005.  The entire book was mailed to her.  If you want to

3    satisfy yourself of that, pull Exhibit 225 where he talks

4    about having mailed her "The Poor Man's James Bond."

10:09:19    5    There's also Exhibit 164.  That's the -- I'm sorry.

6    What else did Dennis send?  Exhibit 1066.  This is

7    "Forgive and Forget."  Remember the cross-examination on this

8    and it said this book, which was mailed in April 2005, it

9    contains some pranks, some methods of harassing people that

10:09:43   10    would be jokes, that would not be lethal.

11    But Dennis Mahon made sure that Rebecca Williams knew

12    that his intent was serious, that he intended to teach her how

13    to harm that person, because he enclosed, it's in here, an

14    index card that's right at the chapter on how to build a poor

10:10:01   15    man's bomb.  And the index card had the words:  "Padded

16    envelope, 9-by-12, 6-by-9."

17    Every one of those phrases refers back to discussions

18    Dennis Mahon had with Rebecca Williams in Catoosa.  If you

19    want to double-check that, play Exhibit 193.

10:10:23   20    So, again, let me comment on a defense theme before I

21    go back to Counts 1 and 2.  The theme was that because Dennis

22    Mahon taught Rebecca Williams an envelope bomb, which is a

23    different type of bomb than the package bomb sent to

24    Mr. Logan, then therefore Dennis must not have a connection to

10:10:46   25    the Logan bomb.

10:10:47   1          The evidence answers that.

           2          The idea that Dennis is not guilty because he didn't

           3   teach her within four or five days of knowing her the Logan

           4   bomb is ridiculous.

10:10:57   5          As Agent Moreland testified, there are hundreds of

           6   ways to make a pipe bomb.  Dennis certainly taught her one way

           7   but he did not teach her the exact Logan bomb.  He knows more

           8   than one way to bomb.

           9          What's the biggest difference from the one he taught

10:11:11  10   her to the Logan bomb?  Well, he taught her an envelope bomb

          11   that would weigh under one pound and could go in the U.S.

          12   mail, which had to because she was going to mail it from

          13   Arizona to California.  He did not teach her the Logan bomb

          14   which was 1.6 pounds.  That is a different bomb.  Why not?

10:11:29  15   Because he doesn't trust her completely.  And you've heard

          16   numerous tapes referring to that.

          17          If you wish, play Exhibit 230 where he tells her --

          18   this is Dennis talking to Rebecca Williams.  It's the summer

          19   of 2006.  What's he tell her?  "The only person I trust 100

10:11:47  20   percent is Daniel."

          21          Exhibit 208.  April 2008.  He told her explicitly he

          22   had been worried about her being an informant.  Dennis Mahon

          23   was clear to others that he was worried she was an informant.

          24          Exhibit 207 from March 2008.  Dennis Mahon and

10:12:07  25   Charles Kountze talk, and they discuss how much Dennis has

10:12:11  1    told Rebecca.  And it's clear Dennis has not told her

2    everything because as he says to Kountze, "I've done things

3    for the movement, and people who talk go to jail."

4         Dennis Mahon did not teach Rebecca Williams the Logan

10:12:25  5    bomb within five days of meeting her in Catoosa.  She did not

6    enter that circle of trust in five days.

7         But beginning in February of 2005 and throughout the

8    investigation, both Dennis and Daniel Mahon revealed their

9    participation in the conspiracy, and for Dennis, guilt in the

10:12:48  10   actual bombing.

11        The characteristics of the bomb, the Logan bomb, the

12   lack of postage.  Recall the testimony by Agent Moreland that

13   the bomb weighed 1.6 pounds.  Both agent Moreland and

14   Inspector Casadei testified a package that weight cannot go

10:13:04  15   through the regular mail.  You've got to go to the counter and

16   have a face-to-face encounter.  Who else knew that?  Dennis

17   Mahon.

18        You just heard and saw that was part of his strategy

19   for helping Rebecca:  Keep it under one pound so it can go

10:13:21  20   through the mail.

21        For the Logan bomb, it's a fair inference that the

22   bomber did not want postage because it was too heavy and he

23   did not want it to go through the mail.  That's why it had to

24   be placed.

10:13:32  25        Putting the 1.6 pound Logan bomb into the mail would

10:13:36  1    have required exactly what Dennis Mahon didn't want.

2         Dimensions of the Logan bomb.  Recall Agent

3    Moreland's testimony.  The dimensions of the pipe, the pipe

4    that exploded, were 1-by-5.  That fact was never released to

10:13:51  5    the public.  Only the bomber would know that.

6         In Exhibit 193, on February 2nd, 2005, as Dennis is

7    teaching Rebecca Williams how to construct that envelope bomb

8    he says, "A 1-by-5 will mess a man up.  He'll probably live.

9    If it goes through his neck, he'll die, but that usually won't

10:14:11 10    happen.  It will take a couple fingers out."

11         As Dennis teaches her how to bomb, she asks him point

12    blank, "So you've had some that worked?"

13         Remember, Dennis was living in Tempe, Arizona when he

14    was in Arizona.  He was living in Tempe, Arizona at the time

10:14:29 15    of the Logan bombing.  When Rebecca says, "So you had some

16    that worked?" this is Exhibit 193, what does Dennis Mahon say?

17         (Video played.)

18         MR. MORRISSEY:  That's February 2nd, 2005.  The next

19    day, again, February 3rd, 2005, talking specifically about the

10:15:54 20    Logan bombing, Dennis again claims he didn't actually do it,

21    he taught the Scottsdale police.  This is Exhibit 195.

22         (Video played.)

23         MR. MORRISSEY:  They never found who was it was,

24    remember gloves.  That's why there's no DNA of Dennis Mahon on

10:17:44 25    the Logan bomb.

10:17:45  1    But here's the other phrase from that.  He says why

2    was it done.  "Scottsdale is 98 percent white and cops were

3    getting pissed."  That's what Dennis says.  Where have you

4    heard that before?  It's in Exhibit 171, the September 2003

10:17:59  5    call to the diversity office where Dennis Mahon says the exact

6    same phrase.  "Scottsdale is 98 percent white and WAR is

7    standing up."

8    You can find that cops are Dennis's alterego when he

9    talks about the Logan bomb.  In the recording you just heard,

10:18:18 10    Dennis says, "They listened to me in the 5-by-1 inch."  Again,

11    only the bomber knows that.  And he is proud they never found

12    out who it was.

13    How else do you know that cops are Dennis's alterego

14    when he talks about the Logan bomb?  Play Exhibit 177.  It's

10:18:34 15    from May 2006.  Dennis is living in Tulsa at this time.

16    (Audio played.)

17    MR. MORRISSEY:  Another clip.  Now it's May 3rd,

18    2006.  Still Exhibit 177.

19    (Audio played.)

10:20:21 20    MR. MORRISSEY:  Tulsa Police Department?  Tulsa

21    Police Department doesn't know Don Logan.  What's the common

22    point?  It's wherever Dennis Mahon goes.  Wherever Dennis is

23    talking about, wherever he is living, that's the alterego and

24    that's the police department he blames.

10:20:40 25    From the evidence, if he had been in Rockford,

10:20:42  1    Illinois, he would have said it's the Rockford Police

2    Department that will target Don Logan next.  The police are

3    his one little part of deniability because he's concerned

4    Rebecca Williams is a informant.  But can you see, Scottsdale

10:20:56  5    and then Tulsa.  Tulsa Police Department had nothing against

6    Don Logan.  But it's Dennis Mahon who is living in Tulsa at

7    the time.

8            Exhibit 175.  This is May 2006.

9            (Audio played.)

10:21:23 10        MR. MORRISSEY:  Please play this for your

11    deliberations.  Ask yourself if you hear, "I just wanted to

12    teach the motherfucker a lesson the first time."  Play it,

13    play it with the headphones.  Dennis Mahon says "I" just

14    wanted to teach a lesson the first time.

10:21:46 15        Recall the May 1st, 2007, trip to Scottsdale.  It's

16    Exhibit 181.  I'm not going to play it now.  Notice the pride

17    in his work.  "I didn't plant the bomb, I helped make it."

18    Dennis Mahon is connected to the specifics of the Scottsdale

19    bomb that only the bomber could know.  Not just -- not just

10:22:02 20    the dimensions, let's talk about the note, too.

21        This is Exhibit 110.  Operation Archangel has

22    determined that you're engaged in activities.

23        Remember Exhibit 206, Dennis Mahon's call with

24    Charles Kountze.

10:23:07 25            (Audio played.)

10:23:09  1        MR. MORRISSEY:  Recall that in the other part of this

        2   tape, if you play the entire tape, Dennis says, "This is not

        3   the first time he's played the archangel game.  He's got a

        4   little skit going" -- those are his words -- "with Steve where

10:23:21  5   he plays God and Satan and they have their skit."

        6        When the archangel sends a bomb, it's not the

        7   Scottsdale police, it's not the Tulsa Police Department, it is

        8   Dennis Mahon.

        9        What else about the note?  You saw signed Edmund

10:23:37 10   Burke.  Recall the testimony of Grant Bristow.  Dennis Mahon

       11   traveled to Canada in 1993 and he was hosted by Grant Bristow

       12   who was playing a role for the Canadian government.  And

       13   Dennis Mahon was told the history of the Edmund Burke Society,

       14   which was a white separatist group in Canada, an

10:23:58 15   anti-immigration group.

       16        While he was with Grant Bristow, Dennis Mahon was

       17   specifically introduced to people and he was told these

       18   individuals were members of the Edmund Burke Society.  This is

       19   not a forgotten memory for Dennis Mahon.  Because in the 2005

10:24:13 20   tapes in Catoosa, multiple times, Dennis Mahon talks on tape

       21   of -- with Rebecca Williams about the Edmund Burke Society and

       22   its program of separatism in Canada.

       23        You have a 1-by-5 inch bomb, the archangel, Edmund

       24   Burke, Dennis Mahon's own admissions of guilt, "Did you have

10:24:38 25   one that worked," diversity office in Scottsdale, and "I just

10:24:42    1    wanted to teach the motherfucker a lesson."  Beyond any

2    reasonable doubt, Dennis Mahon is guilty of Count 2 because he

3    is the Logan bomber.

4            THE COURT:  Mr. Morrissey, ten minutes.

10:24:56    5            MR. MORRISSEY:  Thank you.

6        For the conspiracy, there was also training.  As I

7    said before, there's two objects of the conspiracy:  The

8    bombing of the buildings and also the teaching of the tactics.

9        You can find the object of the conspiracy satisfied

10:25:12   10    in either one of the two ways.  You have overwhelming evidence

11    of a conspiracy to bomb buildings, but let's also talk about

12    what are some other overt acts?

13        Well, Exhibit 48, we've already played that.

14        Daniel's instruction, "We've got to start getting

10:25:29   15    violent."  That's an overt act.

16        The van video on the day of the arrest where they

17    talked about getting rid of the powder.  That's an overt act.

18        The actions in Catoosa, all the training was to teach

19    tactics to commit violent acts.  Those were all after June 16,

10:25:44   20    2004, which is in the jury instruction.

21        They watched the WAR videos with Rebecca Williams in

22    Catoosa.  That's another overt act.  She leaves Catoosa with

23    the WAR videos and mails them back.  You heard the testimony

24    of that tape where she sends the WAR videos back to them.

10:26:00   25        To find these defendants guilty of a conspiracy, if

10:26:03    1    you find the other elements, you have to find that one of the

2    members of the conspiracy performed at least one overt act.

3    One overt act by one member.

4         In fact, Dennis, Daniel, Tom Metzger, Robert Joos,

10:26:18    5    they all performed overt acts in furtherance.  What was Robert

6    Joos' overt act?  Teaching Rebecca how to bomb.  Remember

7    Exhibit 58.  That's the letter sent by Robert Joos where he

8    talks about -- I'm sorry, it's Exhibit 59.

9         Thanks, Traci.

10:26:48   10    "Dear Becca."  This is from Robert Joos to Becca,

11    "Hope you made it home all right.  Hope I didn't freak you out

12    too much.  I know Dennis would really like you to participate

13    in what we are developing here."  Robert Joos is in this

14    conspiracy.  "I will certainly help you out with instructions

10:27:06   15    and training."

16         Did Robert Joos teach her?  Sure.  She went to his

17    property, he taught her how to make napalm.  You can play

18    another tape where they talked about -- she talks about the

19    right ingredients for soap and detergent.  Those are Robert

10:27:24   20    Joos' overt acts.

21         What are other overt acts?  The mailing of the WAR

22    materials.  I'll go through these quickly.

23         Exhibit 30, this was mailed to Rebecca Williams in

24    November 2005.  The WAR newspaper for stand-up whites.

10:27:41   25         Exhibit 31, the newspaper changes its name to "The

10:27:51  1    Insurgent," and it's still warmetzger@aol.com.

2              Exhibit 32, another mailing to Rebecca Williams.

3    These are all overt acts.

4              Exhibit 3, again, another WAR newspaper mailed to

10:28:08  5    Rebecca.

6              Every one of the mailings is an overt act.  But this

7    conspiracy was more than talk.  Again, how do we know it was

8    more than talk?  Because what had Daniel Mahon taught Rebecca

9    Williams in January, January 29th in Catoosa?  She says to

10:28:28 10    him, "Do you guys do more than talk?"  She asked them

11   explicitly.

12             And he says, "Absolutely."  Daniel says, "We do more

13   than talk about it.  It's like a military operation.  You plan

14   for it, you equip for it."

10:28:45 15             And what talk does he give her?  What does he tell

16   her?  That's when he explains one method of blowing up a car

17   was phosphorus in a condom and put it in a gas tank, it'll

18   blow it up and the method is untraceable.

19             Recall two agents heard those statements.  This is

10:29:04 20    the day the tape runs out.  Recall the defense

21   cross-examination, "That's terrible.  Why didn't you have

22   redundant systems?"

23             Remember what happened during the video deposition of

24   Joanna Morrison?  Tape stopped functioning, couldn't get sound

10:29:16 25    anymore.  These things happen.  You guys have seen that

10:29:19  1    testimony from the witness stand.

2              Two agents heard these statements from Daniel Mahon.

3              Agent Bettendorf wrote them down simultaneously.

4    Agent Moreland was concerned enough that the first thing he

10:29:30  5    did was get on the Web upon hearing these, and try to research

6    this method of blowing things up.

7              February 2005.  Other overt acts.  Dennis and Daniel

8    both travel to the gun show for the purpose of acquiring bomb

9    materials as they had been discussing the whole week so they

10:29:48  10   can teach Rebecca how to bomb.

11             If you want to hear the tape of -- confirming that

12   Dennis Mahon sent Rebecca to Robert Joos for training and

13   explosives, play Exhibit 52.

14             You've just seen the letter, Exhibit 59, where Robert

10:30:06  15   Joos says he'll help out with training.

16             And Dennis Mahon expected results from his training.

17   Remember Exhibit 144.  This is February of 2008, and what does

18   Dennis say?  He says, "Get your cell going down there."

19   Rebecca is in Arizona at the time.  "I want to see some

10:30:28  20   results."

21             Did the Mahons believe they had succeeded in gaining

22   a recruit, someone who would commit violent acts?  Play

23   Exhibit 210.  This is Charles Kountze talking to Dennis Mahon.

24             THE COURT:  Traci, it should be on the computer.

10:30:55  25             MR. MORRISSEY:  Oh.  Thank you.

10:31:02   1          (Audio played.)

2          MR. MORRISSEY:  "She's really part of us and willing

3     to do some shit."

4          And as "part of us," what was Rebecca expected to do?

10:32:29   5     Remember January 5th, 2009, Dennis Mahon directs her to take

6     out the power grid in Arizona and Texas if Dennis and Tom are

7     arrested.  Play Exhibit 150 if you want to confirm that.

8          This conspiracy continued until the arrests of Daniel

9     and Dennis Mahon.  What was found in Dennis Mahon's room on

10:32:51  10     June 25th, 2009?  The two destructive devices, the M-80s with

11     the ball bearings.  There's no defensive use for those.  And

12     you heard the tapes where Dennis Mahon talks about dropping

13     them into a rally.

14          And then there's another tape, Exhibit 220, where Tom

10:33:06  15     Metzger tells them, "Don't do it that day, we'll do it at a

16     future point."  That's what those destructive devices are for.

17     Those are also overt acts.

18          The government has the burden of proof, of proving

19     this case beyond a reasonable doubt.

10:33:25  20          Reasonable doubt is a workable standard.  It's been

21     used by juries for over 225 years to convict defendants where

22     appropriate, and to acquit where appropriate.

23          In this case, you have evidence beyond a reasonable

24     doubt.  But because the government has the burden of proof,

10:33:46  25     after the defense attorneys have had their opportunity to

10:33:49   1    speak with you, Mr. Boyle will come and speak to you one last

2    time before your deliberations.  And at the end of that, the

3    government will ask you to return a verdict of guilty on all

4    counts.

10:34:04   5           THE COURT:  All right.  Thank you, Mr. Morrissey.

6           Members of the jury, we'll go ahead and take our

7    morning break.  Please remember not to discuss the case.

8    We'll see you in 15 minutes.

9           (Recess taken from 10:34 to 10:50.  Proceedings

10:50:13  10    resumed in open court with the jury present.)

11           THE COURT:  Thank you.  Please be seated.

12           All right, Ms. Williams, you may proceed.

13           MS. WILLIAMS:  Thank you, Your Honor.

14           Ladies and gentlemen, when we started this trial, I

10:50:35  15    stood before you, I introduced our case.  I asked you to wait

16    because there was another side to this case and you were going

17    to hear it, and you did.  I also asked you to hold on to two

18    thoughts because I'd come back to them and now I want to go

19    back to them.

10:50:55  20           The first thought was that racism isn't a crime.  If

21    it was, we clearly wouldn't need to be here.

22           You've heard a lot about books, you've heard a lot

23    about talk, you've heard a lot about thoughts.  Each one of

24    these items, books, thoughts, associations, speech, these

10:51:18  25    things are guaranteed to each and every one of us and

10:51:22    1    protected by our Constitution.  There is no crime there.

         2            The second thought that I asked you to hold on to is

         3    that you can't build fire out of smoke.  And this case -- in

         4    this case, that is exactly what the government has tried to do

10:51:45    5    and is still trying to do.  They started with smoke, now they

         6    tried to work backwards to find a fire to build a fire, but

         7    it's not there to build.  In fact, they have gone so far as to

         8    reach back 20 years or more.  Which returns us to the speech.

         9            I warned you at the beginning of the trial that you

10:52:15   10    were going to hear a lot of tapes and that my client is a

        11    racist, and that after hearing the tapes or while hearing the

        12    tapes, you may well find that you hate him.  And it's okay.

        13    You can feel however you want.  It doesn't matter.  Because

        14    this case isn't about how you feel about Dennis Mahon.  It is

10:52:38   15    about evidence or the lack thereof.

        16            I started during opening talking to you about who is

        17    Dennis Mahon.  I said he's an aging, disenfranchised white guy

        18    who craves attention and wants to be someone.

        19            He has shown you that in the tapes he's a loud mouth.

10:53:08   20    He seeks attention.  He drinks.  A lot.  He talks.  A lot.  He

        21    talks a lot of crap.  A lot.  He talks on radio shows every

        22    chance he gets.  And it doesn't much matter whose they are.

        23    They can be Tom Metzger's radio Internet broadcasts, they can

        24    be talk radio shows.  It doesn't matter.  As long as there's a

10:53:36   25    microphone, Dennis is all over it.

10:53:43   1          And, most importantly to this case, he mails out

2     newspapers.  Some truly offensive newspapers.  But each and

3     every one of them, as with all the books and everything else

4     you've heard in this case, each and every one of them, while

10:53:56   5     offensive as they can be, they are not illegal.  Nor is their

6     content illegal.

7          Dennis goes on radio and talks about a lot of

8     politics, government, toy drives, potholes, weather.  Again,

9     give him a microphone and get out of his way.

10:54:20  10          He calls himself a terrorist.  And it doesn't matter

11     what the forum is.  If he's on the radio, he calls himself the

12     "Dennis the Insurgent."  I guess a nice little tagline.

13     Something that will sound clever for the listening audience.

14          But ladies and gentlemen, just because you call

10:54:39  15     yourself something doesn't mean you are, in a legal sense.

16     Heck, I could call myself the queen of England, but nobody's

17     given me a country yet.  Just because Dennis calls himself

18     Dennis the Insurgent, just because he says, "Oh, I'm a

19     terrorist for the white man," doesn't make it so.

10:55:01  20          Just because -- and I will come back to this -- he

21     wrote a will shortly before he moved from Arizona and he said

22     in the will that he had fought the evil, greedy, race- and

23     culture-destroying politicians, corporate leaders, bankers, et

24     cetera, et cetera, how can you fight?  How many ways can you

10:55:24  25     fight something?

10:55:25  1          He has shown you by his words, he has shown you in

2      his conversations with Rebecca Williams and with everybody

3      else, that to him, fighting the evil fill-in-the-blank, is all

4      about sending out these WAR or insurgent newspapers.  Mailing

10:55:44  5      them, delivering them, dropping them on windshields, whatever.

6      That is his version of fighting "the man."

7          One of his calls happened in September of 2003 when

8      he picked up the phone and he called the Office of Diversity &

9      Dialogue.  And what did that phone call say?  Unpleasant, yes.

10:56:15  10      Threatening, no.  He starts by calling and introducing himself

11      and leaving his name.  He makes no reference at all to Don

12      Logan.  He makes no threat, he ends with, "Okay now, take

13      care."

14          Then what?  Then what does he do?  He hangs up the

10:56:35  15      phone and five months later -- four, five months later he goes

16      and bombs the same place he called?  Really?  Does that make

17      any sense at all?  Is that the kind of meticulous, careful

18      planning that you've heard about and that the government has

19      tried to convince you of in this case?  Does that make any

10:56:54  20      sense at all?  I submit to you, no, it does not.

21          One of the first things that you have to do in

22      deciding the evidence in this case, and you've got a lot to

23      look at and a lot to hear when you get back into the jury

24      room, but one of the first things you've got to do is decide

10:57:16  25      who you believe and why.

10:57:18  1        You're going to have an instruction read to you, the

2        judge will read it to you, and that instruction tells you, you

3        may decide which testimony to believe and which testimony not

4        to believe.  You may believe all or part of what anybody says.

10:57:34  5        And it's a much longer instruction than what I've quoted here,

6        but it is a blanket admonition.  It applies to all witnesses.

7        Whether they're law enforcement officers, informants, library

8        workers, bomb technicians.  It doesn't matter.  You decide

9        what you believe and why.

10:57:59 10        The first person you have to believe, or not, is

11       Rebecca Williams.  Why would you believe her?  Why would you

12       not believe her?  The judge will instruct you that you should

13       examine her testimony with greater caution than others because

14       she's here for the money.  $100,000, precisely.  Actually, at

10:58:26 15       this point, 150 and counting.

16       She told you why she's here.  She's here for the

17       money.  She's here to get a conviction, and she has, from day

18       1, believed that she had to get an arrest and a conviction.

19       It doesn't matter that the prosecutors told her during trial

10:58:46 20       that you don't have to -- "This doesn't have to go to a

21       conviction for you to get your money."  She told you, "I've

22       always believed it.  While I was working them I believed it.

23       I did this for the money."

24       She also told you that she and Dennis were only

10:59:06 25       friends and nothing happened between them.  She said she never

10:59:10   1   acted like anything more than a friend.  It was never serious,

2   it was just a lot of joking.

3        Well, she also told you there was no plan in Rockford

4   in 2008 for Dennis to stay overnight.  Well, really?  Then why

10:59:27   5   do we have all the tapes you saw, and will have in the jury

6   room with you?  Why do we have all those tapes, taken

7   coincidentally, without planning, from two cameras and

8   multiple microphones, focused on the bed?  Surprise?  Really?

9   Is that what you think?  Is that what you believe?

10:59:50  10        And if that is so, and if nobody knew what was

11   happening in that room, then why was there no intervention

12   when those cameras were covered deliberately, not

13   accidentally, and twice, by Rebecca Williams?

14        Do you believe the agent?  Primarily, Agent Moreland

11:00:10  15   because in this case the evidence, in quotes, against Dennis

16   Mahon isn't physical evidence.  It's not stuff you can touch

17   and look at.  It's two people:  A paid informant and agent.

18   This agent.

19        And you have to decide whether you believe him

11:00:35  20   because just being an agent isn't good enough.  You have to

21   look at how he testified and why.  You have to look at what

22   drives him, as demonstrated by his own words and in his

23   testimony.  Not just what you heard with your ears and saw

24   with your eyes, but with what you received the information you

11:00:59  25   received here.

11:01:01   1          The Postal agents, for example, told you that they

2    were working in a collaborative investigation.  Not so for

3    Agent Moreland.  He walked in, and by virtue of Congress, took

4    over.  He said, "It was my bomb scene and I took it over when

11:01:21   5    I arrived."

6          He testified that the postal investigation into all

7    the suspects they identified was a waste of time.  He told you

8    that when other agents wrote reports and they made what he

9    believed to be mistakes, such as how to tell Dennis and Dan

11:01:40  10    apart, he just corrected them because he knew what was right

11    and what was wrong.

12          He told you, "I'm more familiar with Dennis Mahon's

13    voice than I am with anyone but my wife and children."

14          He told you about the Scottsdale city hall complex

11:02:02  15    which, according to all the other witnesses, doesn't even

16    exist.

17          Told you that he drove from the airport to Tempe to a

18    fast food place, to the Civic Center Library in Scottsdale in,

19    I believe, 37 minutes.  Your notes will reflect if I'm

11:02:25  20    incorrect there.  Any person, anyone among you who lives in

21    this Valley knows better than that.  Maybe at 3 o'clock in the

22    morning you can drive anywhere in the Valley in 37 minutes,

23    much less coming from the airport, but if you live here and

24    you're talking about any time but the middle of the night,

11:02:47  25    every one of you knows better.

11:02:49   1          He testified significantly that this book, "Creative

2     Revenge," something that is actually a very important book

3     because of the amount Dennis talked about it, he testified

4     that this book had to do with package and mail bombs, which it

11:03:07   5     did not.  Take a look at it.  Leaf through it.  It has nothing

6     to do with package and mail bombs.

7          Clearly, Agent Moreland made it very clear to you

8     that he was interested in only that which supported his

9     theories and his decisions.

11:03:28  10          So how do you make this decision on whether a witness

11    is telling the truth or lying?  Well, there are a couple of

12    ways.  In addition to what you see and hear and what you

13    receive in here, you have seen by now there is direct exam,

14    there is cross-exam, there is redirect exam.  Every witness

11:03:48  15    has been -- has gone through that.

16          How did the witness testify?  Did their IQ drop by

17    half between direct and cross-examination, or did they just

18    get up and testify?  Did they just get up and tell you what

19    they knew, or did they get up and play games and refuse to

11:04:10  20    answer questions that they could answer on direct examination,

21    play word games and pretend like they didn't understand what

22    things meant that they understood on direct examination?

23          Did they get up on the stand and change and shape

24    their testimony based on a desired outcome for this case?

11:04:32  25          Examples of that are, earlier in the case you heard a

great deal about certain exhibits, certain letters that the
agents were writing for Rebecca Williams to send to Dennis.
There was one in particular written in April of 2005,
Exhibit 59.  I might have that exhibit number wrong.

Agent Moreland testified early in the case that he
wrote that letter.  He said he couldn't remember for sure if
it was ever mailed, but he thought it probably was, but then
by the end of trial after sitting here and watching and
listening to how things were going, he suddenly had a
recurrence of perfect memory, that, oh, it definitely was not
mailed, when the other witnesses didn't agree with that.

He wouldn't use a photo lineup, according to him,
because it's unprofessional.  The other agents and inspectors
who testified just didn't agree with that.  In fact, Inspector
Casadei said it would have been useful because they absolutely
had identified suspects and that would be a useful thing.

Agent Moreland said, oh, the Uline box in the mail
room and Uline catalogs, they weren't significant, no big
deal.  Well, why?  Because they weren't found out at the farm
in Illinois.

Nor was any other evidence of any bomb making at all.

Agent Moreland testified that Don Logan had no
discipline or termination authority, but Velicia McMillan came
in her and said, well, sure, sure he did, he was a
decision-maker on both.

11:06:24    1         Significantly, and I'll come back to Robert Joos,

2    Agent Moreland told you he introduced himself to Robert Joos

3    and said, "Hi, my name is Jimmy the Wolf," and then he said it

4    50 to 100 times over the course of a couple days and maybe a

11:06:39    5    handful of hours.

6         Well, ladies and gentlemen, Exhibits 1210 and 1211,

7    which were lengthy tapes and they were played for you and they

8    were played for Agent Moreland, showed very clearly that was a

9    lie.  That wasn't in there.  He represented that he told

11:07:00    10    Robert Joos, "I'm affiliated with Dennis and with Tom Metzger

11    and I'm making bombs on behalf of WAR and I'm doing this and

12    that on behalf of WAR."  Those tapes were played.  They showed

13    that that was not true.

14         Agent Moreland testified at the very end of the trial

11:07:19    15    that he got in an argument with Rebecca Williams, an argument

16    that was played for you, and he yelled at her and, oh, it was

17    just about her safety.  Well, if you go back and listen to

18    that tape, you'll hear otherwise.  He's referring -- he's

19    upset at her because she's acting like -- and I don't remember

11:07:36    20    the name, one of the other male agents, "And I put hundreds

21    and hundreds of hours in this and I don't need you or him

22    telling me what to do."  That's got nothing to do with safety.

23    That's about ego.

24         And don't forget Dennis, because you've got to weigh

11:07:56    25    Dennis Mahon's truthfulness and his credibility as well.

11:08:03  1          Dennis Mahon is motivated by attention.  He's

2     motivated by sex.  And he's motivated by Everclear.

3          You don't get this back in the jury room.

4          We've heard a lot about Everclear during this trial,

11:08:24  5     and it seemed to be a fairly constant presence in Dennis'

6     life, such that even the informant Rebecca Williams and Shelly

7     Kaufman, an agent who, for some reason, was not brought in to

8     testify, they made jokes about it.  They talked about it

9     between themselves.  They talked to Dan about it.  Rebecca

11:08:46 10     Williams -- I just did something.  Sorry.  Rebecca Williams

11     checked out Dennis Mahon's water bottle, which was ever

12     present when they were in Rockford, uncorked it and then

13     jumped back because she got a whiff of the Everclear.

14          The Scottsdale Police Department story that Dennis

11:09:10 15     told, Mr. Morrissey says it's Dennis' alterego.  Ladies and

16     gentlemen, that whole story -- and I would not be surprised if

17     all of you have already figured this out, that whole story is

18     absolutely ridiculous.

19          The case looks and smells like an inside job.  We

11:09:37 20     told you that at the beginning.  Inspector Casadei told you

21     that, and he also told you when he retired he was afraid that

22     focus would be lost.

23          But who's the insiders?  We don't know.  We don't

24     know who they are.  You can see them, you can smell them,

11:10:00 25     they're just below the surface, but was it likely Scottsdale

11:10:06  1    police officers who just, what, went on the computer and

2    Googled Dennis Mahon and said, "Hey, we want to know how to

3    make a bomb, will you teach us?"  Well, that story is just

4    patently ridiculous.

11:10:20  5         If you are a cop, if you want to bomb someone,

6    certainly, why would you go to a stranger?  Why would you risk

7    everything that way?

8         But the agents and the officers and the inspectors

9    checked out that story.  What did they find?  There was no

11:10:39 10   corroboration, no bank records, no phone calls, no connection

11   whatsoever between Dennis and City of Scottsdale employees or

12   Scottsdale Police Department.

13        Let's turn to the investigation a little bit.  First

14   of all, who's running the show?  ATF.  An organization not

11:11:04 15   exactly known for its investigative good sense and

16   decision-making.

17        Tristan Moreland, an agent of the same agency is in

18   Missouri talking to Robert Joos, joking about, "Oh, well,

19   let's load up a van full of guns and jews and send them down

11:11:27 20   to Mexico."

21        You will hear an instruction that tells you law

22   enforcement can use subterfuge, they can use deception.  Well,

23   in this case, you know, you have seen, you have heard, they

24   can do more than lie, they can do more than cheat.  Law

11:11:47 25   enforcement on behalf of the United States government can also

11:11:51  1    act as a pimp.

2         Turning for a moment back to the Jimmy the Wolf

3    story, Tristan Moreland said he told Robert Joos 50 to 100

4    times, "I'm Jimmy the Wolf acting for WAR, I know Dennis, I

11:12:13  5    know Tom," et cetera, et cetera.

6         If Dennis and Joos and Metzger are in cahoots, are in

7    this big conspiracy, why wouldn't Robert Joos pick up the

8    phone and call Dennis and say, "Hey, who are these -- who is

9    this guy?  He keeps saying this and he keeps repeating his

11:12:32 10    name over and over and over again."

11         Well, ladies and gentlemen, if there was a

12    conspiracy, and if they truly believed there was a conspiracy,

13    one that they could prove, why wouldn't any law enforcement

14    officer tread very lightly there?

11:12:54 15         The tapes, ladies and gentlemen, just don't support

16    it.  That whole deal about Jimmy the Wolf and reintroducing

17    himself over and over, that makes no sense.

18         Let's talk about Rebecca Williams.  Who is she?

19         You have numerous exhibits showing who she is.

11:13:34 20    Pictures that she furnished, that she had.  And this picture,

21    Exhibit 632, that Agent Moreland set up and staged with her.

22    We have the money, $150,000 and counting, for a woman whose

23    finances are charity -- charitably put, pretty bad.

24         They primed her for her testimony and told her, "It's

11:14:06 25    not about conviction," but she clearly thought it was.  And

11:14:11  1    she told you that.

2              We have the United States Postal Service who came in

3    and told you, it's their reward after all, they showed you, we

4    have in exhibits two of the flyers, and they said, "Oh, yeah,

11:14:29  5    we advertise our money because educate the public that it's

6    for arrest and conviction."

7              That's what this is about.

8              Then we have Rebecca Williams and how she did her

9    job.  How she did her job.  Agent Moreland told you that he

11:14:56  10   hired her because he wanted a white female of a certain

11   socioeconomic background.  So he hired a stripper who comes

12   from a family of snitches to do more of the same.  He hired

13   her because she knows how to work men.  She knows how to work

14   men to get money.  She worked Dennis Mahon and she worked the

11:15:17  15   federal government for money, and lots of it.

16             During the case she went to Hawaii.  She kept working

17   her telephone quota that she had, the quota she needed to make

18   every week to get her money.  And while she was there, she

19   worked for another company called "Hot Hawaiian Nights."  You

11:15:48  20   fill in the blanks.

21             Tristan Moreland said he asked Rebecca Williams to

22   spend the night with Dennis Mahon, to sleep with Dennis Mahon,

23   and so she did.  He said he told her to do only that which is

24   in her comfort zone.  Well, ladies and gentlemen, I submit to

11:16:04  25   you that comfort zone is pretty darn big.

11:16:09   1          The government and Moreland told you repeatedly that

           2   there was no sexual contact here.  Exhibits 103 through --

           3   108-3 through 108-7, 1100, 1132 through 1158, they show you

           4   otherwise.  Do they show you a foot rub?  Really?  When's the

11:16:32   5   last time had you a foot rub that you needed it to be done in

           6   the dark?  When is the last time somebody gave a foot rub on

           7   camera and felt the need to not accidentally but deliberately

           8   pick up a towel or whatever it was and place it over a camera,

           9   not once but twice, for a foot rub?

11:16:56  10          You saw -- on the pieces of the clips not covered,

          11   you saw for yourself it wasn't just feet being rubbed, it was

          12   body being rubbed.  It was naked body being rubbed.

          13          And you saw, probably more than you ever wanted to,

          14   Dennis Mahon walking around that room all night long naked.

11:17:16  15   There is no question that he was naked in her bed all night

          16   long.  She was rubbing on him and I submit to you, ladies and

          17   gentlemen, that when she said, "Oh, I'm gonna get -- I'm gonna

          18   go get a wash cloth" at the end of that massage, it had

          19   nothing to do with feet.

11:17:36  20          Tristan Moreland was right next door during that

          21   massage.  If he had been alarmed, if he had thought there was

          22   something going on that he didn't want to go on, he could have

          23   texted her, as he did during the evening, he could have picked

          24   up the phone and called her and said, "Hey, uncover the camera

11:17:54  25   now."  Did he?  No.  Why?  Because there was no fear.  There

11:17:59    1    was no safety concern.  Any more than she had, or she would

2    have gotten up during the night when Dennis was asleep and

3    moved over to the couch or the chair or whatever it was.

4    Nobody was afraid of Dennis Mahon, and everybody knew where

11:18:16    5    this was going because the whole investigation was scripted

6    around it.  Sex, sex, and more sex.  From the grenade between

7    the breasts to the sleeping with him.

8        That's how Tristan Moreland set up this

9    investigation.  It's how he worked this investigation.  And

11:18:36   10    it's why Rebecca Williams may have been the perfect person to

11    do it.

12        And you'll also recall that shortly after that night,

13    Dennis called Rebecca Williams and apologized for keeping her

14    up all night.

11:18:52   15        Far from the somewhat flirtatious aspects that

16    Tristan Moreland talked about and far from photos that were

17    needed to alleviate or relieve suspicions, there was a lot

18    more than that going on here and there was a lot more than

19    that being used here.

11:19:10   20        She described Dennis to Tristan Moreland as "He's all

21    in his little boy.  He rubbed me down hard yesterday."  They

22    both, Rebecca Williams and Tristan Moreland, they both knew

23    who Dennis Moreland -- excuse me, Dennis Mahon was.  And

24    Tristan Moreland summed it up neatly when he said, "Uh, goofy

11:19:37   25    bastard."

11:19:39  1    In Catoosa, Rebecca Williams told you her job was

2    Dennis, her focus was Dennis.  They talked and they talked and

3    they talked and they were alone as much as possible to get him

4    talking and keep him talking.

11:19:52  5    Again, we come back to all of the books and all the

6    videos that he gave her.  Not one of them is criminal.  None

7    of these are criminal acts, ladies and gentlemen.  They are

8    protected speech.

9    And in the "Revenge" book, Exhibit 1066, you'll see

11:20:16  10   in the introduction how it introduces itself, that "There's

11   101 more things you can do to even the score with cheating

12   spouses, uncaring institutions," et cetera, et cetera, and

13   "The techniques in this book are offered for entertainment and

14   information purposes only."

11:20:39  15   And I encourage you, ladies and gentlemen, look

16   through the book.  It's just a preposterous book, about as far

17   from bomb making as you can get.

18   Rebecca Williams told you that she was feeding --

19   pulling information from Dennis to feed it back to feed it

11:21:00  20   back to Tristan Moreland.

21   Tristan Moreland fed her information to be given to

22   Dennis so he, in turn, would talk to her.  And that's what

23   they did.  Did he tell her it was a pipe?  He says, no.  And

24   then he gives her a box with what in it?  A box with pipe in

11:21:16  25   it, a box with some mismatched end caps, a box with some glue,

11:21:21    1    which she shows to Dennis and he says nothing.  He didn't know

2    the difference.

3              Agent Moreland said he didn't give her any specifics,

4    and the tapes themselves show you that's not true.  He said he

11:21:37    5    didn't tell her about the components.  But then he gave her

6    the box of components, mismatched though they might have been.

7              He said he didn't tell her about the note, but in

8    Catoosa, in the tapes you will see and hear for yourselves,

9    she is on that note issue over and over and over again.  She

11:21:56   10    pushes Dennis, "Well, what about a note?  What about a note?

11    How do I protect it?  How do I put a note in a bomb and

12    protect it?"

13              Dennis didn't know and he couldn't tell her.  He

14    said, "Well, make a note of stick-on letters and stick it on

11:22:12   15    an envelope."  Did he ever say anything about put a note in a

16    pipe?  No, not once.  Even Moreland conceded that.

17              We also don't know what Shelly Kaufman told her

18    during that part of the investigation because Shelly Kaufman

19    wasn't here to ask.

11:22:29   20              We don't know what Rebecca Williams did in her spare

21    time.  She testified that Moreland set up an e-mail account

22    for her and that she went to libraries to use the e-mail and

23    to use the computers.  We have no way of knowing what Rebecca

24    Williams knew and picked up about the case and from what

11:22:49   25    sources.

11:22:51  1        For all we know, and you haven't heard anything that
        2  disproves it, for all we know, she was told the name Logan by
        3  any one of these people or sources.
        4        She talked to Dennis about a child molester to get
11:23:07  5  him to talk about bombs.  Well, what happened?  How did that
        6  work?  Not the best, I submit.
        7        Look at Exhibit 1089.  That's the video where it
        8  shows you, not once, not two or three or four times, which is
        9  what Williams and Moreland told you, but 16 times Dennis said
11:23:30 10  "Call my lawyer, call my lawyer, call my lawyer, call my
       11  lawyer, call the police, call social services, call my
       12  lawyer."  Is this what you tell somebody when you want to help
       13  them kill a person or blow them up?  Is that really how you
       14  instruct them in the finer art of bomb making?
11:23:53 15        Dennis tried to talk to her out of it.  He said, "Oh,
       16  get this cool revenge book.  It will give you some great ways
       17  to harass the guy and drive him crazy.  Call my lawyer.  Or
       18  let's harass him by phone.  I'll make the calls for you."
       19        Even after she got him talking about making a bomb,
11:24:16 20  he still kept talking about "Call my lawyer, call the police."
       21  That went on for several days.
       22        There was no molester.  The whole thing was a game.
       23  It was, in their words, a ruse to get Dennis talking.  But it
       24  was enough of a game, enough of a lie they didn't even --
11:24:37 25  remember, this is the great white bomber we're dealing with

here, they didn't even tell him the race of this guy he's going to help her blow up.

If Dennis is the racist bomber that they tell you he is, then why would he help her blow up someone who's white? If that is what motivates him for 20 or 30 years as Mr. Morrissey says, why would he do that?  Why would he put a bomb in a place filled with white people?

This is yet another piece of their case that doesn't make any sense.

Dennis didn't intend to bomb this guy.  He intended to get Becca Williams shifted.  He tried to talk her out of it.  There was no imminent or real harm here.

Later on, Moreland told her to bring it up again with him.  How did Dennis respond?  He didn't.  He never even asked her, "Hey, how did that thing work out, did you go through with it?"  Nothing.

And you'll remember when Dennis finally did break down and talked to her about bomb making, how did he do it? Well, he sat across the table from her with a book in between them and he was pointing to the book, not this book, but a book you haven't seen, other than in the tape, and he's pointing and he's following along.  And where did that book come from?  Tristan Moreland is where it came from.

The tapes.  For over five years, Rebecca Williams talked to Dennis on the phone and occasionally in videos when

11:26:28 1    they would get together periodically in different places in

2    the country.  We know there are thousands of phone calls.  You

3    heard that and you can do the simple math, using her quota,

4    her weekly phone quota.

11:26:45 5         You heard and saw all about the Dennis Mahon school

6    of terrorism that the government says Rebecca Williams was

7    being trained from.  What is that -- what does that school

8    teach?  Well, it teaches that you train and you plan and you

9    never talk, and then you get the wrong address and then after

11:27:08 10   you set off a bomb, you sit and you talk to a complete

11   stranger about it shortly after you meet and you talk about it

12   over and over and over again.

13        He said, "We don't talk."  Except we talk to

14   everybody all the time.  Except who do we not talk to?  Well,

11:27:27 15   we don't talk to our coconspirators.  We don't talk to Joos.

16   There's no indication the name Logan was ever mentioned to

17   Joos except by Tristan Moreland.  And what was Robert Joos'

18   response?  "Oh, my dad went there for college."

19        There's no indication that the name Logan was ever

11:27:46 20   spoken to Tom Metzger, the other so-called coconspirator.  So

21   Dennis talks to everybody in the world but his so-called

22   coconspirators about this person that he and they plotted to

23   bomb.  Really?  Is that what a conspiracy looks like?

24        The evidence is also clear that Dennis Mahon never

11:28:10 25   ordered Rebecca Williams to do anything.  And you saw enough

11:28:15  1    of her to know -- to get a good feel for how easily that woman

       2    could be ordered to do anything.  She tried.  She tried to

       3    pull him into it.  She called him up and said, "Oh, Dennis my

       4    leader, it's hard for me to get ahold of my leader, or, well,

11:28:35  5    at least my good friend."  She called herself, "Well,

       6    remember, I'm your lieutenant."  And how did Dennis respond to

       7    that?  Did he respond in kind?  No.  He said nothing.  He

       8    didn't respond to it at all.  He just blew it off.

       9         Then we have the mailings.  Remember, they set up a

11:28:55  10   post office box to exchange mail and the postal people told

      11    you that ATF kept track of it, ATF told you that Postal

      12    took -- kept track of if.  What we know for sure is that the

      13    outgoing mail apparently wasn't tracked.

      14         Anything Rebecca Williams sent to them, some of it we

11:29:18  15   have copies of because we have the pictures, you saw, that

      16    were mailed.  Some of it was not because it wasn't well

      17    tracked.  What was well tracked was what came in.

      18         What was well tracked was the incoming mail from

      19    Dennis.  And I would ask you to look at these boxes.  They're

11:29:41  20   the easiest of all the exhibits to find.  What you will see

      21    from each and every one of these boxes is brown paper wrapper,

      22    reused old boxes, hand lettering, and with everything this man

      23    has ever done, a name and a return address.  Even on the phone

      24    call to the diversity office.  He always used his name.  He

11:30:08  25   always used his address.  Hiding, he is not.

11:30:16  1    You also heard that Rebecca Williams sent Dennis some

2    articles starting right after they left Catoosa by about a

3    week.

4        The church arson articles led to what?  Did he call

11:30:33  5    her?  Did this spur a big discussion?  No.  She talked to him

6    about it and he responded by talking about gas prices and

7    laundry.  She sent him a video.  She sent him other newspaper

8    clippings which got -- which prompted the calls where he,

9    they, are talking about Logan.

11:30:55  10    She called him to keep up the quota and she nagged

11    him even when on the tapes, as you can hear, no matter how

12    hard he tried to get off the phone, she kept pushing and

13    nagging to talk and to try and keep him on point, which you

14    saw and you heard, is a pretty tough prospect.

11:31:16  15    Let's talk about suspects.  Agent Moreland and

16    Inspector Curran talked about suspects.  Well, who is a

17    suspect?  A suspect is somebody with means, motive,

18    opportunity, and evidence.  A suspect is someone with motive,

19    ability, means, and relationships.

11:31:33  20    Let's start with motive.  What's Dennis Mahon's

21    motive to blow up Don Logan?  The fact that he's black?  And

22    Dennis would know that how, exactly?  They have no connection

23    at all.  There has been no connection shown.  Who has

24    connections to Don Logan are Scottsdale insiders.

11:31:55  25    Don Logan, as other witnesses told you, people who

11:31:59  1  work with him and know him, he's not the most likely prospect

2  for somebody to be bombed because of his skin color, oh, to

3  make a statement.  Inspector Casadei said it never made sense

4  to him because Don Logan's not a particularly prominent

11:32:17  5  person.  There are more likely and visible targets than Don

6  Logan.

7         They talked about opportunity.  Well, that's a pretty

8  big field.  Dennis had the least opportunity of anybody.  What

9  did he know about the city of Scottsdale or their mail system?

11:32:36  10  Is there proof he knew anything at all about it or had reason

11  to know?  Nothing.  Zero, as Mr. Boyle drew on the Elmo.

12  Zero.

13         Means.  What means did Dennis have?  Means or ability

14  to make a package pipe bomb?  Could he walk Rebecca Williams

11:32:58  15  through making a pipe bomb?  Casadei said anybody can do it, a

16  kid can do it.  Agent Moreland reluctantly went through making

17  a pipe bomb with me as I was analogizing to a pen.

18         This is not rocket science.

19         Making a package bomb, that's a whole different

11:33:22  20  issue.  There is no indication that Dennis Mahon has the

21  sophistication, the means, the ability to make a package bomb.

22  And as you look through all of these documents that you've

23  seen, all of the books, all of the everything, you're not

24  going to see it in there.  There's just no evidence of that.

11:33:43  25         Speaking of evidence, what's the evidence that

11:33:46  1    connects Dennis to anyone else in this case?  Nothing.  Is he

2    connected to Scottsdale?  No.  Is he connected to the

3    employees or to the police?  No.  Where the are the

4    connections?  Between the city people and Don Logan, there are

11:34:06  5    definitely connections.

6            Evidentiary-wise, is there DNA evidence?  Yes, there

7    is.  But we're here anyway.

8            Is there relationship?  No, there's no relationship

9    between Dennis and any of these people.

11:34:22  10            Inspector Casadei talked about suspects, he talked

11    about his thoughts and his angles and his concerns.  It's an

12    inside job.  Package bombs are personal.  They're very

13    personal.  Who is Don Logan to Dennis Mahon?  Nobody.  There

14    is no connection between them.  There's nothing at all that

11:34:45  15    links them.

16            But Don Logan's job took him into plenty of areas

17    that would forge those kinds of personal connections.  He was

18    involved in discipline, he was involved in termination, he was

19    involved in diversity, none of which make a jobholder popular,

11:35:07  20    at all.

21            We know there was a lot of bad business, a lot of bad

22    politics in Scottsdale, within the city and within inside the

23    city government.  It went on for a long time.  That's why

24    Mr. Logan's office was created in the first place.

11:35:27  25            Agent Moreland told you -- even Agent Moreland agreed

that, well, yeah, it was ATF that came up with the white

supremacist angle, because, of course, we had to have some

basis for pulling the Mahons into that.  He's the one who came

up with the white supremacist angle.  It certainly wasn't

Postal.

        And, in fact, you will remember after the bomb went

off and at later times, Don Logan was describing his thoughts

when he got this box and held it up and shook it and he said

he had this moment of, wow, what if there is something in it,

right before he opened it.

        Did he think, well, geez, about five months ago we

had that weird phone call, and I wonder if that person could

have sent me a bomb, I wonder if maybe I should be a little --

        No, he didn't testify about any thoughts like that.

We didn't hear about that until later.

        As we go from suspects, let's turn to Dennis Mahon.

Why is he so paranoid?  Why does he go on and on the way he

does?  Well, because, and you've seen and heard plenty of

evidence about this, in his own mind, he's been sending out

these horrible newspapers for years and decades to people

wherever he lived, sticking them on car windshields.  That's

where his mind is at.

        It's where it's at when they take DNA from him.  It's

where it's at even when he's arrested, even after he's read

the search warrant and has been told the charges he's being

11:37:10  1    arrested on, he still thinks it's the mailings.  It's on the

2    tapes.

3         You heard about his drinking.  You heard he was drunk

4    most of the time.  You heard the jokes.  They're on the tapes.

11:37:22  5    And you've heard a lot, possibly too much for your taste,

6    about who Dennis Mahon was with respect to Rebecca Williams

7    and who he wanted to be.  He was on her -- he was hitting on

8    her from the minute they got past "hello."  There is ample

9    evidence of that.  He was all over her.  That's what he

11:37:49 10    wanted.

11         But it grew.  He convinced himself he was in love

12    with her, in lust, whatever.  It grew over the years to he

13    wanted to marry her and have babies and take care of her.

14    That's what was going on here.  That's what Dennis Mahon

11:38:07 15    wanted from her.  And that's what he wanted to create with

16    her, whether in Illinois or on the survivalist compound at

17    Robert Joos' place.

18         And let's not forget, Robert Joos himself expressed

19    some interest in Becca, and you saw that on the tapes as well.

11:38:30 20         You saw on the Rockford tapes how Dennis talked to

21    her and said how great it was that a younger woman was

22    interested in him and how flattered he was.

23         You also heard him talk to her at various times

24    about, "Oh, this is how I'd make a bomb," and he gave

11:38:48 25    descriptions that didn't match.  They not only didn't match,

11:38:53  1    but the postal people were calling the lab as they watched

2    tapes, as they heard tapes being made, as they heard

3    descriptions, as they saw pieces of evidence, as they saw

4    books, they'd call the lab and say, "What do you think of

11:39:06  5    this?"

6            "No match."

7            "What do you think of this?"

8            "No match."

9            "What do you think of this?"

11:39:12  10           "No match."  Over and over and over again.

11           Moreland told you he didn't know that was going on,

12    and it was pretty clear he wasn't too crazy about the fact

13    that it was.

14           Who is Dennis Mahon?  He's a braggart and a BS

11:39:27  15    artist.  He's made that, himself, very clear.  Who is Dennis

16    Mahon the terrorist?  Well, Dennis Mahon the terrorist tells

17    Rebecca Williams, "Let's watch the new James Bond movie.

18    Maybe we can pick up some tips from that."  That's the Dennis

19    Mahon school of terrorism.

11:39:48  20           Did he have a workshop?  No.  Did his descriptions

21    match the Scottsdale bomb?  No.  Did he do anything in the

22    five years of investigation that went on into listening to his

23    phones, taping his interactions?  No.  Nothing.  Not even with

24    Joos and Metzger, his supposed coconspirators.

11:40:14  25           Moving on to the physical evidence, the note, the

11:40:19  1    government assumes that the note was improperly addressed

2    because a mistake was made.  Well, what if it wasn't?  What if

3    it was misdirection?  Misdirection makes just as much sense as

4    mistake.  And when you look at the text of the note, possibly

11:40:37  5    even more so.

6         There's the wording of the note.  Rather nonsensical.

7    Was it a mistake, or was it misdirection and a smoke screen?

8    Was there a single word in that note about race?  Nothing.

9    Zero.  Nothing at all.

11:40:56 10         "Operation Archangel"?  Who is Operation Archangel?

11   A law enforcement initiative about terrorism.  Is there any

12   other evidence about Operation Archangel?  No, there isn't.

13   There's Dennis' -- they point to Dennis' shtick that he has

14   with his friend Steve and say, "Dennis told Becca to call

11:41:19 15   Steve and say she was the archangel Michael because Dennis is

16   God and his friend Steve is the devil in this shtick they've

17   had going on for years."  Does that establish a link to

18   Operation Archangel?  How?

19         They brought in Mr. Bristow from Canada to try to

11:41:39 20   establish a link for you, who again reached back 20 years

21   which -- to an organization that, in fact, had shut down 20

22   years before he met Dennis Mahon.  This organization that

23   existed in Canada for a brief period of time in the '60s.

24         And when Dennis was asked, "Who is Edmund Burke?"

11:42:03 25         He said, "Uh, something about Santana and I think he

11:42:07  1    died about nine years ago."

2            Any time Dennis talked about Edmund Burke when

3    Rebecca Williams asked him questions about it, he always got

4    it wrong.

11:42:21  5            The package was addressed -- return addressed to the

6    Arizona State Retirement System.  That address was correct.

7    It was not their mailing address, but it was physically

8    correct.

9            So you decide what you make of it.  Are there

11:42:40  10   mistakes being made in the labeling and in the note, or is

11   there misdirection?

12           The components we talked about.  Postal was

13   constantly phoning back to the lab in Dulles and checking it

14   out and nothing ever matched.

11:42:58  15           Speaking of match, Dennis Mahon said at various --

16   once or a couple times talking to Rebecca Williams, that "If

17   you're going to build a pipe bomb, you need an electric

18   match."  Was there ever an electric match found?  No, there

19   wasn't.  Well, why?  Because sometimes they're not found.

11:43:17  20   Does the -- does a pipe bomb have to be made with an electric

21   match?  No.  In fact, according to Mr. Hansen, who's been

22   doing this longer than anyone, they're not always used.

23   Frequently, there's some sort of light bulb igniter thing used

24   and he thought that might have been used here.

11:43:39  25           What's unique about this bomb, Exhibit 69, what was

unique about this bomb was the note.  Ladies and gentlemen, you should assume that in this case after this many years, the government has brought you the best they have.  They've brought you everything they have to bring.  If they didn't bring it, you should assume they don't have it.  And there is a lot you haven't seen, starting with the evidence itself.

You've seen a lot of pictures.  You've seen a mockup.  You've seen some boxes.  You haven't seen the evidence itself, with the sole exception of a bag, which you'll have in the jury room, of charred cardboard remnants from the package.

The physical evidence you've heard about includes the DNA.  Now, why do we have -- what does the DNA mean here?  Well, it means absolutely nothing because it excluded the Mahons.  Would it mean something if it included the Mahons?  I submit to you, most certainly, that would be Exhibit 1 right here on the podium.  Look, ladies and gentlemen, the DNA report included the Mahons, so end of story, done deal, case solved.

If the DNA was good enough to exclude Don Logan and Tristan Moreland and Larry Bettendorf and all of the other people who have touched the crime scene, according to Agent Lenzen, who made a point of identifying and rounding up everybody to be DNA swabbed, submitted to the lab and cleared, in addition to the lab workers, if the results were good enough to clear all of those people, they're good enough to

11:45:36  1   clear Dennis and Daniel Mahon.  It's all or it's nothing,

2   ladies and gentlemen.

3           The government suggests to you, well, maybe it dates

4   back to a warehouse worker.  Because DNA can be that old.

11:45:50  5   Well, if it dates back to a warehouse worker, clearly that is

6   before the blast.  And if it can be a warehouse worker, why

7   does it mean nothing if it clears Dennis and Daniel Mahon?  If

8   a warehouse worker touched it before the blast, then what does

9   that mean?  Think about the evidence you heard.

11:46:21  10          The government also says -- they talk about the EMTs,

11  the evidence mangling team.  What evidence did you hear that

12  the EMTs were ever inside the building?  Nothing.  Zero.  Why?

13  Because the building was evacuated.  All the witnesses told

14  you that.

11:46:41  15          All the people who were in the building said, "They

16  got us out.  We're trained to get out.  We're supposed to get

17  out.  We were taken out."  The victims and the others got out

18  of the building and were outside when the EMTs and police

19  arrived.

11:46:59  20          We covered photo arrays.

21          Let's talk about the powder.  There was -- when the

22  agents and the police went to Illinois, they took dogs, they

23  took tons of equipment, a lot of agents, and they explain away

24  the absence of powder by this sophisticated bomb maker at his

11:47:20  25  home, "Well, Dennis and Dan talked about throwing it out,

11:47:24  1    therefore, it was gone, therefore, that's why we didn't find

       2    any."  But that doesn't match what we heard on

       3    cross-examination.

       4         If you vacuum a scene, a floor, a carpet, cracks in a

11:47:37  5    floor, if there was powder there, you're likely to find it.

       6    Better yet, if you have canine explosives -- explosives dogs

       7    who go in and sniff, that's what they do.  They find trace

       8    powder.  If there was powder there, even years ago, on

       9    cross-examination you heard, they'll find it.

11:47:58 10         And the police who came in said, "We weren't told of

      11    any alerts at all."

      12         What else did they find at the farm or anywhere else

      13    in their searching and investigating?  No glue; no pipes or

      14    end caps, except at a pumping supply place that had a contract

11:48:19 15    with the city; no shrinkwrap or bubble wrap; no boxes, just

      16    that which was found in the mailroom, and, of course, our

      17    reused non-Uline boxes Dennis used for mailing; no soldering

      18    supplies or equipment; no Rayovac batteries; no computer that

      19    had any relevance to anything.  And the agents went to the

11:48:45 20    libraries in the area and looked.  No match.

      21         They went and talked to Julie Angelica who told you

      22    that, "the Mahons, I lived next to them, they didn't have a

      23    computer in Tempe.  They used mine once."  They checked hers.

      24    No match.  They checked the computer in Illinois.  No match.

11:49:06 25         There is nothing that ties any computer, including

11:49:10  1   the computer they had in Illinois, including the laptop they

2   once had in Oklahoma, no connection whatsoever to the Mahons

3   and any computer.

4        Did they find a microswitch or a rocker arm?  No.

11:49:24  5   Igniters?  No.

6        The comparisons to the Scottsdale bomb.  What did

7   Dennis talk about?  Duct tape or JB Weld.  Not in the

8   Scottsdale bomb.

9        Dennis talked about, "Oh, I can tell you how to make

11:49:38  10  a bomb in an envelope."  Well, what does that have to do with

11  anything?  We don't have an envelope here, we have a box.

12       He talked about electric matches.  And remember,

13  during this discussion where he's talking to her, he's got a

14  book in front of him and he's following along, you can see it

11:49:57  15  in the tape, and pointing to diagrams and pointing to a

16  discussion in this book about how to make a bomb.

17       A note in an envelope.  Did he tell her anything

18  about putting a note in a pipe?  No, he didn't.

19       Logan -- Mr. Logan's injuries.  Did those match up?

11:50:15  20  No, they didn't.

21       The revenge book, did anything in here match up?  No

22  it didn't.

23       You heard evidence that the Mahons left Arizona.

24  Well, why did they leave Arizona?  Daniel Mahon's supervisor

11:50:34  25  came in and told you that had been in the works for quite a

11:50:37   1    while.  It was medically related.  Julie Angelica, their

           2    neighbor, told you she knew about it for quite a while.  It

           3    had been long-planned.

           4         Dennis told Rebecca Williams that he had been

11:50:51   5    fretting about his own health.  So at some point before this

           6    long drive, before their move, he made this interesting,

           7    strange will that he mailed to their father.  And what you'll

           8    see when you look at this will is on the envelope, which is

           9    attached, he mailed it on February 21, which happens to be the

11:51:20  10    day the government is trying to convince you the bomb went to

          11    Scottsdale, but the evidence does not support that.

          12         Ladies and gentlemen, I submit to you that if you or

          13    anyone you knew had their lives put under a microscope for

          14    five years or more, there would be coincidences of timing that

11:51:44  15    you could not explain.  And I submit to you, ladies and

          16    gentlemen, that that's what you've seen here.  It does happen.

          17    You can't explain every piece, every moment, every minute of

          18    your life and all of your thoughts.

          19         The conspiracy.  Let's talk about the law.  The

11:52:08  20    conspiracy requires an agreement, an agreement to commit an

          21    unlawful act, and an act that was done in furtherance of the

          22    conspiracy.  An act that was done after June 16 of 2004.

          23         The indictment talks about racial discord and sharing

          24    ideas.  Racial discord is not a crime.  Sharing ideas is not a

11:52:31  25    crime.  Sharing ideas is specifically protected by our

11:52:36  1  Constitution.

2        You've heard about the WAR Manual.  This was

3  something that was found in the Mahon farm.  It had been

4  printed out in 2009.  So how that has any bearing to something

11:52:51  5  that happened in 2004 or '5 or '6 or '7 or '8, we don't know.

6        Also in conspiracy there's a very important piece of

7  law that you cannot conspire with a government agent or a

8  snitch.  That is not a conspiracy.  What in this case didn't

9  involve a government agent or snitch?  Where Dennis and Dan

11:53:20 10  are concerned, not much of anything.

11        Again, we have these two absent coconspirators,

12  so-called, and there's no evidence that ties them back into

13  anything or ties the Mahons to them in any sort of criminal

14  enterprise or agreement.

11:53:39 15        If there is a conspiracy here, what is it?  How many

16  of them are there?  Is it to blow up the Office of Diversity?

17  To blow up some power lines?  To blow up some buildings?  What

18  are the plans?  What are the dates?  When was this going to

19  happen?  How was this going to happen?  Or is it just stupid

11:53:58 20  rambling, BS, drunken ravings?

21        There was a lot of talk with Robert Joos and with

22  Dennis and with the informant, and you've heard a fair amount

23  of it on tape, of something called "When the shit goes down."

24        "When the shit goes down, our whole country's going

11:54:30 25  to collapse, life as we know it will end.  When the shit goes

11:54:34  1    down, there will be race riots.  When the shit goes down,

2    we're going to have to hunker down and protect ourselves

3    against the hoards."

4         Well, ladies and gentlemen, I submit to you that the

11:54:51  5    shit went down in 2007, 2008, 2009 in our country as people

6    lost jobs, people lost homes, our economy collapsed.  The only

7    thing that went up were gas prices.

8         Everything these men feared, and I will include

9    Metzger and Joos in that, everything they feared happened.

11:55:12  10   Where were the race riots?  Where was the collapse of our

11   society?  What did they do?  Nothing.  They stayed home and

12   took care of their mother.  What did anybody do?  Nothing.

13   Hunkered down and waited for it to get better.

14        Dennis Mahon at some point said, "Sometimes I feel

11:55:34  15   like getting violent."

16        Well, sometimes maybe who doesn't?  The point is, did

17   he get violent?  Have you seen anything?  Have you seen a bit

18   of evidence that convinces you that he went out and got

19   violent at some point?  No, you haven't.  It's not there.

11:56:00  20        Mr. Morrissey talked about some phone records and he

21   talked about the will.  If you decide -- if you want to

22   believe that the phone numbers are registered to Mr. Joos and

23   to Dennis Mahon and that these numbers are significant, well,

24   then, go ahead and look at them.  Because what you're going to

11:56:23  25   show is that those two phones and, let's say, fine, Robert

11:56:29  1   Joos, Dennis Mahon, whoever it was, talked.  They did talk.

       2   About ten times over six months.  Three long calls, including

       3   one on February 21.  And when they talked, they generally did

       4   so for about 30 minutes.  They weren't short calls.

11:56:52  5          You may hear there was a gap in the phone calls and

       6   that that means something.  Well, if you look over all the

       7   phone calls that are in that exhibit, what you're going to see

       8   is many gaps on different occasions.  So what?

       9          You heard about the M-80s and railroad torpedoes.

11:57:12 10  What are the M-80s?  We don't know what connection they had to

      11   this case, you haven't heard any connections.  But we do know

      12   that the M-80s that were set off in that little demo tape are

      13   not the M-80s that were found at the farm.  We don't know

      14   where those came from.  We don't know who made them.  We don't

11:57:30 15  know what was in them.  We don't even know if they were 20 or

      16   30 years old or if they were new.  We know -- we didn't hear

      17   anything about fingerprints.  They were just there.  Are they

      18   connected to this case?  Well, certainly not by any evidence.

      19          Railroad torpedoes.  I asked Mr. Hansen, because you

11:57:50 20  certainly didn't hear it from the government, "What's a

      21   railroad torpedo?"

      22          "Oh, it's some little thing they put on the track to

      23   warn the railroad conductor or engineer that there's a problem

      24   up ahead."

11:58:03 25          "Does it derail a train?"

1   "No, it doesn't."

2        A conspiracy needs an illegal object.  Again, what is

3   the illegal object here?  It's not promoting racial discord

4   because that isn't a crime.  It's not sharing beliefs or

5   holding racial -- racist beliefs.  Again, not a crime.  Shared

6   beliefs does not a conspiracy make.

7        Count 2, the Logan bombing.  What connection is there

8   it between Dennis and the bomb?  Between Dennis and the

9   Scottsdale PD?  Between Dennis and the City of Scottsdale?

10  There is nothing.  There is a single phone call.  A phone call

11  among many that Dennis Mahon has made in his life and he's

12  talked about on the tapes.  One of his Everclear habits.

13       And then we move to Count 3.  The teaching how to

14  make a bomb.  This specifically is charged as something that

15  occurred between January 29 and May 15 of 2005.  And you've

16  got to find an intent.  You've got to find imminent lawless

17  action.

18       I submit to you, ladies and gentlemen, there is no

19  intent, there is no imminent lawless action.  There is instead

20  repeated attempts to talk her out of doing this, and

21  afterwards, a complete lack of interest.  There is discussion,

22  there is sharing of ideas, there is mailing of books.  There

23  is nothing illegal.  There certainly is no illegal intent.

24       That brings us to the arrest.

25       The officers arrived at the farm.  They knocked on

11:59:54  1    the door.  A period of time went by with no incident

2    whatsoever, and the Mahons came out after Dennis took the time

3    to make one more of his weird little phone calls to Becca

4    Williams where he left her a message, and you heard that.  One

12:00:13  5    more token rant.

6            And then what does he do?  Does he pick up his gun

7    and go blazing out?  No.  He goes out, he gets handcuffed, he

8    gets put in a van and gets given the search warrant and told

9    why he's under arrest.  And that's why they're sitting in the

12:00:29  10   van being tape recorded talking about the objects of the

11   search, because it's in the search warrant; the DNA, because

12   Moreland had told them he had their DNA and it was a match,

13   which was a lie.  He told them that it included all their

14   friends, so they were talking about that and this whole

12:00:49  15   national conspiracy thing.

16           They were talking about the things they had been

17   told, even though Dennis has still got it in his brain that

18   it's these mailings he's been doing because that is his stand

19   against the man.  That is his poking in the eye of the

12:01:06  20   government.

21           They talked about powder and they argued back and

22   forth about getting rid of powder.  Ladies and gentlemen, is

23   there any evidence against that -- of that?  No.  Go back to

24   the dogs.  The dogs would have found it.  They didn't.  The

12:01:21  25   dogs would have alerted.  They didn't.  That stuff doesn't

12:01:25  1    just vanish.

2        And Agent Moreland himself had been to that farm and

3    gotten a guided tour short months previously.  Did he tell you

4    of seeing anything?  No, he didn't.

12:01:44  5        The government has to prove to you every bit of this

6    case beyond a reasonable doubt.  That doesn't mean a

7    reasonable scenario.  It doesn't mean a possible scenario.  It

8    doesn't mean a "could have been" or "could have happened"

9    scenario.  It is none of that.  It is beyond a reasonable

12:01:59  10   doubt.  And it is most certainly not smoke.

11       This case is about a lot of smoke.  Once you clear

12   away the smoke, you find no fire because you can't build a

13   fire out of smoke.

14       There is no evidence here.  There is only smoke.

12:02:28  15      What you have in Dennis Mahon is a loud-mouth

16   sometimes-drunk man looking for attention.  And by the time he

17   moved to Catoosa, Oklahoma, looking for the attentions of a

18   younger woman who throws herself at him and works him, works

19   him like she once worked a pole.  And of course -- and, of

12:02:58  20   course, he fell for it.

21       Dennis is an aging, unemployed, bitter white male who

22   is scared and he's angry and he's looking for an audience.  If

23   he had a microphone of his own, we'd call him a talk radio

24   show host.

12:03:18  25      And that's all they've shown you.  But nothing you've

12:03:22  1    seen, nothing Dennis has done or said is a crime.  It may be

2    offensive as heck, it may make you hate him, but it's not a

3    crime.  No matter what he says, he's still allowed to talk

4    because -- well, that is, if we still want our Constitution to

12:03:44  5    mean anything at all.

6         I want to leave you with something I heard or read a

7    long time ago and it's always stuck with me.  It's an

8    observation on humanity and, I think, on freedom.  It speaks

9    to every belief we hold dear in this country.

12:04:04  10        In Germany, they came first for the communists.  And

11   I didn't speak up because I wasn't a communist.

12        Then they came for the Jews.  And I didn't speak up

13   because I wasn't a jew.

14        Then they came for the Catholics.  And I didn't speak

12:04:18  15   up because I was a protestant.

16        Then they came for me and there was nobody left to

17   speak for me.

18        That, ladies and gentlemen, is freedom, and freedom

19   comes at sometimes a steep price.  Sometimes an offensive

12:04:37  20   price.  But it's one we have to pay if it's going to mean

21   something.  It either works or it doesn't.  It either works

22   for everybody or it works for nobody.

23        Dennis Mahon gets to spout his rhetoric and it's

24   protected by our Constitution.  The same as you get to speak

12:05:01  25   your ideas, the same as I get to speak my ideas.  It protects

12:05:06  1   us all or it protects us none.  If it doesn't work for him, it

2   won't work for us.

3          We either value it or we don't.  We protect it or we

4   don't.

12:05:21  5          What you heard here for six weeks is about racism and

6   racist rhetoric.  What you heard here is talk and a lot of

7   smoke, but smoke isn't good enough.  It's not enough.  And

8   that's why you've got to bring back, and I'm asking you to

9   bring back, a verdict of not guilty on each count.

12:05:51  10         Thank you.

11         THE COURT:  All right.  Thanks, Ms. Williams.

12         Members of the jury, we will take our one-hour break,

13  so we'll resume at 1:05.  Please remember not to discuss the

14  case yet.  We'll see you at that time.

12:06:04  15         (A recess was taken from 12:06 to 1:09.  Proceedings

16  resumed in open court with the jury present.)

17         THE COURT:  Thank you, please be seated.

18         Ms. Hull, you may proceed.

19         MS. HULL:  Thank you, Your Honor.

13:09:52  20         If it please the Court, ladies and gentlemen of the

21  jury.  If you allowed yourself to be misled by the government

22  as to what they must prove when Mr. Morrissey just spoke, do

23  not be misled.  What they have to prove to you is not that

24  there was a conspiracy to teach anything.  The conspiracy is

13:10:12  25  to bomb buildings.  That is the conspiracy that they must

13:10:18   1    prove.  It's not a conspiracy to bomb people, it is a

2    conspiracy to bomb buildings.

3        So in their opening close, do not be misled.  Do not

4    be misled in the least.  That is the charge.  It's their

13:10:37   5    indictment.  That's what they have alleged.

6        Ladies and gentlemen, who made this about race?  Who

7    made the Scottsdale bomb about race?  It wasn't Mr. Logan.

8    Mr. Logan was questioned in 2004 and his thoughts were, as you

9    recall, the note sounds like a cop.  Sounds like cop culture.

13:11:12  10    Sounds like something a cop would say.  Cease and desist.

11        Mr. Logan didn't come in and testify and tell you he

12    thought it was about race.  Not even now did he come in and

13    testify and tell you he thinks this is about race.

14        It wasn't the postal service.  In fact, the postal

13:11:36  15    service was looking at the angle of the inside job; that an

16    insider did this.  That somebody who had a personal

17    face-to-face connection with Mr. Logan, that was the purpose

18    of all of this.

19        It wasn't Inspector Casadei, the most senior --

13:11:53  20    arguably the most senior and most experienced law enforcement

21    officer who testified in this trial.  It wasn't him.

22        It wasn't retired Chief Bartosh, arguably the second

23    most experienced law enforcement officer that talked to you in

24    this trial.

13:12:13  25        And it wasn't the note.  Because the note says

13:12:15  1    absolutely nothing about race.

2              It's not about race.  This case was never about race.

3    Who made it race?  The ATF made it race.  Why and when?

4              May of 2004 Tristan Moreland decided to focus on the

13:12:40  5    Mahons.  And it would have to be, then, about race, wouldn't

6    it?  He'd to have make it about race.

7              He'd also have to make the address label a mistake.

8    Why?  Because if that address label was not a mistake, that

9    points to an insider.

13:13:11  10             I represent Daniel Mahon.  Daniel Mahon, as you know,

11   came to Arizona in 2001.  You heard that from Mr. Larry Hough,

12   you heard that from Ms. Angelica and you heard it from

13   Mr. Moreland, Agent Moreland.  Why?  Because he had a pipe

14   bomb go off in March of 2000 and the Mahons were not here.

13:13:34  15   And 12 years later he doesn't want to talk about that.

16             Even though the statute of limitations is long since

17   up, he doesn't want to talk about that bomb even though at the

18   scene of the bomb, Tony May, EEO, comes up and says, hey, the

19   switch looks like the Chandler bomb.  Don't want you to know

13:13:52  20   about that.  Don't want to you know about that because that

21   doesn't fit the theory of the case.

22             The theory of the case is has to be race, has to be

23   Mahons.  Therefore, since the Mahons weren't even here in 2000

24   yet, we can't talk about the Chandler bomb.  It's still under

13:14:07  25   investigation, still secret, I can't talk about it.

13:14:11    1         Wouldn't that be interesting, ladies and gentlemen,

2    if Tony May was right?  What if there was a signature?  What

3    if the switch was the same as the Chandler bomb.  Would you

4    consider that relevant?  Would you want to see that evidence?

13:14:23    5    Wouldn't you want to see that evidence?

6         It's not been presented to you.  Why?  It doesn't fit

7    their theory of the case that this is about race.  And it must

8    be to target the Mahons.

9         You heard about attempted suicide bomb by pipe bomb,

13:14:43   10    what, a month later.  They want you to think it's irrelevant.

11    Why?  Because it's a suicide.  Because it was a different kind

12    of Rayovac battery, 9 volt, found in his apartment.

13         But if you listen to the list of things found in his

14    apartment, that suicide bomb in April of 2004 went right down

13:15:05   15    the list of things Tristan Moreland said he was going to find

16    at the Mahon farm.  The kinds of things you would find in a

17    bomber's residence.  Right down the list.

18         Don't want to talk about that either.

19         Suicide bomb 30 days later not relevant to you?  Why

13:15:26   20    not?  Doesn't fit their theory.

21         What if Mr. Patterson's DNA is that full profile in

22    your bomb?  Wouldn't you want to know that?

23         Daniel Mahon.  You have his work records from August

24    of 2003 through April of 2004.  Ten-hour shifts.

13:15:51   25    Ten-hour-shifts.  Sometimes longer.  Sometimes up to 12 hours

13:15:56   1   between clocking in and clocking out.

           2           Okay, so he's got a ten-hour shift.  Hmm.  If he's

           3   got to get off early on Saturday morning to go deliver

           4   something from the airport to Scottsdale, don't you think he

13:16:11   5   would have gotten off right at the end of his ten-hour shift

           6   instead of working two more hours, hour and a half longer?

           7   That doesn't make sense.

           8           He clocks out at 9:18 on Saturday morning the 21st.

           9   Why does the government bring out this supposed drive, 37

13:16:33  10   minutes?  What's the relevance of the 37 minutes?  Because,

          11   what, Daniel Mahon got off work and somehow made it over there

          12   to deliver this bomb in this uniform with the neon reflective

          13   stripes on it?  With his name tag on it?  That doesn't make

          14   any sense.  Absolutely no sense whatsoever.

13:17:01  15           Quite frankly, ladies and gentlemen, what did I ask

          16   Agent Moreland about that, about what witnesses they were

          17   going to put on as to when that package was found in the

          18   library?  He says 10:15.  Who else said 10:15?  Did any

          19   witness say 10:15?  Or does that just fit in his theory of the

13:17:24  20   case?

          21           Mr. Morrissey got up a minute ago and said

          22   Ms. Morrison was not credible.  The woman who comes to you

          23   from her hospital room.

          24           What's her motive to lie?  What's her motive to make

13:17:38  25   things up?  Did she sound equivocal at all?  That she was the

13:17:42  1    head librarian and she had to fix that reference desk and put

2    it back in order before opening because of the mess made at

3    Authors and Appetizers the night before.  And she and

4    Mr. Hizey both thought that package must have been left Friday

13:17:58  5    night.

6         Why don't they want you to believe her?  Not because

7    she wasn't credible, but because she doesn't fit that theory

8    of the case.  It has nothing to do with what she testified to

9    or how she testified or from where she testified.

13:18:22 10         Ms. Williams told you it's not a crime to be a

11    racist.  Not a thing that Daniel Mahon said is not protected

12    speech.

13         Let's talk about false accusations, ladies and

14    gentlemen.  I'd like to start with that and I'd like to talk

13:18:38 15    about lengths to which the government will go to try to sell

16    you on their theory of the case.

17         Let's look at the indictment, shall we.  Again, it's

18    an indictment for conspiracy for Daniel Mahon to conspire to

19    bomb buildings.  And what overt acts do they put in a public

13:18:59 20    document about Daniel Mahon in the overt acts?  Overt Act

21    Number 1:  On or about September 26th, 2003 Dennis Mahon,

22    using the phone of Daniel Mahon, called the City of Scottsdale

23    Office of Diversity.

24         Put it in the indictment.

13:19:18 25         What evidence have they presented as to the phone

13:19:23  1   number used for that phone call?  None.

2        What evidence have they presented as to whose phone

3   that was?  None.

4        Subscriber information?  None.

13:19:39  5        Cell phone provider?  None.

6        They will put it in an indictment and say that he

7   used Daniel Mahon's phone to try to drag him into some sort of

8   purported conspiracy on nothing.  No evidence whatsoever.

9        False accusation.

13:20:08 10        Overt acts 6 and 7.  On or about February 4th, Overt

11   Act Number 6, Dennis Mahon and Daniel Mahon planned a trip to

12   a gun show in Catoosa, Oklahoma for the purpose of purchasing

13   periodicals and components related to bomb making, including

14   books, gun powder, electric match, and a fuse.

13:20:31 15        Well, we know, first of all, that this is after the

16   ruse.  The child molester ruse was introduced February 1st,

17   2005.  Do you recall that?  There's a video they showed you

18   inside the informant trailer where Dennis Mahon and the

19   informant are talking on the video and she brings up this

13:20:50 20   child molester, supposed child molester.

21        Well, what did she say?  She doesn't give a name, she

22   doesn't give an address, she doesn't give a race.  Well, if

23   it's about race -- if it's not about race, if there is no race

24   involved, it cannot be on behalf of WAR.  Right?  Because

13:21:14 25   they're trying to say WAR is about racial discord.  Well, if

13:21:18  1    there's no race factor in this ruse, then nothing they talk

2    about related to that can have anything to do with WAR.

3           Oh, and by the way, did you hear either of the Mahons

4    ask her, "what's his name?"  "What's his address?"  "What are

13:21:35  5    we going to do about this?"  "What color is he?"

6           They don't even ask.

7           Look at their own evidence, ladies and gentlemen.

8    Overt Act Number 6.  Look at Exhibit 197.  Play that tape.

9    Dennis is alone with the informant and he wants to go -- they

13:22:03  10   want to go alone together, just the two of them.  And it's the

11   informant who says, "No, Shelly wants to go, and let's take

12   separate cars."

13          Exhibit 197 from February 4th, 2005.  Dan's not even

14   in the trailer.  Dan's not even in the trailer when they have

13:22:32  15   this discussion.  But their indictment, "Dennis and Daniel

16   Mahon planned to go to the gun show."  False accusation.

17          Number 7.  Very next day.  "On or about February 5th

18   Dennis Mahon and Daniel Mahon traveled to a gun show for the

19   purpose of acquiring bomb related materials.  Dennis Mahon and

13:22:53  20   Daniel Mahon discuss measures to avoid detection by law

21   enforcement at the gun show, including the necessity to travel

22   separately to the gun show, to wear hats and sunglasses, and

23   to split up at the show."

24          Play the tape.  Who talks about splitting up?  Who

13:23:11  25   talks about driving separate cars?  Who talks about any

13:23:16  1    measures to avoid detection?  Disguises?  It's not Daniel

2    Mahon.  It's not Daniel Mahon.

3         In fact, on Exhibit 197, you'll see that the day

4    before, Dan leaves -- I'm sorry, this discussion is had,

13:23:46  5    again, with Daniel not even in the trailer.  And then the

6    following day there's a conversation about wearing a hat to

7    the gun show, wearing those sorts of things.  Daniel Mahon's

8    not even there.

9         And what did the informant tell you about whether

13:24:07 10    Daniel Mahon told her how to dress to go to the gun show?  He

11    did not.

12         If Daniel Mahon had gone to that gun show and

13    purchased anything like what they have alleged here, wouldn't

14    we know from the tapes that they split up at the informant's

13:24:28 15    request; Dennis riding with the informant, Dan riding with

16    Agent Kaufman.

17         If Dan wore something unusual, other than this goofy

18    vest they have on in the video, outside, wouldn't Agent

19    Kaufman come and testify to that?  Wouldn't she come and say,

13:24:47 20    no, this was Dan's idea; no, Dan did this; Dan wore a weird

21    disguise and made us split up at the show?  Why didn't she

22    tell you?  It didn't happen.  The informant told you it didn't

23    happen.  Another false accusation.

24         This, ladies and gentlemen, is from their own

13:25:07 25    evidence.

13:25:15 1     Overt Act Number 13 is a call from December of 2007

2     when my client says something to the effect about he's at a

3     Laundromat cleaning his mother's -- his Alzheimer's mother's

4     soiled bed sheets and he's unhappy and he says something to

13:25:33 5     the effect "We need to start" -- "That's why we need to start

6     getting violent."

7         Does he say "We need to get violent again"?  No.

8         Does he say, "We need to continue getting violent"?

9     No.

13:25:46 10        Does he say, "We need to get more violent or more

11     seriously violent"?  No.

12        He says "we need to start."

13        That is in December of 2007, almost four years after

14     the Scottsdale bombing.  What does that tell you?  It means

13:26:02 15     they have not started.  They talk about it.  And what plans,

16     what other steps did Daniel Mahon take in order to do that?

17     That wiretap started in November of 2007 and went through May

18     of 2008.  Do you hear a single conversation?  They had an

19     opportunity.

13:26:23 20        Why didn't -- why didn't Dan say something about,

21     "Okay, here's what we need to do, here's the plan.  We need to

22     make a plan here"?  Because the conspiracy is about entering

23     into a plan.  Where's the plan?  What are we going to do?

24     Let's talk about this.

13:26:42 25        Didn't happen.

13:26:44  1          Their own evidence, ladies and gentlemen.

         2          The search of the Mahon farm.  2009.  How many people

         3   lived there?  How many fingerprints were taken?  How many

         4   people were printed?  Not a single fingerprint from anything

13:27:03  5   on that farm.  Not a fingerprint from the parents, not a

         6   fingerprint on the these M-80s, not a fingerprint from

         7   anything.  Nothing.

         8          I guess fingerprints are unprofessional, too.

         9   Fingerprints, taking of fingerprints and matching of

13:27:26 10   fingerprints must also be unprofessional.  Because we don't

        11   want to use those.

        12          We don't want to use the dog sniffer.  We don't want

        13   to use the vacuum.  You got a dog there.  Inspector Sartuche

        14   said there was a dog there.  If that dog had found any

13:27:47 15   explosives or remnant of explosives, you'd have heard about

        16   it.  Dog was there.  Dog was working.  You can infer that

        17   there was no such evidence, otherwise they would have brought

        18   you the findings of that sniffing dog.  He's there.  He finds

        19   nothing.  You can infer that, ladies and gentlemen, by their

13:28:08 20   failure to bring that information to you.

        21          There is nothing, nothing, from the search warrant of

        22   that farm tied to Daniel Mahon.  Nothing.

        23          No illegal weapons, no explosives, no bomb

        24   components, no bomb making area, no 9-volt batteries, no end

13:28:33 25   caps, no glue.  You saw pictures of glue, but you don't have

13:28:38  1  any glue.

2       If Agent Moreland had been telling the truth when he

3  tried to get that search warrant affidavit and said that

4  those -- the glue is the kind used in model airplanes, and

13:28:54  5  that in fact was true, you'd have seen the test results,

6  wouldn't you?  If that had been a match, it would have been

7  confiscated, would have been tested, you would have that

8  evidence.

9       Nothing from that farm was either linked to Daniel

13:29:14  10  Mahon or to the Scottsdale bomb, for that matter.  Nothing.

11       No solder, no soldering equipment, no shrinkwrap, no

12  printers with every other line bottom is cut off, like Agent

13  Moreland said he was specifically looking for.  None of it.

14       Again, the lengths the government will go to to

13:29:39  15  convince you of false allegations.

16       Let's talk about the Scottsdale drive, May 1st, 2007,

17  and the videotape you saw.

18       In the government's opening they showed you what I'm

19  going to put on the Elmo.  This is Exhibit 231.  Those two

13:30:15  20  stickies I put on for you are the Number 1 and Number 2 that

21  were up there for the government's opening.  Number 1 is at

22  the corner of 75th and Indian School, and the Number 2 is the

23  corner of Main and 75th.

24       What did the government say?  Talking about Agent

13:30:31  25  Moreland, quote:  He will tell you that at that location,

13:30:35  1    which is Number 1, you will have to decide whether an

2    individual points at city hall.

3         What do you see from the video?  Who does any

4    pointing from that corner?  Daniel Mahon.  Where does he

13:30:51  5    point?  This building here.  Not city hall complex.

6         There's another length to which they will go.  City

7    Hall Complex.  Who put that there?  Tristan Moreland.  Why?

8    He wanted you to think that is city hall and that that

9    pointing was toward part of city hall.  However, didn't one of

13:31:18  10   the employees of the City of Scottsdale come in and tell you

11   "Not in our culture it's not city hall"?

12        In fact, look at Exhibit 811-B.  There's your angle.

13   That's admitted into evidence.  811-B.  Do you see any other

14   building than that building that's been identified as 7447

13:31:42  15   East Indian School from the north side or 1 Civic Center from

16   the south side?

17        Takes up that whole block.  You can't even see city

18   hall.

19        So what does Agent Moreland do?  He puts 231 up and

13:32:03  20   he puts a big arrow going like this, that's where he was

21   pointing.

22        You judge for yourselves, ladies and gentlemen.  If

23   Daniel Mahon is standing at that corner and he's pointing at

24   that building, 7447 -- you can't hear anything what he's

13:32:22  25   saying, but is there any evidence that anything was delivered

13:32:26  1    to 7447 East Indian School Road?

2              If Daniel Mahon made the same mistake as the label,

3    wouldn't the label say 7447 East Indian School Road?

4              Look at the video.  Look at the video provided by

13:32:46  5    Mr. Castillo.  Look at all these pictures.  811, all of them.

6    Look at the angle.  Tell me what lengths they will go.  See if

7    you can even see city hall from any of the pictures from that

8    corner.  You cannot.  False accusation.

9              Another one, talking about going down on 75th Street.

13:33:17 10    The Number 2.  That's their Number 2.  On direct examination

11    Agent Moreland told you that after -- in the Scottsdale drive

12    May 1st, 2007, Daniel Mahon is putting his thumb over the

13    shoulder and says "that's 75th."  He told you they were

14    already past Main Street.  Supposedly making the same, quote,

13:33:45 15    mistake, end quote, of the address.

16              What do we find out?  No.  In fact, if you look at

17    the video they presented, if you look at the video we

18    presented, they haven't even gotten to that point yet.

19    They're on 75th.

13:34:01 20              And ladies and gentlemen, look at that video.  Do

21    either of the Mahons look like they know where the heck

22    they're going?  And what did the informant pass them?  What

23    did that say on it?  Did it say 3939 North 75th Street?  What

24    did it say on it?  You don't have that, do you?  Why not?  It

13:34:27 25    probably just doesn't fit their theory and it makes this look

13:34:32  1   bad, doesn't it?  Please, again, pay attention to what you

2   don't have.  What you're not given.

3         Dennis Mahon's the Logan bomber in that drive?  He

4   doesn't even know the guy's name.  And it's not like he said

13:34:58  5   "Oh, what's that -- who's that guy?  I don't remember, what's

6   his name again, the diversity officer?"  Dan doesn't say,

7   "Yeah, his name's Don Logan."

8         False accusations, ladies and gentlemen.

9         And then they get to the corner.  And look at the

13:35:12 10   videos.  All the other buildings around there, when they get

11   to 2nd, right at the corner of the library, they don't point

12   at the library, they don't point at the mail room, they don't

13   point up Main Street.  They turn to park and supposedly that's

14   significant because it's the only underground structure

13:35:34 15   anywhere in the area.  That there's cars driving in and out of

16   it.  That's got to be the same as the bomber that talks about

17   parking in that garage.

18         And look at how they behave when they get in there.

19   They're terrified of the low clearance.  She's driving a truck

13:35:56 20   in the six-foot-six clearance.  If they had been there before,

21   you think they would have -- as obviously uncomfortable as

22   they were, they would have told her to drive in there knowing

23   it was such a close, low clearance?  It doesn't make sense.

24         Government's opening, ladies and gentlemen.  The

13:36:38 25   government's opening, and I quote, reads as follows.  "You

13:36:42  1    will hear that agents had two, among others, roles when they

2    were doing these investigations.  First was to tape record

3    these incidents so that, for the purposes perhaps of today,

4    you would not have to rely on someone's memory of what

13:36:55  5    happened back then; that you could actually see it and hear it

6    yourself; see how the defendant made the statements; see what

7    he said exactly, so that it would be recorded for you.  And

8    that is what we will present.  Not the memory of what happened

9    but the actual videotapes and discussions of what happened."

13:37:15  10         Then, ladies and gentlemen, the government went on to

11    say another false accusation according to their own evidence.

12    The government went on to say the phosphorus comment made by

13    Daniel Mahon was in response to a child molester ruse.

14         Well, ladies and gentlemen, when did they tell you

13:37:34  15    that this child molester ruse was introduced?  February 1st,

16    2005.  When did Daniel Mahon supposedly make this unrecorded

17    statement?  January 29th, 2005.  Explain to me how that is in

18    response to a child molester ruse that wasn't introduced for

19    several days later.  False accusation.

13:38:02  20         Let's talk about that comment.  Agents were confusing

21    the Mahons.  25th, 27th, and the 29th of January 2005 by Agent

22    Bettendorf's own admission, and he said he was in there with

23    Chris Livingston and another agent, that's why he had on the

24    top of his notes "Bettendorf/Livingston."  Well, who else

13:38:28  25    confused them?  Agent Livingston.  Agent Livingston was there

13:38:33  1    at the hotel May 1st, 2007, two and a half years later, face

2    to face.  And he went through 14, a list of 14 items Tristan

3    Moreland said he had to correct two years later because even

4    face to face Agent Livingston couldn't get them right.

13:39:02  5         They didn't have a redundant system.  Why not?

6    Agents told you that 180-minute tapes, they knew they were

7    going to run out.  How easy is it to put a recording device in

8    that cover trailer?  Put it in there.  Agents could switch it

9    out often, put in new tapes, don't even have to bother anybody

13:39:23 10    inside the trailer.  Piece of cake.  Didn't to that.  No

11    explanation, just didn't do that.

12         So they are asking you to rely on memories, aren't

13    they, for that comment.  And whose memory are they asking you

14    to rely on?  Well, I guess you have to decide who of the

13:39:49 15    government witnesses you want to believe as to whether or not

16    Daniel Mahon made any comment about phosphorus in a tank.

17         First of all, Agent Bettendorf, who confused the

18    Mahons that very same day.  Agent Bettendorf says he took

19    notes.  And notes that we talked about:  "S2 talks about using

13:40:22 20    phosphorus compound in a condom to blow up gas tank not

21    traceable."  And then that was supposedly on January 29th,

22    2005.

23         So here we are how many years later?  Seven years

24    later.  And what does that turn into?  His testimony, and I

13:40:40 25    quote, "He described using a phosphorus compound and placing

13:40:44  1    that inside of a condom and then placing that in a gas tank of

2    a vehicle.  The gas would then eat through the condom and when

3    the gasoline hit the phosphorus compound it would ignite and

4    blow up the gas tank and that was not traceable."

13:40:59  5         I submit that that is at least an exaggeration.  No

6    mention about a car.  No mention about it igniting.

7         Who else do you believe?  Who's next?  Agent

8    Moreland?  What did he say on rebuttal?  It wasn't in the case

9    in chief.  It wasn't the first time he testified or the first

13:41:29  10    two or three times he testified, it was in the rebuttal case.

11    And he said, "Yeah, I heard it from the hotel, I heard the

12    phosphorus.  In fact, I'm so sure I heard it I researched it

13    for four or five hours."

14         Why?  He's an explosives expert supposedly.  Why is

13:41:48  15    he researching phosphorus in a gas tank?  To see if it works?

16    If it would have worked, they would have told you.  They would

17    have told you that.  That would be significant, wouldn't it,

18    ladies and gentlemen?

19         Apparently Agent Moreland thought he hadn't talked

13:42:08  20    about this already.  Well, he had.  If you recall, on my

21    cross-examination of him first time around do you remember me

22    asking him several questions about a movie, Apollo 13, and how

23    only one night in Catoosa, only once in Catoosa did Agent

24    Kaufman, the informant, and Daniel Mahon, without Dennis

13:42:32  25    Mahon, watch a movie.  That movie was Apollo 13.

13:42:41  1          Agent Bettendorf did write a report about that.  If

2     you recall, I asked him if he recalls a night where they

3     watched the movie Apollo 13.  And what did he put in his

4     report?  "Tape ran out sometime during the movie.  Afterwards,

13:43:02  5     Dan went home."

6          And now, seven years later, only on rebuttal, now he

7     says he heard it.  Not in his report.  The only night they

8     watched a movie, those three alone watched a commercial movie,

9     Apollo 13.  Even remember the name of it.  Nothing happened.

13:43:32 10          If he had heard Daniel Mahon make a comment like

11     that, he would have put it in his report.

12          What did the informant say?  Choosing among

13     government witnesses, what did the informant say?  "Did Daniel

14     Mahon ever tell you how to blow up a car?  No."

13:43:52 15          Agents Bettendorf and Moreland weren't even in that

16     trailer, but who else was in that trailer?  Who else had

17     first-hand knowledge to hear any such statements?  Other than

18     the informant, that is, of course, who already told you it

19     didn't happen.  Agent Kaufman.  She's in the videos; she's

13:44:12 20     there at the scene.  If she had heard that statement, she

21     would have come in here and told you she heard that statement.

22          She did not.

23          Or maybe she just doesn't feel like coming in and

24     lying to make the facts comport to some theory of the case.

13:44:45 25          Then, ladies and gentlemen, talk about all the folks

13:44:47  1    there, all the ATF agents, all their combined experience,

2    investigative tools and techniques and experience, probably

3    100 years worth total.  This investigation went on for how

4    long after January 29th, 2005?  Four and a half more years.

13:45:05  5    Did anybody think to try to get Daniel Mahon to say that on

6    record?  To put it on tape, so that when the prosecutor stands

7    in front of you and says you don't have to take anybody's word

8    for this, you don't have to have anybody's memory to count on,

9    you have it on tape.  Put it on tape.  Send her back in.

13:45:24  10   You've got six months of a wiretap.  Get him to say it.

11   You've got body wires.  Get him to say it.

12         Didn't happen.  False accusation.

13         Talk about DNA and how my client, oh, by the way, has

14   been exonerated by DNA.  It wasn't him.  And how do we know he

13:45:50  15   and his brother did not make this bomb?  Tristan Moreland told

16   you.  Based on his training and experience, he swore under

17   oath in a sworn affidavit filed with the Court May 13th, 2008,

18   "Based on my training and experience and knowing from where in

19   the glue this fingerprint, in the dried up glue, on the

13:46:11  20   switch, I know from my training and experience and my personal

21   supervision of the crime scene and the collection of evidence

22   that only the bomb maker would have left DNA on that spot."

23         Under oath.

24         Oops.  Mahon came back excluded.

13:46:36  25         From that point on, ladies and gentlemen, you were

13:46:40  1    witness to some serious back pedaling.

2    They didn't make this bomb.  Now it's about

3    contamination and wearing gloves.

4    Really?  Daniel Mahon ever say anything to anybody

13:46:52  5    about wearing gloves?  What about my client?

6    And what about those DNA profiles, the partial

7    profile?  The partial profile is the one that can't be

8    excluded.  Mr. Moberley could not be excluded.

9    What about the full profile?  And what back pedaling

13:47:17  10   otherwise did they go into?  CODIS?  Oh, we can't run it

11   through CODIS.

12   We can't run it through CODIS why?  Because it's an

13   FBI-run operation?  Really?  You don't have any pull with the

14   FBI?  You couldn't pick up the phone and say, "Hey, we've only

13:47:31  15   got so many alleles on this full profile, run it"?

16   What else don't they tell you about CODIS?  They

17   mention it, try to gloss over it.  Oh, DNA's not very

18   important.  If it would have been positive, it would have been

19   important.

13:47:46  20   And CODIS is convicted offenders.  Convicted

21   offenders database.  How many of the City of Scottsdale

22   employees would you expect to find in CODIS?  And the fact

23   they can't run it through there?  That's only convicted

24   offenders, so what relevance is it, ladies and gentlemen?  We

13:48:04  25   know the Mahons didn't do it.

13:48:15  1          Nothing on the computers.  Not the word or name "Don

2      Logan."  Nothing on the computers of either of the Mahons,

3      either of the computers they have.

4          There's nothing at the farm.  They searched Daniel's

13:48:31  5      work space at Alaska Airline.  Nothing.  Nothing.  No

6      printers, no electrical wires.  They want you to say that --

7      they want you to believe that because Dan's an airline

8      mechanic and has this particularized knowledge -- then bring

9      me something from his work space.  If this is associated with

13:48:53 10      his work, if his skills from his work make him the person who

11      apparently put together this wiring, bring me something from

12      his work.  Show me.  Where is there soldering?  Where is there

13      soldering equipment?  Where is there anything that shows he

14      has anything to do with that if it's associated with his job?

13:49:11 15      Nothing.  Agent Moreland told you nothing.

16          These guys, not hiding.  They file a change of

17      address everywhere they go.  In one occasion, twice in one

18      month.

19          Ladies and gentlemen, we don't have to prove to you

13:49:27 20      who did this bombing.  That's the government's job.

21          They want you to believe this is about race.  It's

22      not about race.  It was never about race.  It still isn't

23      about race.  This is about the fact that City of Scottsdale

24      employees were made really unhappy by what started in 1998.

13:49:53 25      It's about the fact that Don Logan signed, as he told you,

13:49:57   1   every disciplinary action.

2       And, oh, by the way, you can't have cops

3   investigating cops.  You can't look at Scottsdale cops.

4   That's just bad form.

13:50:25   5       And who belongs -- who has mandatory enrollment in

6   the Arizona State Retirement System?  All City of Scottsdale

7   employees.  That address was right on the box.

8       We don't have to prove who did this.  That's the

9   government's job.  They've still not proven who harmed

13:50:50  10   Mr. Logan, Ms. Linyard, and Ms. Bell.  They have not proven

11   that.

12       What they failed to do is look at the link between

13   City of Scottsdale employees and this.

14       Agent Moreland ignored them and he wants you to

13:51:09  15   ignore them because they don't fit his theory.  Because that

16   would mean cops are involved.  That would mean someone

17   associated with City of Scottsdale was involved.  Even though

18   all the postal agents all testified that mail bombs are

19   personal and therefore, ladies and gentlemen, motive is

13:51:33  20   extremely important.

21       In the government's opening, they said you will hear

22   about the Scottsdale investigation not being productive.

23   Thirty suspects not eliminated?  Scottsdale Police Department

24   had keys, pass keys, to the library.

13:51:51  25       Chief Bartosh tells you about the NNZ, the no nigger

13:51:56  1    zone.  Not a fantasy of someone suing the City of Scottsdale.

2    But his investigation showed that there were Scottsdale police

3    officers who actually used that.  They wouldn't admit to using

4    it themselves, but they used that horrific term to talk about

13:52:14  5    certain areas of the city.  Someone suspicious?  Must be

6    someone black that comes from an NNZ.

7        What happened in 1998?  Mr. Logan came on as

8    diversity officer.  Chief Bartosh came on as chief.  Helen

9    Zavala came on.  Helen Zavala was hired.

13:52:43 10        What happened to the Scottsdale police and the

11    privilege they had been enjoying all these years?  You heard

12    Mr. Logan talk about the disparity between parks and rec

13    people violate a computer rule, Scottsdale cops violate a

14    computer rule.  Parks people get fired.  Scottsdale cops,

13:53:01 15    maybe a slap on the wrist.

16        That privilege disappears in 1998.

17        And on top of that, there's this at least perception

18    that Ms. Zavala got the job because she's a Hispanic woman.

19    Chief Bartosh told you that's why he gave her the job.  And

13:53:26 20    she was qualified, by the way.

21        But clearly, for example, Glen Olson had put in for

22    that job.  He didn't get it.

23        She told you that within six months she started

24    looking into the ID unit.  One year after she starts, her car

13:53:49 25    is swastikaed.  Her work car at her home, when she is not

13:53:55  1    there.  Who would know that?  Who would know that?  Wasn't the

2    Mahons, they weren't even here.

3        That happened to this woman because she was part of

4    ruffling some feathers.  Like putting on an event called White

13:54:22  5    Isn't Always Right, boycotted by the City of Scottsdale Police

6    Department.

7        Not only did Mr. Logan not tell you this was race or

8    about race, you heard Inspector Casadei say in January 2005 he

9    told Mr. Logan that they were looking at a race angle and he

13:54:43 10    asked him if he had any more information about that.  No.  Any

11    other feedback?  He said no.  He didn't volunteer it was about

12    race.

13        You heard about the postal service using the a

14    profiler looking at that note.  Someone with law enforcement

13:55:05 15    language.  Religious.  Master's degree.

16        You heard Ms. McMillan testify she and Olson

17    discussed religion on a regular basis.

18        Ladies and gentlemen, if you look at the Scottsdale

19    perspective of an inside job, it just make more sense at every

13:55:21 20    single turn.

21        The postal inspectors sent a profile of Steve

22    Anderson and Tom McMahon to the ATF agent working at FBI

23    working profiles.  Why didn't they follow up on that?  Why

24    didn't they follow up on that?  Inspector Curran left.  He

13:55:50 25    told you he left before they got feedback.  Nobody else cared.

13:55:54  1          You can assume, because they have not presented you

2     the report of that, that that would have either implicated the

3     persons or exculpated or relieved the Mahons, or you would

4     have seen that report.  That would have been followed up and

13:56:14  5     presented to you.

6          Mr. Anderson.  Mr. Logan said he wrote his

7     disciplinary letter in October of 2010.

8          He talked about a reverse discrimination suit

9     immediately after he got removed from that unit.  Things were

13:56:39  10    not going too well, according to Ms. Zavala, for him in that

11    lawsuit by the end of 2003.  In fact, she told you it was

12    either, I believe October or November in 2003 that this leak

13    to the media was released about her personal information and

14    that the inspectors told you that it was Anderson, Olson, and

13:57:00  15    McMahon as part of that internal investigation.

16         And what else did you hear about that?  That she

17    received -- Ms. Zavala received a reward, so did Mr. Logan, in

18    December of 2003, and she believed that that would have

19    angered the people involved with that.

13:57:23  20         Mr. Anderson was out $280,000 in attorneys' fees.  He

21    sued -- he deposed Logan.  He deposed Mr. Logan.  To say he

22    was not involved is just disingenuous to you, ladies and

23    gentlemen.  And when did Mr. Anderson leave the he City of

24    Glendale?  2007.  Same time, same year, Mr. Logan went to work

13:57:53  25    for the City of Glendale.  His polygraph was invalid.  There

1   was no retesting.

2        What did the prior chief, Scottsdale chief, tell you?

3   That Mr. Logan was one of the principal investigators into

4   this Anderson, Wycoff, Gutierrez investigation.  And he

5   thought of Anderson immediately because he was strange and he

6   was angry at Don in particular.  And he also considered his

7   know-how on how to hide things and evidence given his forensic

8   experience.

9        They didn't tell you they used a canine or a vacuum

10   at Mr. Anderson's residence.  How many months later?  Would he

11   have had time to remove any remnants of evidence from his

12   home?  Of course.  And he didn't tell you he didn't bomb

13   Mr. Logan.  Not even on the stand.

14        Ms. Zavala.  She says she was too obvious a target.

15   She said that Anderson and Wycoff alleged racial

16   disparity and there may have been a perception Mr. Logan

17   protected her.  Did she seem to you to be lying to you?

18   Assistant chief of police?

19        How about Ms. Wycoff.  What do we know about

20   Ms. Wycoff?  We know that Ms. Wycoff lied to you.  She talked

21   about how often she talked to Anderson and Olson.  Apparently

22   she doesn't know we have copies of the pen and trap that was

23   carried on on her personal home phone, Anderson's home phone,

24   Olson's home phone for months starting in July of 2004.  They

25   spoke every single day.

13:59:50   1          The government says to you that's normal.  That's

           2   normal friendship conversation.  Really?  Do all of you go

           3   home from work and talk to your friends from work, your

           4   coworkers, every single day from your home?  Every single day?

14:00:05   5          They failed to mention there's also an interrogation

           6   and investigation going on and these people are being

           7   questioned by the postal inspectors about the Scottsdale bomb.

           8   That's why they're talking every day.  Not because they --

           9   this has some normal conversation.

14:00:25  10          And what did Connie Wycoff tell her boss about Helen

          11   Zavala?  Well, if she hadn't split up that unit, that

          12   information would not have been leaked.  She gets up on the

          13   stand and says this other woman, Gutierrez, was trying to get

          14   us all fired.  How many years?  That's 12 years ago.  12 years

14:00:43  15   ago.  You saw her demeanor on the stand.  She still resents

          16   it.

          17          Mr. Olson applied for Ms. Zavala's job.  He was

          18   suspended February 25th, 2004.  I'm sure that's just a

          19   coincidence.

14:01:05  20          Mr. Logan signed all disciplinary actions, presumably

          21   also signed that suspension.  I'm sure that's just a

          22   coincidence.

          23          The pen and trap shows that Mr. Olson, once he was

          24   interviewed, spoke immediately that evening to the other two

14:01:24  25   individuals on the pen and trap.  Just coincidence?  And the

14:01:28  1    pen and trap from December 2005 when they went back to talk to

       2    Mr. Olson, what did it show?  Who did he call for a half hour?

       3    Steve Anderson at his job in City of Glendale.  I'm sure

       4    that's just a coincidence.  And where is Mr. Olson?

14:01:52  5        What Inspector Casadei told you is the Scottsdale

       6    library thing, and it just doesn't make any sense unless

       7    you're talking about somebody who has an intimate knowledge

       8    and familiarity with the interoffice mail.

       9        The government, going back to these calls, ladies and

14:02:15 10    gentlemen, the government said in their opening close that

      11    they thought it was significant that on the morning of

      12    February 21st, 2004, supposedly Dennis Mahon talked to Robert

      13    Joos for a long period of time, extended period of time.  How

      14    is that any more relevant than when inspectors go to talk to

14:02:38 15    these people and interrogate them about the Scottsdale bomb

      16    they talk to each other every night from home for months?

      17        Someone had to have known Mr. Logan was invited to

      18    the Authors and Appetizers.  Someone had to have known that

      19    that box would make it to Mr. Logan, that they would recognize

14:02:58 20    his name and deliver it to him.

      21        Did Ms. Morrison seem at all confused to you when she

      22    testified about that box being there before the library even

      23    opened, that it had to have been there from the night before?

      24    Oh, I don't know, while my client was working.

14:03:18 25        The loading dock was opened that that night, there

was no security on the loading dock.

It was by invitation or ticket only.

If this was racial -- you saw that video.  If this was racial, why would you send it to a library and leave it in a library full of white people?

Who had motive?  Insiders had motive.  There was no other explanation for any of this, ladies and gentlemen. That's the only thing that makes sense.

I would also like to talk to you about what I call tunnel vision and the dangerousness of that.  It's when an investigator has the kind of tunnel vision that Mr. Moreland had.

When you look at somebody and target somebody to the exclusion of all others, despite everyone else's attempt to say, hey, wait a minute, like Inspector Casadei, we need to eliminate these other people.  Especially when you have the DNA profile of the person who made that bomb and you have the means of identifying that individual and you ignore that kind of evidence.  That, ladies and gentlemen, is dangerous.  That is dangerous.

What about the mailings from the informant he supposedly made.  Did they ask Dennis Mahon to mail the particular things he mailed?  Wouldn't that be relevant to you?

He says that photo lineups are unprofessional.  Gee,

14:05:10  1    if any of the suspects had been seen that night at the Authors

2    and Appetizers, wouldn't you want to know that?

3         If he tells you that the bombing was clearly a

4    great -- the result of a great deal of time and precision, why

14:05:32  5    would the label be a mistake?  Why would a bomber be that

6    detailed in the construction of a package, get the return

7    address right, but get the mailing address wrong?

8         Pick up the phone.  Call 411.  Pick up a phone book.

9    Get the correct address.

14:05:54 10        Why do they want you to think it's a mistake?

11   Because that points to an insider who knows it's going to get

12   to Don Logan through the mail.  Through the interoffice mail.

13        Agent Moreland tells you, oh, no, that Uline box

14   found in the mail room, it wasn't the same serial number as

14:06:16 15   the box used in the bomb.  So what?  Where is that Uline

16   catalog?  How come we don't have the Uline catalog?

17        Because you don't have the Uline catalog, ladies and

18   gentlemen, can you infer that that box could have been ordered

19   out of that catalog and that that precise part number was in

14:06:39 20   that catalog.

21        Contrast Agent Moreland's conduct with that of

22   Inspector Casadei.  Did he have a motive to lie?  Did he seem

23   unprofessional to you?

24        He didn't tell you, oh, they should have never looked

14:06:52 25   at the Mahons.  He told you, "I'm not saying they shouldn't

14:06:55  1    have done that, I'm saying you need to look at this inside job

        2    and exclude these people.  Finish this investigation."

        3             Prosecutor says, well, he didn't find a link -- he

        4    didn't find a link.  Well, because he retired.  He told you he

14:07:16  5    wanted to finish that job.

        6             You don't eliminate suspects by putting them on the

        7    stand and saying "I didn't have a grudge against Don Logan."

        8    You run the tests.  You run the DNA.  You run these 30

        9    suspects through DNA.  You get their DNA.  How easy is it?

14:07:34 10    You go in, they're working for the City of Scottsdale, "Give

       11    us your DNA.  We want to find out who this person is."

       12             He asked you the exact kinds of questions that make

       13    the inside job more logical.

       14             There are other -- if this wasn't personal and this

14:08:07 15    was about race, there are other more obvious local black

       16    leaders:  NAACP, Mr. Tillman, Mr. Cody Williams.  If it's

       17    about race, why not bomb the diversity office itself and not

       18    send it to Logan?

       19             This September 2003 phone call doesn't even mention

14:08:28 20    Don Logan.  Any kid can make a bomb.

       21             What made it unique to him was not just the note but

       22    that it was placed at the library.  Someone could easily get

       23    the correct address.  How would the Mahons have known that if

       24    it was placed at the library, anywhere else, that it would get

14:08:53 25    to Mr. Logan?  How would they know?

14:08:57  1          Okay, it was placed at the library.  How would they

2  know it would get to Don Logan?  How would they know that?

3          They wouldn't.  It doesn't make any sense.

4          Ladies and gentlemen, this is a quote from then

14:09:21  5  Attorney General Robert H. Jackson, who then was on the

6  Supreme Court:  The most dangerous power of a prosecutor is

7  that he will pick people that he thinks he should get rather

8  than pick cases that need to be prosecuted.  With the law

9  books filled with a great assortment of crimes, a prosecutor

14:09:40 10  stands a fair chance of finding at least a technical violation

11  of some act on the part of almost anyone.

12          "In such a case, it is not a question of discovering

13  the commission of a crime and then looking for the man who has

14  committed it, it is a question of picking the man and then

14:09:54 15  searching the law books or putting investigators to work to

16  pin some offense on him.  It is in this realm in which the

17  prosecutor picks some person whom he dislikes or desires to

18  embarrass or selects some group of unpopular persons and then

19  looks for an offense that the greatest danger of abuse of

14:10:15 20  prosecuting power lies.

21          "It is here that law enforcement becomes personal and

22  the real crime becomes that of being unpopular with the

23  predominant or governing group."

24          That's exactly what you have here.  They can't --

14:10:34 25  they can't look at cops so they look at an easy target.

14:10:39   1          Where's the agreement?  Where is the agreement that

2    Daniel Mahon agreed with anyone to do anything?  Where's an

3    agreement on the part of Daniel Mahon to blow up a building?

4    Where is it?  With anyone?

14:10:58   5          On behalf of WAR, where's the evidence he was ever a

6    member or ever associated with WAR?  Or said the word WAR?

7    Where is it?

8          It doesn't exist.

9          The government has to prove it's on behalf of WAR.

14:11:17  10    They have to prove that it was an agreement to commit the

11    crime of bombing buildings.

12          There is not even a link between Daniel Mahon and

13    Robert Joos, between Daniel Mahon and Tom Metzger.  Not even a

14    phone call.

14:11:37  15          Isn't the government asking you to do the exact

16    opposite of what diversity stands for?  Aren't they hoping you

17    will hate the Mahons and what they stand for so much that

18    you'll pin any crime on them even when the evidence doesn't

19    support it?

14:11:55  20          Isn't diversity about tolerance?  Aren't they asking

21    you to ignore tolerance and be in fact intolerant of views you

22    disagree with, you may even despise, find offensive?  Aren't

23    they asking you to be intolerant of exactly the kinds of

24    things that Mr. Logan and his practice of accepting others,

14:12:17  25    isn't that what they're doing?

14:12:19  1          We told you they were going to make you hate.  What's

2    the first piece of evidence they put on, ladies and gentlemen?

3    It's the Nat Geo tape.  It's not about bombing buildings on

4    behalf of WAR.  It's about getting you to hate Dennis Mahon so

14:12:36  5    much that anything they put in front of you after that, you're

6    going to convict him.

7          Except that their indictment is very specific.  You

8    don't like my client's political views?  It doesn't matter.

9    That's not why you're here.  You're here to figure out and to

14:12:56 10    tell the government yea or nay, did Daniel Mahon agree with

11    anyone to bomb buildings on behalf of WAR to promote racial

12    discord?

13          Where's the evidence?

14          It doesn't exist.

14:13:18 15          The judge is going to tell you that one becomes a

16    member of a conspiracy by willfully participating in the

17    unlawful plan with the intent to advance or further some

18    object or purpose of the conspiracy.  One who willfully joins

19    an existing conspiracy is responsible for it's origuners --

14:13:37 20    originators, excuse me.  On the other hand, one who has no

21    knowledge of a conspiracy but happens to act in a way which

22    furthers some object of the conspiracy does not thereby become

23    a conspirator.

24          Similarly, a person does not become a conspirator

14:13:54 25    merely by associating with one or more persons who are

conspirators, nor merely by knowing a conspiracy exists.

Where is Daniel Mahon in this conspiracy?  He's not involved.

What did Dennis Mahon tell the informant in January of 2009?  "When the shit comes down, when Tom and I are arrested."  He doesn't mention Robert Joos, and he certainly doesn't mention Daniel Mahon.

There is no conspiracy that involves my client at all, let alone the conspiracy that is specifically alleged in this complaint, which the government is bound by.  Their words; their choice.  They have to prove it beyond a reasonable doubt, and they have simply not.  It is not there.

They've lied to you.  They have told you Daniel Mahon did things their own evidence shows you he did not.

Let this man go back to caring for his parents.  Find him not guilty because, ladies and gentlemen, he is not guilty.

Thank you.

THE COURT:  All right thank you, Ms. Hull.

Members of the jury, we're going to take our break now and we'll come back and do rebuttal and instructions. Please remember not to discuss the case yet.  We'll excuse you at this time.

(The jury exited the courtroom.)

THE COURT:  Thank you.  Please be seated.

14:15:54   1           Mr. Boyle, what do you think you need in way of time

           2   on your rebuttal?

           3           MR. BOYLE:  45 minutes.

           4           THE COURT:  Okay.  All right, we'll see you in 15

14:16:02   5   minutes.

           6           MR. BOYLE:  Judge I have one thing.  I didn't want to

           7   interrupt, but at end of it, when we're done with all this

           8   process, I want to note our objections to two items that were

           9   placed there.  I didn't want to waive them, but I didn't want

14:16:12  10   to interrupt.

          11           They were comments about calling the prosecutors

          12   liars, quote, saying that's exactly what we have here.  Those

          13   two I don't think are appropriate.  We have an issue about

          14   Steve Anderson and DNA.  Again, we don't need to address this

14:16:24  15   right now, but I do think there are issues with calling the

          16   prosecutors liars in court.

          17           THE COURT:  All right.  That's on the record.

          18           MR. BOYLE:  Can we address it later?

          19           THE COURT:  Yes.

14:16:35  20           MR. BOYLE:  Thank you.

          21           THE COURT:  All right.

          22           (Recess taken from 2:16 to 2:34.  Proceedings resumed

          23   in open court with the jury present.)

          24           THE COURT:  Thank you.  Please be seated.

14:35:07  25           You may proceed, Mr. Boyle.

14:35:10   1          MR. BOYLE:  Thank you.

           2          There was a lot of name calling.  My goal here is to

           3   actually stick to the evidence, try to piece the threads of

           4   evidence that you have and put them together for you so you

14:35:19   5   can go from step 1, 2, and 3.  But there are a couple things I

           6   want to clear up before I begin that.  And the first is some

           7   of the legal instructions you'll be given.

           8          The first one was a lot of discussion here about the

           9   indictment and we're bound by the indictment.

14:35:33  10          Your instructions tell you the indictment is not

          11   evidence.  That will be Jury Instruction Number 2.  Your duty

          12   at this point is to follow the law in the closing

          13   instructions, and it tells you your job as jurors.  So if you

          14   follow the final instructions by the Court, the law you are to

14:35:49  15   use when you deliberate, you will see it says the indictment

          16   is not evidence.  What is evidence is what comes in from the

          17   witness stand and the exhibits that you can consider as

          18   evidence.

          19          Another suggestion that was made is if there is

14:36:07  20   evidence out there that didn't come in, you can assume it was

          21   bad.

          22          You won't see that anywhere in your final

          23   instructions.  The evidence -- the instruction in Number 6

          24   tells you what you're to consider is what comes in from the

14:36:18  25   witness stand and the exhibits, again.

14:36:20    1        So don't let any party, either side, tell you if it

          2    didn't come in you should assume it was bad for one side or

          3    the other because that's not what your instructions tell you.

          4        Let's start with the Scottsdale bombing incident.

14:36:35    5    And I'd like to start and begin with when we do this, talk

          6    about Scottsdale bombing.

          7        You heard a general theme of the defense case here

          8    was, well, listen, Dennis just brags and he talks a lot and he

          9    doesn't really means what he says; he drinks sometimes.

14:36:56   10    There's a fundamental problem with that argument, and that's

         11    what I've described here.

         12        If that's true, why is he whispering on February 5th

         13    when he's teaching her to make a cardboard box bomb?  Why is

         14    he looking for overhead planes when they're driving around?

14:37:12   15    Why does he tell her don't talk about anything illegal on the

         16    phone?  Or encourage her not to describe what she did but

         17    merely send newspaper clippings of her actions?  Why does he

         18    call his friend, Dennis Mahon call his friend, Mr. Kountze,

         19    and say, "Hey, she's doing really good stuff down there, send

14:37:28   20    her some money"?  Why would he have her go to Mr. Joos to

         21    learn how to blow things up if he didn't mean it?  Why would

         22    he give her instructions on wearing gloves and any number of

         23    other pieces of evidence you have?

         24        When the defense tells you it's just talking, well,

14:37:44   25    it is talking, but it's more than talk, and we'll address

14:37:46  1    that.  But there is sincerity behind the words because you can

2    see from his conduct and how he behaves that it isn't just

3    talk, that it has a reason.

4         Let's talk about Catoosa.  This will be the first

14:38:05  5    part of what I discuss with you.  The overall is he describes

6    on February 2nd that he had a bomb that worked.  I'll play you

7    the clip where he said "I spent hours on it."  He does not say

8    Scottsdale police spent hours on it, he says "I spent hours on

9    it."

14:38:18  10    He describes a 1-by-5-inch pipe bomb which amazingly,

11    you may decide, hasn't been discussed at all by the defense in

12    their argument, which we brought up in our opening statement

13    and said to you Dennis Mahon knew how the bomb was made.  A

14    critical piece of information that, 11 months after the

14:38:37  15    bombing, who knows how the bomb was made?  And not just that

16    it was a pipe bomb.  A pipe bomb was not released to the

17    public.  He describes the exact dimensions of the pipe bomb.

18         You heard from Agent Moreland there are hundreds of

19    different ways to make a pipe bomb.  Dennis Mahon --

14:38:54  20         MS. HULL:  Objection.  Outside the scope, Judge.

21         THE COURT:  Overruled.

22         MR. BOYLE:  -- describes not only that it's a pipe

23    bomb, but the exact dimensions, the exact dimensions of the

24    pipe bomb.

14:39:03  25         And then finally, on the 5th he teaches her the same

14:39:06  1    bomb.  And that's important because if you look at the tapes

2    from the 1st and 2nd, he's teaching her an envelope bomb that

3    weighs less than a pound.

4         If you watch the tapes, you'll see they're talking

14:39:16  5    about mailing and stamps.  You've heard some of those calls.

6    He discusses whether you have to go to the counter.  That's an

7    envelope bomb.  That's different than the cardboard box bomb

8    that I'll play for you, and you will see some of the words and

9    perhaps hear them now that maybe you didn't hear before that

14:39:33 10    will show you there's a lot more in this recording than you

11    might have perceived initially.

12         Remember, again, any of the transcripts that you've

13    heard or any of these arguments that are presented to you are

14    just our argument to you.  You are the sole deciders of what's

14:39:47 15    on these tapes.  But it may be that when you see some of these

16    words and you hear the statements, you will find pieces of

17    evidence you didn't see before.

18         So this is February 2nd.  This is Dennis Mahon

19    discussing.

14:40:07 20              (Video played.)

21         MR. BOYLE:  The description, again, that you just

22    heard, he's talking about an envelope bomb.

23              (Video played.)

24         MR. BOYLE:  This is a small point, but the bomb that

14:41:27 25    was made was purchased -- all of the pieces were generic.

14:41:31  1    There is a shred of evidence there for you to consider which

2    is when Dennis Mahon says buy all these parts from other

3    locations, that is consistent with the Logan bomb.  No

4    specific piece from that bomb could be traced.

14:41:48  5             This is a recording you've heard.

6             (Video played.)

7             MR. BOYLE:  I would remind you as well, you will not

8    have transcripts when you go back.  You've heard a lot of

9    these recordings with transcripts, but when you go back to the

14:42:38 10   jury room, because your memory and the videotapes control, you

11   won't have the transcripts you had during the trial.  So if

12   there are recordings here, you can see some of the time

13   stamps, you may want to write those down so you can go back to

14   them at a later time.

14:42:51 15            (Video played.)

16            MR. BOYLE:  I'm going to stop that because it seems

17   pretty clear this idea of cops going on the Internet, somehow

18   finding Dennis Mahon, going to him and asking him about how to

19   make a bomb and then him actually deciding, even though he's

14:43:33 20   paranoid of helicopters and recordings, somehow telling police

21   officers how to make a bomb, is so absolutely incredible that

22   it hasn't been put forward to you as a real story, but what it

23   does is it does uncover a part of the story that Mr. Morrissey

24   told you, which is the police being Dennis Mahon's alterego.

14:44:03 25            You've heard questions about this bomb not being

14:44:05  1    personal.  You will see, not only from this recording but

       2    others, that this was very personal to Dennis Mahon.  And I

       3    think you've seen evidence from joining WAR in the '90s to a

       4    videotape where he talks about being a terrorist to the

14:44:18  5    manuals that he has in his house to the manual on urban

       6    guerrilla warfare that he bought in 2003 to his teachings to

       7    his statements that this is a very personal thing to Dennis

       8    Mahon.  WAR and its beliefs and Tom Metzger, they're as

       9    personal to him as they could be.

14:44:38 10            (Video played.)

      11            MR. BOYLE:  Did you see him there using his hands

      12    describing a 5 inch by 1 inch.  Again, he has knowledge of how

      13    the bomb was made.  Only the bomber would know that.  This is

      14    within 11 months.

14:45:21 15            There's no one piece of evidence in this case that

      16    will convince you, maybe, that Dennis Mahon is the bomber.

      17    But there are so many pieces of evidence that, when you put

      18    them together, you cannot escape the conclusion based on the

      19    evidence before you that he is the person who mailed the bomb.

14:45:37 20    And this is one of those compelling pieces.  Knowing exactly

      21    how the bomb was made is something only the person who bombed

      22    Don Logan would know.

      23            You've heard the testimony from Agent Moreland, Agent

      24    Bettendorf and even the defense expert, Mr. Hanson, all

14:45:57 25    agreeing the mockup was correct.  And put this slide up here

14:46:00  1  about the bomb dimensions for you just to illustrate the point

2  that this pipe nipple was about four and a quarter, four and a

3  half inches long.  When you put the end caps on there, it ends

4  up being 1-inch-by-5-inch pipe bomb.  And that will be back

14:46:16  5  there for you.  You won't have to consider just the statements

6  of the witnesses but you also have the photograph of the

7  remnant and the mockup which everyone agrees to showing you it

8  is in fact a 1-inch-by-5-inch pipe bomb.

9          Here's where we get to pieces of evidence that may

14:46:30  10  not have been so clear at the beginning just by the fact we're

11  playing tapes, and hours and hours for you during trial.  But

12  when you go to these specific references, you see a couple

13  things.

14          (Video played.)

14:46:56  15          MR. BOYLE:  Contact, battery, electric match.  That

16  ends up being important because it is the firing train for the

17  Logan bomb, and also not the firing train for the Revlon bomb

18  in 2000.  You heard Agent Moreland tell you the bombs were not

19  similar because the Revlon bomb had an arming switch.  There's

14:47:15  20  no discussion about an arming switch here.

21          Aside from the testimony of Agent Moreland they're

22  absolutely different, you hear Dennis Mahon describe the

23  firing train for the Logan bomb.

24          And then we get back to this point again.  Why is he

14:47:28  25  whispering?  Because he is teaching her how to make a bomb.

14:47:32   1    He is basically teaching her how to send a bomb to a person so

2    that person can be murdered.

3              Here's another small piece of evidence.

4              (Video played.)

14:48:23   5              MR. BOYLE:  Ask yourself if you just heard him

6    describe where to put the switch.  Where to put the switch on

7    this cardboard box bomb so that before he sees it he flips

8    this up, describing the lid at that point, and then what

9    happens?  Contact, 9-volt battery, boom.  The same thing you

14:48:46  10    have here.

11             He placed the switch in the same place as Exhibit 69,

12    and he's described if you conceal it in the right place, it

13    will be effective because the person who's opening the package

14    won't see it and the bomb will go off.

14:48:58  15             That's exactly what happened.

16             And he describes the battery that should be used.

17             Defense attorney brought up Mr. Pappas.  Fine.

18    Mr. Pappas, he dug a hole in his backyard so he could kill

19    himself.  He dug the hole so no one else would be hurt when he

14:49:13  20    committed suicide.  And what did he do?  He lit a fuse to kill

21    himself by a pipe bomb.  He didn't use a 9-volt battery, he

22    lit a fuse I think on a 2-inch pipe, you have to recall in

23    your memory on that, to kill himself so no one else would be

24    hurt.  That's it.

14:49:30  25             No connection to Don Logan; no evidence whatsoever.

He had a 9-volt battery in his house, but it didn't even match the Logan bomb.

But the point is, you can say Mr. Pappas and you can say pipe bomb, but that's all you have.  And there's no similarity whatsoever.

When you look at Dennis Mahon and he describes the contact and then the type of battery to use, you again see a connection between the Logan bomb.

The shrinkwrap.  You've seen these photographs. Again, the suggestion, oh, anyone could build this bomb.  No. You have to have some expertise in some areas to put this together.

And remember the testimony from Agent Moreland that this was a very dangerous bomb to build because once you connect the battery, that thing is live.  If you haven't done a good job, it will blow you up because it had no arming switch.

And so one of the pieces that shows you technical proficiency was the shrinkwrapped wiring.  It's not one of those little hex nuts you put to wires and screw together. It's not taped together.  Someone with electrical expertise put this together.  Again, another piece connecting the Mahons in this case.  An important piece of evidence that shows you electrical proficiency.

The multimeter.  This comes back again to the Logan

14:50:52   1    bomb.  Which is this bomb needed to be assembled correctly

           2    because you had to make the bomb, do the lid, and then turn it

           3    over, connect the battery, and then seal the bottom.  That's

           4    the only way to do this.

14:51:04   5          The only way to make this bomb safe so you don't get

           6    blown up is that after you put the switch and close the lid on

           7    the top and flipped it over is to then check to see if that

           8    switch has made sure the circuit wasn't complete.  And you use

           9    a multimeter.  You use that on the wire.  And then before you

14:51:22  10    connect the battery, you're sure, okay, there's no circuit

          11    here that's connected all the way through.

          12          So you hear that Dennis Mahon described the exact

          13    tool he would use in the Logan bomb, again, without an arming

          14    switch, so you had to use something like this if you were

14:51:39  15    going to make the Logan bomb.

          16          (Video played.)

          17          MR. BOYLE:  You've heard about the will.  It's been

          18    described here for you.  Basically, Daniel Mahon gets the

          19    money; Tom Metzger gets $5,000; he wants to be buried next to

14:52:24  20    Robert Matthews.

          21          All right, it's a will.  Well, let's talk about some

          22    things that are different about this will.

          23          The end of the will isn't a will.  Look what he's

          24    written.  He talks about why he fought his fight, the need for

14:52:38  25    a violent fight, the memory of Bob Matthews and Tim McVeigh.

14:52:44  1   This isn't a what you put in your will you're sending to your

2   dad so when you die what you have is split up.  This is what

3   you send when you're planning something.  When you, on the

4   13th of February, realize that if you're going to assemble and

14:52:59  5   put a battery clip on a live bomb and you might die and you

6   are making sure that this is sent out so that if you get

7   caught -- Dennis Mahon didn't want to get caught, but he knew

8   that he could get caught.  And if he did get caught, he wanted

9   to make sure people would see his will.

14:53:19 10   Tim McVeigh is obviously a reference to bombing.

11   Robert Matthews, going down shooting.

12   Dennis Mahon was thinking of these things when he

13   wrote this will he week this bomb was made.  Why?  It's not a

14   coincidence.  The timing and his own words tell you that he's

14:53:36 15   thinking they'll come to him and when people see his will

16   they'll know what Dennis Mahon stood for.

17   He wrote the will and had people sign it the very

18   same day.  Now, that may not be that unusual, but it is

19   somewhat unusual.  You may find that there was something

14:53:51 20   significant about him writing it up that day and having people

21   sign it that day to make sure it was complete on the same day.

22   What was the urgency?  There was an immediacy to his

23   actions on the will, and that is the Scottsdale bombing.

24   You heard about the letter.  This thing was sent

14:54:14 25   certified mail.  If Dennis Mahon isn't dying in the next week

14:54:17  1    or two, perhaps, then he doesn't need to send it certified, he

       2    can just mail it to his dad.  And if it doesn't arrive, he can

       3    make another one.  He doesn't need to send it certified mail

       4    unless he wants to be sure it gets to where it's going.

14:54:32  5         Dan lives with him.  If he's going to write a will,

       6    he can just say "Dan, here's my will.  You get everything

       7    except Tom Metzger gets 5,000."  There is no reason to mail

       8    it.  The reason you send a certified letter with your will is

       9    because something is going to happen.

14:54:48 10         Connection between the phone call and the will.

      11    There is a very clear connection.  On the 26th of September,

      12    Dennis Mahon calls Logan's office.  The White Aryan

      13    Resistance, you may find, is a group that engages in

      14    terrorism; that they believe in terrorism.

14:55:04 15         You can ask yourself, was this forecasting?  Was this

      16    sending a message?  He didn't want to get caught, but if he

      17    was going to get caught he wanted to make sure people knew

      18    what he stood for.

      19         That's the reason you write the will that week.  You

14:55:19 20    have forecasted what you have done.  If they put the pieces

      21    together and they come for you, you're going to go down,

      22    you're going to go down shooting and you're going to want to

      23    make sure everyone knew what you stood for.

      24         Was he prepared to die for what he said?  This is the

14:55:34 25    tape from Rockford.

14:55:37  1          (Video played.)

2          MR. BOYLE:  You'll notice in that call two things:

3     One is he describes what's worth going down for and what's not

4     worth going around for.  And you also see him looking around

14:56:07  5     for recording devices.

6          KARE TV.

7          (Video played.)

8          MR. BOYLE:  There were things Dennis Mahon was

9     prepared to die for.

14:56:25 10          Phone calls.  By themselves you can't really tell

11     exactly what's happening with these phone calls.  That's

12     agreed.  You don't know what people are talking about.  But if

13     you have other evidence, if you have connections between

14     people and you have evidence of knowledge of the bomb and how

14:56:41 15     it was made and other pieces of evidence from the videotapes,

16     then you can say, all right, what else do we have?  And you

17     can see in this call that Dennis Mahon was in contact with the

18     phone number used by Tom Metzger on the White Aryan Resistance

19     newspaper.

14:56:55 20          These are the exhibits.  215 is the list that shows

21     you the toll calls, and you will see that down at the left

22     I've used the article that shows the White Aryan Resistance

23     that was sent to the informant and the WAR Metzger phone

24     number is put on there.

14:57:12 25          You have heard about the connections to Robert Joos

14:57:15  1    and the phone call made, but you see again there are phone

2    calls between Dennis Mahon and Tom Metzger surrounding the

3    bombing.

4         You heard a discussion here about the drive.

14:57:28  5    Ms. Hull talked to you about what was said at a corner.  Now,

6    this is another one where you have to decide what's on the

7    tape because no one can tell you.  And you may find that once

8    you hear Daniel Mahon, you cannot unhear what he says.  And

9    here it is.  Watch his hands.  You will see Daniel Mahon put

14:57:47 10    his hands over his face and turn to Dennis and whisper.  And

11    ask yourself if you see "Logan's from," and he points.  Now,

12    no one can tell you what building, but when you hear "Logan's

13    from" and you can see the complex he's pointing to, you can

14    see there's something that's going on in his mind.  He's

14:58:06 15    covering up his mouth.  "Logan's from."

16         (Video played.)

17         MR. BOYLE:  One more time.

18         (Video played.)

19         MR. BOYLE:  Watch Dennis.  Watch Dennis Mahon.

14:58:45 20         (Video played.)

21         MR. BOYLE:  You can take this back to the jury room.

22    You may want to watch this one.  It's at 15:31:58.  Daniel

23    Mahon is saying to his brother "Logan's from" and he's

24    pointing to the city hall buildings.

14:58:56 25         Now there's a discussion about whether it's a complex

14:58:59  1    or Civic Center One.  But in his mind he's pointing to that

2    area and he's saying "Logan's from."

3            Ms. Hull described how they were, I think her words

4    were "terrified" about the parking garage.  Well, there's a

14:59:16  5    question about whether they're really terrified about the

6    parking garage or not.  I'm not even sure I would agree so far

7    they were terrified.  But I think you can see there is clear

8    nervousness by both of these individuals about where they're

9    at, and it's not a parking garage.  Because you can see when

14:59:35 10    they're on the roadway here, and as you can see in the bottom

11    left, they're not.

12            When Dennis Mahon is describing what's going on, you

13    are going to see him put his hand over his mouth again and say

14    "let's go, baby."  Watch him.

14:59:46 15            (Video played.)

16            MR. BOYLE:  That's where you heard Daniel say, "Pop a

17    cap in his goddamn ass" and Dennis Mahon says, "I didn't plant

18    the bomb, I helped make it."  But watch Dennis Mahon one more

19    time.

15:00:20 20            (Video played.)

21            MR. BOYLE:  Personal?  You're going to see personal

22    in this call, or this recording, at 181.  This is where he

23    talks about the special letters.

24            (Video played.)

15:01:42 25            MR. BOYLE:  Finally, we come to this diagram again.

15:01:44  1    When you watch this recording you can see again they're facing

2    towards the top of the picture that shows the overhead city

3    view, Daniel gesturing towards this city hall area.  And even

4    Inspector Casadei, along with Agent Moreland, you may find,

15:02:03  5    agreed that these streets show the signs, and the drive and

6    the mistakes that Daniel Mahon made were consistent with what

7    the bomber made.  You have to evaluate that.  But remember, if

8    you see the package, 3939 North 75th Street, these are the

9    things you would see if you were on that roadway.

15:02:33  10         Here's another piece of evidence.  Dennis Mahon knows

11    there were no prints on that bomb.  He knows.  How did

12    Daniel -- Dennis Mahon know the bomber left no prints?  He

13    knows because he wiped everything down.  How else would he

14    know they never found out who it was?

15:02:54  15         If you watch this recording, he's talking about they

16    don't get prints off the bomb.  How does he know that?  How

17    does he know the person didn't leave a print inside?

18         You heard there were no prints at all.  And in fact

19    the area of that switch, that whole area that was swabbed was

15:03:09  20    just a suspected print because the latent print examiners

21    never found any prints on this bomb.  But Dennis knew.

22         (Video played.)

23         MR. BOYLE:  He knew.  He knew there were no prints on

24    that bomb.

15:03:34  25         The box.  It was unblemished.  There was no one who

15:03:38 1    put other tape on there, no other stamps on there.  The person

2    who made that bomb knew if you would have to go to the

3    counter.  The bomber knew the one-pound mailing rule and

4    Dennis Mahon knew the one-pound mailing rule.

15:03:53 5            There's a question about the library.  Well, how

6    would he know it went to the library?  Ask any of you, just to

7    yourself.  Ask yourself, if you wanted to send a package to

8    someone at the City of Phoenix and you made a package and you

9    went over to a city building and dropped it off in the city

15:04:08 10    building, it would get -- if you put on there, like, the head

11    of whatever, city offices deliver mail internally.  If you go

12    to the front desk and leave package there, it's going to find

13    its way to the person you intend to mail it to.

14            The note.  People discuss how this was cop talk.  And

15:04:33 15    I remind you of Daniel Mahon when he was just giving

16    descriptions.  And remember what it was, by the way.  It

17    wasn't about the molester.  The question was asked of Daniel

18    Mahon, "Do you do more than just talk about your beliefs?"

19    That was the question that prompted his answer.  And his

15:04:50 20    answer was, "Yes, and it's like a military operation; you plan

21    for it, you equip for it."

22            You see the manuals Dennis Mahon sent.  He's sending

23    the informant manuals, and I'll show them to you in a minute.

24    Military manuals, military magazine how to conduct military

15:05:09 25    operations.

15:05:09  1          The manual about -- the resistence manual in his

2    room; a military type manual.

3          The label.  Dennis Mahon gives you a piece of

4    information about the label.  And this is not about stick-ons.

15:05:26  5          (Video played.)

6          MR. BOYLE:  Kinko's.  Rent a typewriter.  And then

7    why the note.

8          (Video played.)

9          MR. BOYLE:  You heard the call from Dennis and

15:06:31 10   Robert -- or Mr. Kountze talking about how Dennis is the

11   archangel.  How often do you use the word "archangel" in your

12   discussions with people?  Exhibit 206.

13          You heard testimony about Edmund Burke Society, about

14   a white Western Canada.

15:06:49 15          Remember Exhibit 167 where Dennis Mahon is soliciting

16   money for the Heritage Front.  That's not a passing connection

17   to this group.  In this exhibit you see he's collecting money

18   for the Heritage Front.  On the second page you will see it

19   corroborates the fact he was there.

15:07:07 20          Gloves.  Exhibit 40 discussing how it's important to

21   wear gloves.

22          DNA.  This is a picture of some of the evidence taken

23   from the scene.  Some of the hair that was taken from the

24   scene.

15:07:20 25          You have to remember the DNA analogy that was used by

15:07:24  1  Mr. Staub where he says if you swab a teller counter at a

2  bank, you can get all sorts of profiles because a lot of

3  people can go to that location.  That's just different than

4  getting a drop of blood or, in a rape case, finding the semen

15:07:38  5  inside of someone that can only be from the rapist.

6        You have to understand the context of the DNA.  And

7  then you have to understand the contamination from

8  Mr. Moberley and people he touched.  And we don't know who was

9  in that scene.  We know the police when they arrived secured

15:07:53  10  the scene.  After the bomb went off, we just don't know who

11  was inside that building running around looking for more

12  people.  EMTs making sure the room was clear and no one else

13  was injured and lying on the ground inside dying.  You would

14  expect people to go in there immediately to make sure no one

15:08:11  15  else was hurt.  People would have gone back into that scene.

16        You've heard over and over where Dennis Mahon

17  describes how you buy ingredients from several different

18  locations.  Always cash, no credit cards.

19        Here's why you know it's not police.  Here's how you

15:08:30  20  know.  Because in this case you would have to think that the

21  very person that Dennis Mahon called in September just

22  happened to be the same people that the police wanted to bomb

23  in February.  And then it just happened to be at the very same

24  time Dennis Mahon writes the will, the very will that he sends

15:08:48  25  certified mail.  And then you have to believe the letter is

15:08:50 1    dropped off at the same time or about the same time as the

2    bomb, that that is just a coincidence.  And that it just

3    happens to be that what Dennis Mahon writes in his will is in

4    memory of a man who went down fighting against federal agents

15:09:04 5    and in memory of Tim McVeigh.

6        All of those things all happened together at the same

7    exact time.  That the police picked the very person Dennis

8    Mahon was fixated on and they did all of these things and they

9    just all happened to coincide at the exact same time.  And

15:09:21 10    then Dennis Mahon just happens to know that it's a 1-by-5-inch

11    pipe bomb and he happens to know that there's no fingerprints

12    and all of the other evidence I've just described.

13        There is no way for him to have corresponded all of

14    that personal information and all of that timing with some

15:09:36 15    other person.  And the reason for that is Dennis Mahon had

16    called that office.  He did say that white people on behalf of

17    WAR are standing up.  And standing up, as you heard from the

18    National Geographic video, isn't mailing letters, it's not

19    leaving leaflets.  It's direct action.  He says, "Propaganda

15:09:56 20    is out for us.  Violence is the only way."

21        Your elements on conspiracy.  It's an agreement

22    between two or more people knowing the object was to bomb or

23    build -- bomb or burn buildings or property and that just one

24    person has to commit an overt act.

15:10:19 25        You're going to see an instruction that says the

15:10:21  1    actual completion doesn't have to happen.  As long as they've

2    agreed and taken one step.

3           Like a football field.  If you're on the field and

4    you're one the one yard line and you run a play and get to the

15:10:33  5    five yard line, that's an act.  In this case you've seen about

6    20 or 40 overt acts marching all the way down the field.

7           You don't to have wait for the M-80s with the ball

8    bearings to be thrown off a building into a crowd.  There's

9    only one purpose for those things.  You can't light that on

15:10:48 10    the ground and get away.  You heard testimony those things

11    expel faster than a bullet when they're shot out.  There's

12    only one purpose for an M-80 with ball bearings, and that's,

13    as I will describe for you later, corresponding to a call with

14    Tom Metzger.

15:11:06 15           We heard a lot of talk about hating informants.

16    Perhaps informants are easy people to dislike.  But informants

17    are a necessary tool for law enforcement.  There's no verdict

18    form that says you have to decide also you if you like

19    informants.  Your verdict is based on the elements of the

15:11:19 20    offense and whether the government has proven those elements.

21           And someone has to say here, does this make any sense

22    anyway?  Like, Dennis really liked her, he lusted after her,

23    he wanted to marry her, so therefore he taught her how to bomb

24    and burn and kill people?  I mean those two things don't match

15:11:35 25    up.  Because there is a line here between speech and action.

15:11:41  1        Your jury instruction at 4.10 will tell you law

2    enforcement officials may engage in stealth and deception.

3        It's not a defense that some people did a lot more

4    than other people.  I'm going to present a fair amount of

15:11:59  5    evidence about Daniel Mahon in a second, but as long as you're

6    a member of that conspiracy and one member takes an overt act,

7    you're both responsible if you're involved in that conspiracy,

8    which in this case was to bomb and burn buildings and property

9    on behalf of WAR.

15:12:15 10        The overt act.  The overt act doesn't have to be a

11    crime.  You can have a book on blowing up buildings if you

12    want.  You can mail it to your friend if you want.  There's no

13    crime in that.  You have a First Amendment right to those

14    things.

15:12:28 15        But, if it is part of your scheme to teach someone

16    how to bomb, that you intend for them to bomb, you have a

17    conspiracy to bomb and burn buildings, then it is what would

18    otherwise perhaps be a lawful act now being an overt act of

19    the conspiracy.

15:12:46 20        Sending her down to meet Robert Joos.  Go send

21    someone down to talk to the guy.  But if you're sending the

22    person down there so she can learn how to use timers and

23    explosives, that's an overt act.

24        There a lot of these words I put here:  Teaching;

15:13:02 25    prompting; soliciting money; hiding evidence; advising people,

15:13:07  1    hey, don't use the computer for this, they might find it;

2    encouraging; Tom Metzger, hey, what's Dan done lately.  All

3    overt acts.  And there is only one conspiracy here, as I

4    described for you.  It's on behalf of WAR and it meets the

15:13:21  5    elements of the offense.

6         Exhibit 1 gives you all of the pieces you need to

7    talk about Dennis Mahon's motive.  It's not a motive to mail

8    things, it's a motive to commit violence now -- some now,

9    perhaps meaning we won't have a whole lot more later.

15:13:46  10        All these connections to WAR.  Dennis joining WAR in

11    1992.  In 2009, the goal of the struggle: to create racial

12    tension, to make racial discord.  That's the object you hear

13    in this.  Very simple in this case.  It's to promote racial

14    discord.  That's what they stand for.

15:14:08  15        "We don't want Mexicans in the United States, we're

16    going to burn down buildings that hire Mexicans.  We're going

17    to segregate the country."

18        All of that is in Exhibit Number 1.  They're not our

19    words, they're Dennis Mahon's words.  He chose them.

15:14:20  20        This whole group is decided -- dedicated on the idea

21    of tolerance is suicide; the worst thing you can do is

22    nothing.

23        And then Dennis, you may find, wrote "for stand up

24    whites."

15:14:36  25        The KARE TV video.  Number 5.  Dennis talks about at

15:14:43  1    the very end, blast a few of them.

2                Exhibit Number 73, bombing news clips, Dennis Mahon.

3                Exhibit 1:  "I'm a lieutenant of Tom's."  He says,

4    "Be violent in a very intelligent way.  Set your targets high.

15:15:00  5    Don't just beat a black person up on the street."

6                Exhibit 9 is a recording.  Again, there's no

7    informant on Exhibit 9, but you hear that Dennis and Tom are

8    talking about --

9                (Audio played.)

15:15:32  10    MR. BOYLE:  There's no conspiracy when the only

11    person that one defendant conspires with is an informant.  But

12    if there are numerous conspirators, as you've seen here, then

13    you've satisfied part of the instruction.

14                There's a line here and the defendant's crossed way

15:15:51  15    past the line.  The line was violence on behalf of WAR.  Talk

16    all you want.  When you start training people to kill and bomb

17    and burn, you have crossed the line.  And you have seen that

18    over and over.

19                Call 46.  Daniel Mahon.  Talk about knowledge of the

15:16:12  20    conspiracy, he tells you he has knowledge.  He tells you in

21    that call.  He says, "I told you, Dennis, there's two people

22    you shouldn't be letting on here, that girl and Kountze."

23                He knows, without even having to say what it is,

24    there were two people they shouldn't be talking to, and that's

15:16:31  25    Kountze and the informant.

15:16:35  1        Exhibit 154 is where Metzger says "What's Dan done

       2   lately?"  And then Dennis talks -- Dennis' answer is the

       3   important part of this, the evidence, and he says, "I couldn't

       4   have done anything without Dan."

15:16:49  5        What's important about this is it matches 48, which

       6   has a date of 12/11, where Daniel has the same thing.  He's

       7   saying, "listen, we've been on the sidelines for a while.

       8   What have you done lately?"  He said, "We've got to start

       9   getting violent again."

15:17:04 10        Metzger and Daniel Mahon have the same exact thought,

      11   which is they went back to Rockford taking care of their

      12   parents and haven't done anything for a while and both of them

      13   around the same date are saying the same thing: we've got to

      14   get back in the game.

15:17:20 15        I'm going to give these examples, but Daniel Mahon in

      16   Exhibit 48 says "We have to start getting violent."  Not

      17   "you."

      18        Another action.  This idea of the farm.

      19        (Video played.)

15:17:45 20        MR. BOYLE:  Because he says three months ago --

      21        (Video played.)

      22        MR. BOYLE:  "Three months ago I told you, get rid of

      23   the stuff."  That's why it wasn't there.

      24        Dennis talking about Daniel's explosives.

15:18:04 25        (Video played.)

15:18:26    1          MR. BOYLE:  Daniel and Dennis, they want to brag to

            2    each other --

            3          (Audio played.)

            4          MR. BOYLE:  "We are professionals."  "We" are.

15:18:40    5          Consciousness of guilt.  Exhibit 221.

            6          (Video played.)

            7          MR. BOYLE:  They knew.  They knew.  They knew this

            8    day was coming for them.

            9          Dennis insisting city building --

15:19:01   10          (Video played.)

           11          MR. BOYLE:  I want to play a couple more and then

           12    I'll be done here in about three minutes.

           13          This is before Catoosa.  Dennis is talking about

           14    motive.  "If you do this bomb for the molester, then they'll

15:19:36   15    look for you because you have motive."  Daniel says, "Just

           16    plan for it."  Look at the time stamp.

           17          (Video played.)

           18          MR. BOYLE:  "Think about it before you do it.  Just

           19    plan for it, you'll be okay."  That's Daniel Mahon.  Look at

15:20:16   20    the time stamp.  Look at it yourself.

           21          "Everywhere we go bombs go off" in Exhibit 181.

           22          Agent Bettendorf described for you how he wrote a

           23    report ten days after, not seven years later when he comes to

           24    court.  Ten days after the events that happened in Catoosa he

15:20:35   25    said he wrote a report and he describes how Daniel said, "We

15:20:38  1    do more than talk about our beliefs."

2          Daniel and Dennis talking about don't look on the

3    computer about Scottsdale bombing in Exhibit 185.

4          Exhibit 50.  Daniel Mahon talking about, again, the

15:20:51  5    business end of this.  Businesses hiring Mexicans, get some

6    alcohol, throw it through a window, burn it to the ground.

7          Talking about making fire with smoke.  You know who

8    knew how to make fire?  Daniel Mahon.  He knew how to make

9    phosphorus fire in a gas take blow up, make fire; knew how to

15:21:10 10    put alcohol in a bottle and make fire.  Dennis knew how to

11    make fire by putting a propane tank next to a house and then

12    when the molester comes home he would open the door and the

13    house blows up.

14          In Catoosa you have Dan and -- Dennis talks about how

15:21:26 15    he and Dan are so close he doesn't mind if Dan gets her

16    pregnant because that would be the same because they're

17    genetically the same.  That's at 18:38:33 on the 4th.

18          The book says what they do is selective

19    assassination.  Exhibit 37.

15:21:45 20          Exhibit 13.  No answer for this.  Conspiratorial

21    talk.  Metzger telling, giving orders to Dennis, "I told you

22    to drop that guy.  He's a leak.  He's an informant."

23          If you listen to some calls, you have to listen to

24    Exhibit 13, I would suggest to you.  That's up to you.

15:22:03 25          13.  Tom Metzger saying "that guy's a leak."  Who has

15:22:07  1    conversations like this?  The only people who say this

2    person's a leak is when you're involved in a conspiracy.

3            And then finally this call as well.  Those two, 13

4    and 156 where Tom Metzger -- this is the two days after the

15:22:23  5    swab and Dennis says, "I'll never betray you, I won't

6    implicate you."  They don't even have to talk about what it is

7    he won't implicate him about.  He doesn't say "what are you

8    talking about?"  In these two first portions of this, he says,

9    "I know you wouldn't betray me."

15:22:38  10           There's only one purpose for the M-80s.

11           Exhibit 220.  When you listen to it, Dennis -- first

12    thing on it I flipped to is Dennis says "Tom Metzger told me

13    not to drop pipe bombs into a rally."

14           Instructions from Tom Metzger to Dennis.  Again,

15:23:05  15    another description of their conspiracy.  Tom giving orders to

16    Dennis: "told me not to do it."

17           And then there's the Exhibit 160 where they talk

18    about May 1st again and Dennis says, "Drop a few M-80s down

19    there."  Again, being on a building and dropping it down.

15:23:22  20           Joos.  This guy's teaching things like Napalm,

21    timers, explosives.

22           Exhibit 61 talks about a recipe and a bucket.

23           You have the letters in 58, 59, and 60.

24           Exhibit 42, more discussion about Tom and Dennis and

15:23:44  25    Kountze being an informant and he keeps saying "Tom, I don't

15:23:48  1    tell anybody what I've done."

2              The sleeve of white resistance papers on the shelf in

3    Dennis' room.

4              And finally this:  The end result of the conspiracy.

15:24:02  5    The conspiracy had a consequence.  It had a

6    consequence for the people in that building:  Donald Logan,

7    Renita Linyard.

8              Dennis Mahon -- this is my last 30 seconds for you --

9    says "Tom's way is the only way."  He says, "He's the man with

15:24:20  10   the answers."  He says, "Violence is the only goddamn thing

11   the government understands."

12             Tom's way, Dennis' way, Daniel's way, bombing and

13   arson on behalf of WAR.  They're not the only way.  But they

14   are the way, from the evidence, that shows you that they are

15:24:37  15   guilty of counts 1, 2, and 3.

16             Thank you.

17             THE COURT:  All right.  Thank you, Mr. Boyle.

18             Members of the jury, before the jury instructions why

19   don't you all stand up for just a minute and we'll then get to

15:24:52  20   the jury instructions.

21             Others may stand up as well, if they wish, too.

22             MS. WILLIAMS:  Your Honor, excuse me, could the

23   screens be turned off, please.

24             THE COURT:  Yes.  They're off for everybody else.

15:25:49  25   MR. BOYLE:  Actually, I'll turn off my computer.

15:26:03   1          (Brief pause in proceedings.)

2          THE COURT:  All right.

3          Members of the jury, now that you have heard all of

4     the evidence, it is my duty to instruct you on the law which

15:26:12   5     applies to this case.

6          A copy of these instructions will be available in the

7     jury room for you to consult.

8          It is your duty to find the facts from all of the

9     evidence in the case.  To those facts you will apply the law

15:26:25  10     as I give it to you.  You must follow the law as I give it to

11     you, whether you agree with it or not.  And you must not be

12     influenced by any personal likes or dislikes, opinions,

13     prejudices, or sympathy.

14          That means that you must decide the case solely on

15:26:42  15     the evidence before you.  You will recall that you took an

16     oath promising to do so at the beginning of the case.

17          In following my instructions, you must follow all of

18     them and not single out some and ignore others.  They're all

19     equally important.  You must not read into these instructions

15:26:59  20     or into anything I may have said or done any suggestion as to

21     what verdict you should return.  That is a matter entirely up

22     to you.

23          The indictment is not evidence.  The defendants have

24     pleaded not guilty to the charges.  The defendants are

15:27:19  25     presumed to be innocent unless and until the government proves

15:27:22  1    them guilty beyond a reasonable doubt.

2         In addition, the defendants do not have to testify or

3    present any evidence to prove innocence.  The government has

4    the burden of proving every element of every charge beyond a

15:27:36  5    reasonable doubt.

6         A defendant in a criminal case has a constitutional

7    right not to testify.  You may not draw any inference of any

8    kind from the fact that the defendants did not testify.

9         Proof beyond a reasonable doubt is proof that leaves

15:27:57 10    you firmly convinced a defendant is guilty.  It is not

11    required that the government prove guilt beyond all possible

12    doubt.

13         A reasonable doubt is a doubt based upon reason and

14    common sense and is not based purely on speculation.  It may

15:28:14 15    arise from a careful and impartial consideration of all of the

16    evidence or from lack of evidence.

17         If after a careful and impartial consideration of all

18    of the evidence you are not convinced beyond a reasonable

19    doubt that a defendant is guilty, it is your duty to find

15:28:32 20    the -- it is your duty to find the defendant not guilty.

21         On the other hand, if after a careful and impartial

22    consideration of all the evidence you are convinced beyond a

23    reasonable doubt that a defendant is guilty, it is your duty

24    to find the defendant guilty.

15:28:51 25         The evidence you are to consider in deciding what the

15:28:55  1    facts are consists of the sworn testimony of any witness, the

2    exhibits received into evidence, and any facts to which the

3    parties have agreed.

4          In reaching your verdict you may consider only the

15:29:09  5    testimony and exhibits received in evidence.  The following

6    things are not evidence and you may not consider them in

7    deciding what the facts are:  First, questions, statements,

8    objections, and arguments by the lawyers are not evidence.

9    The lawyers are not witnesses.  Although you may consider a

15:29:28 10    lawyer's question to understand the answer of a witness, the

11    lawyer's questions are not evidence.

12          Similarly, what the lawyers have said in their

13    opening statements, closing arguments, and at other times in

14    the trial, is intended to help you interpret the evidence but

15:29:46 15    it is not evidence.  If the facts as you remember them differ

16    from the way the lawyers state them, your memory of them

17    controls.

18          Second, any testimony that I have excluded, stricken,

19    or instructed you to disregard is not evidence.

15:30:03 20          In addition, some evidence was received only for a

21    limited purpose.  When I gave -- when I have given a limiting

22    instruction -- let me start that over.  When I have instructed

23    you to consider certain evidence in a limited way, you must do

24    so.

15:30:20 25          Third, anything you may have seen or heard when the

15:30:23  1    court was not in session is not evidence.  You are to decide

2    the case solely on the evidence received at trial.

3         Evidence may be direct or circumstantial.  Direct

4    evidence is direct proof of a fact, such as testimony by a

15:30:41  5    witness about what that witness personally saw or heard or

6    did.  Circumstantial evidence is indirect evidence.  That is,

7    it is proof of one or more facts from which you can find

8    another fact.

9         You are to consider both direct and circumstantial

15:30:58 10    evidence.  Either can be used to prove any fact.  The law

11    makes no distinction between the weight to be given to either

12    direct or circumstantial evidence.  It is for you to decide

13    how much weight to give to any evidence.

14         In deciding the facts in this case, you may have to

15:31:17 15    decide which testimony to believe and which testimony not to

16    believe.  You may believe everything a witness says or part of

17    it or none of it.

18         In considering the testimony of any witness, you may

19    take into account the witness's opportunity and ability to see

15:31:34 20    or hear or know the things testified to; the witness's memory;

21    the witness's manner while testifying; the witness's interest

22    in the outcome of the case, if any; the witness's bias or

23    prejudice, if any; whether other evidence contradicted the

24    witness's testimony; the reasonableness of the witness's

15:31:57 25    testimony in light of all the evidence; and any other factors

that bear on believability.

The weight of the evidence as to a fact does not necessarily depend on the number of witnesses who testify. What is important is how believable the witnesses were and how much weight you think their testimony deserves.

You are here only to determine whether the defendants are guilty or not guilty of the charges in the indictment. The defendants are not on trial for any conduct or offense not charged in the indictment.

Separate charges -- separate crimes are charged against each defendant. The charges have been joined for trial. You must consider and decide the case of each defendant separately. Your verdict as to one defendant should not control your verdict as to the other defendant. All of the instructions apply to each defendant unless a specific instruction states that it applies only to a specific defendant.

In addition, a separate crime is charged against defendant Dennis Mahon in each count. You must decide each count separately. Your verdict on one count should not control your verdict on any other count.

You have heard testimony that the defendants made statements. It is for you to decide whether the defendants made the statements, and, if so, how much weight to give to the statements. In making those decisions you should consider

15:33:35  1   all of the evidence about the statements, including the

2   circumstances under which the defendant may have made them.

3          You have heard testimony from Rebecca Williams, a

4   witness who received compensation from the government in

15:33:50  5   connection with this case.

6          In evaluating the testimony of Rebecca Williams, you

7   should consider the extent to which or whether her testimony

8   may have been influenced by this factor.  In addition, you

9   should examine the testimony of Ms. Williams with greater

15:34:07  10  caution than that of other witnesses.

11         You have heard testimony from Rebecca Williams, a

12  confidential informant, and Tristan Moreland, an undercover

13  agent, who were involved in the government's investigation in

14  this case.

15:34:24  15         Law enforcement officials may engage in stealth and

16  deception, such as use of informants and undercover agents, in

17  order to investigate criminal activities.  Undercover agents

18  and informants may use false names and appearances and assume

19  the roles of members in criminal organizations.

15:34:48  20         You have heard testimony from persons who, because of

21  education or experience, were permitted to state opinions and

22  the reasons for their opinions.  Such opinion testimony should

23  be judged like any other testimony.  You may accept it or

24  reject it, and give it as much weight as you think it deserves

15:35:08  25  considering the witness's education and experience, the

15:35:11  1    reasons given for the opinions, and all the other evidence in

       2    the case.

       3          Some handwritten notations were made by the lawyers

       4    during the trial to help you -- to help explain the evidence

15:35:27  5    in this case.  These notations were not admitted into evidence

       6    and will not go into the jury room with you.  They're not

       7    themselves evidence or proof of any facts.  If they do not

       8    correctly reflect the facts shown by the evidence in the case,

       9    you should disregard these notations and determine the facts

15:35:46 10    from the underlying evidence.

      11          Defendants Dennis and Daniel Mahon are each charged

      12    in Count 1 of the Superseding Indictment with conspiracy to

      13    damage buildings and property by means of arson and

      14    explosives, in violation of section 844(n) and 844(i) of Title

15:36:14 15    18 of the United States Code.

      16          In order for a defendant to be found guilty of that

      17    charge, the government must prove each of the following

      18    elements beyond a reasonable doubt:

      19          First, beginning on or about September 26, 2003, in

15:36:32 20    the District of Arizona and elsewhere, and ending on or about

      21    June 25, 2009, there was an agreement between two or more

      22    persons to, (a), maliciously, (b), damage or destroy, (c), a

      23    building or other real or personal property, (d), by means of

      24    fire or explosives, and, (e), the building or personal or real

15:37:01 25    property was used in interstate or foreign commerce or in any

15:37:05  1    activity affecting interstate or foreign commerce.

        2            Second, the defendant became a member of the

        3    conspiracy knowing of at least one of its objects and

        4    intending to help accomplish it.

15:37:17  5            And, third, one of the members of the conspiracy

        6    performed at least one overt act on or after June 16, 2004,

        7    for the purposes of carrying out the conspiracy, with all of

        8    you agreeing on a particular overt act that you find was

        9    committed.

15:37:37 10            A conspiracy is a kind of criminal partnership; an

       11    agreement of two or more persons to commit one or more crimes.

       12    The crime of conspiracy is the agreement to do something

       13    unlawful.  It does not matter whether the crime agreed upon

       14    was committed.

15:38:00 15            For a conspiracy to have existed, it is not necessary

       16    that the conspirators made a formal agreement or that they

       17    agreed on every detail of the conspiracy.  It is not enough,

       18    however, that they simply met, discussed matters of common

       19    interest, acted in similar ways, or perhaps helped one

15:38:18 20    another.  You must find that there was a plan to commit the

       21    crime alleged in the indictment as an object of the

       22    conspiracy.

       23            The object of the charged conspiracy in this case was

       24    to promote racial discord on behalf of the White Aryan

15:38:33 25    Resistance, WAR, by damaging or destroying buildings,

15:38:40  1    facilities, or real property of both the government and

2    businesses whose activities defendants believed conflicted

3    with their goals, or to teach tactics with the intent that

4    others commit violent acts on behalf of WAR.

15:38:53  5         In order to find defendants guilty, you must find

6    that they entered into an agreement to achieve an object of

7    the charged conspiracy.

8         One becomes a member of a conspiracy by willfully

9    participating in the unlawful plan with the intent to advance

15:39:10  10   or further some object or purpose of the conspiracy, even

11   though the person does not have full knowledge of all details

12   of the conspiracy.

13        Furthermore, one who willfully joins an existing

14   conspiracy is as responsible for it as the originators.  On

15:39:31  15   the other hand, one who has no knowledge of a conspiracy but

16   happens to act in a way which furthers some object or purpose

17   of the conspiracy does not thereby become a conspirator.

18   Similarly, a person does not become a conspirator merely by

19   associating with one or more persons who are conspirators.

15:39:50  20   Nor merely by knowing a conspiracy exists.

21        An overt act does not itself have to be unlawful.  A

22   lawful act may be an element of a conspiracy if it was done

23   for the purpose of carrying out the conspiracy.  The

24   government is not required to prove that the defendant

15:40:09  25   personally did one of the overt acts.

15:40:14   1        Before being convicted of conspiracy, an individual

        2   must conspire with at least one coconspirator.  There can be

        3   no conspiracy when the only person with whom the defendant

        4   allegedly conspired was a government agent or informant who

15:40:30   5   secretly intended to frustrate the conspiracy.

        6        A conspiracy may continue for a long period of time

        7   and may include the performance of many transactions.  It is

        8   not necessary that all members of the conspiracy join it at

        9   the same time, and one may become a member of a conspiracy

15:40:49  10   without full knowledge of all the details of the unlawful

       11   scheme or the names, identities, or locations of all of the

       12   other members.

       13        Even though a defendant did not directly conspire

       14   with other conspirators in the overall scheme, the defendant

15:41:06  15   has in effect agreed to participate in the conspiracy if the

       16   government proves each of the following beyond a reasonable

       17   doubt:

       18        First, the defendant directly conspired with one or

       19   more conspirators to carry out the object of the charged

15:41:20  20   conspiracy.

       21        Second, the defendant knew or had reason to know that

       22   other conspirators were involved with those with whom the

       23   defendant directly conspired.

       24        And, third, the defendant had reason to believe that

15:41:35  25   whatever benefits the defendant might get from the conspiracy

15:41:38  1   were probably dependent upon the success of the entire

2   venture.

3             It is not a defense that a person's participation in

4   a conspiracy was minor or for a short period of time.

15:41:55  5             You must decide whether the conspiracy charged in

6   Count 1 existed.  And, if it did, who at least some of its

7   members were.

8             If you find that the conspiracy charged did not

9   exist, then you must return a not guilty verdict, even though

15:42:12 10   you may find that some other conspiracy existed.

11            Similarly, if you find that any defendant was not a

12   member of the charged conspiracy, then you must find that

13   defendant not guilty, even though that defendant may have been

14   a member of some other conspiracy.

15:42:30 15            A property is used in commerce when a function of a

16   building is of a commercial or economic character.  "Commerce"

17   includes travel, trade, transportation, and communication.

18   The term "interstate commerce" includes commerce between one

19   state, territory, possession, or the District of Columbia and

15:42:52 20   another state, territory, possession, or the District of

21   Columbia.

22            The term "foreign commerce" includes commerce with a

23   foreign country.

24            "Used in an activity" means active employment for

15:43:06 25   commercial purposes and not merely a passive, passing, or past

15:43:11 1    commercial -- past -- let me start that over.

2              "Used in an activity" means active employment for

3    commercial purposes and not merely a passive, passing, or past

4    connection to commerce.

15:43:25 5             Any building whose primary function is not commercial

6    or economic, as well as buildings that are used in commerce

7    can still be used in an activity affecting commerce.

8              Defendant Dennis Mahon is charged in Count 2 of the

9    Superseding Indictment with malicious damage of a building by

15:43:51 10   means of explosives, in violation of section 844(i) of Title

11   18 of the United States Code.

12             In order for Dennis Mahon to be found guilty of that

13   charge, the government must prove each of the following

14   elements beyond a reasonable doubt:

15:44:08 15            First, on or about February 26th, 2004, within the

16   District of Arizona and elsewhere, Dennis Mahon maliciously

17   damaged by means of an explosive a building or other real

18   property.

19             And, second, the damaged building or property was

15:44:30 20   used in interstate or foreign commerce or in any activity

21   affecting interstate or foreign commerce.  Namely, the City of

22   Scottsdale Office of Diversity & Dialogue located in

23   Scottsdale, Arizona.

24             "Maliciously" is acting with intent or with willful

15:44:45 25   disregard of the likelihood that damage would result.

15:44:50  1          The term "explosive" means gunpowders, powders used

2    for blasting, all forms of high explosives, blasting

3    materials, fuses other than electric circuit breakers,

4    detonators, and other detonating agents, smokeless powders,

15:45:08  5    other explosive or incendiary devices, such as dynamite and

6    all other forms of high explosives, any explosive bombs,

7    grenade, missile, or similar device, and any incendiary bomb

8    or grenade, fire bomb, or similar device, including any device

9    which, (a), consists of or includes a breakable container

15:45:33  10    including a flammable liquid or compound and wick composed of

11    any material which, when ignited, is capable of igniting such

12    flammable liquid or compound, and, (b), can be carried or

13    thrown by one individual acting alone, and any chemical

14    compounds, mechanical mixtures, or device that contains any

15:45:55  15    oxidizing and combustible units or other ingredients in such

16    proportions, quantities, or packing that ignition by fire, by

17    friction, by concussion, by percussion, or by detonation of

18    the compound, mixture, or device, or any part thereof, may

19    cause explosion.

15:46:18  20          A property is used in commerce when a function of a

21    building is of a commercial or economic character.  "Commerce"

22    includes travel, trade, transportation, and communication.

23    The term "interstate commerce" includes commerce between one

24    state, territory, possession, or the District of Columbia and

15:46:38  25    another state, territory, possession, or the District of

15:46:40  1    Columbia.  The term "foreign commerce" includes commerce with

2    a foreign country.

3         "Used in an activity" means active employment for

4    commercial purposes and not merely a passive, passing, or past

15:46:55  5    connection to commerce.

6         Any building whose primary function is not commercial

7    or economic, as well as buildings that are used in commerce,

8    can be used in an activity affecting commerce.

9         Defendant Dennis Mahon is charged in Count 3 of the

15:47:16 10    Superseding Indictment with violation of 18 United States Code

11    section 842(p)(2)(A).  In order for Dennis Mahon to be guilty

12    of this offense, the government must prove each of the

13    following elements beyond a reasonable doubt:

14         First, beginning on or about January 29th, 2005, and

15:47:36 15    ending on or about May 15th, 2005, in the District of Arizona

16    and elsewhere, the defendant taught or demonstrated the making

17    or use of an explosive or destructive device or distributed

18    information pertaining to, in whole or in part, the

19    manufacture or use of an explosive or destructive device.

15:48:01 20         Second, the defendant intended that the teaching or

21    the demonstration or the distributed information be used for

22    or in furtherance of a federal crime of violence.

23         And, third, because the Constitution guarantees

24    freedom of speech but does not protect speech that is intended

15:48:19 25    to produce imminent lawless action and that is likely to

15:48:23  1    produce such action, you must find that the intent of Dennis

       2    Mahon and the tendency of his words were to produce or incite

       3    an imminent federal crime of violence.

       4          The fact that Dennis Mahon's comments were made to a

15:48:38  5    government informant and therefore would not actually have

       6    caused her to commit a federal crime of violence is no defense

       7    if the communications were such that they would have had a

       8    tendency to incite an imminent federal crime of violence if

       9    Rebecca Williams had not been a government informant.

15:48:59 10          The teaching or demonstrating charged in this count

      11    consists of the in-person communications between Dennis Mahon

      12    and Rebecca Williams in Catoosa, Oklahoma, telephone calls

      13    between Dennis Mahon and Rebecca Williams after Catoosa and up

      14    to May 15th, 2005, and the mailing by Dennis Mahon to Rebecca

15:49:21 15    Williams of the books entitled "Forgive?  Forget it!  Creative

      16    Revenge at its Best," and "Poor Man's James Bond 2."

      17          For purposes of this count a federal crime of

      18    violence means transporting or receiving or attempting to

      19    transport or receive, in interstate commerce, any explosive

15:49:45 20    with the knowledge or intent that it will be used to kill,

      21    injure, or intimidate any individual or unlawfully to damage

      22    or destroy any building, vehicle, or personal property.

      23          The term "explosive" in this count has the same

      24    meaning as in Count 2 above.

15:50:04 25          The term "destructive device" means any explosive or

15:50:08  1   incendiary, bomb or grenade or device similar to these devices

2   described.

3        A property is used in commerce when a function of a

4   building is of a commercial or economic character.  "Commerce"

15:50:22  5   includes travel, trade, transportation, and communication.

6        The term "interstate commerce" includes commerce

7   between one state, territory, possession, or the District of

8   Columbia and another state, territory, possession, or the

9   District of Columbia.

15:50:38  10        The term "foreign commerce" includes commerce with

11   any -- with a foreign country.

12        "Used in an activity," means active employment for

13   commercial purposes and not merely a passive, passing, or past

14   connection to commerce.

15:50:56  15        Any building whose primary function is not commercial

16   or economic as well as buildings that are used in commerce can

17   be used in an activity affecting commerce.

18        As I have mentioned to you during the trial, you must

19   decide this case objectively, without passion or sympathies.

15:51:18  20   Some of the evidence you have heard includes declarations of

21   religious, political, or personal beliefs which you may find

22   distasteful or with which you may strongly disagree.  You must

23   consider the evidence dispassionately and not allow your

24   personal opinions, your personal beliefs, fears, sympathies or

15:51:37  25   biases to enter into your deliberations in any respect.

In addition, defendants are not on trial for their personal beliefs or for their expressions of those personal beliefs. Defendants may be convicted of a crime only if the government has proved beyond a reasonable doubt each element of that crime as outlined in the instructions I have given you.

The charges in Counts 1 and 2 may require you to make additional findings. If your verdict is not guilty on Count 1 or 2, there is no need for you to make additional findings regarding that count. If, however, you find a defendant guilty on Count 1 or 2, then you must make additional findings as to that count.

If you find either defendant guilty on Count 1, you must make a finding as to whether Donald Logan or Renita Linyard suffered personal injury as a result of the Count 1 conduct of that defendant. You must also make a finding as to whether Donald Logan or the City of Scottsdale Office of Diversity & Dialogue were intentionally selected as an object of the Count 1 offense because of the actual or perceived race of Donald Logan.

If you find defendant Dennis Mahon guilty on Count 2, you must make a finding as to whether Donald Logan or the City of Scottsdale Office of Diversity & Dialogue were intentionally selected as the object of the Count 2 offense because of the actual or perceived race of Donald Logan.

        You must make each of these additional findings

separately.  The government must prove each of these

additional findings beyond a reasonable doubt.  You must agree

unanimously on these findings.

        Defendant Dennis Mahon may be found guilty of

maliciously damaging a building by means of explosives in

violation of section 844(i) of Title 18 of the United States

Code as charged in Count 2, even if he personally did not

commit the act or acts constituting the crime but aided and

abetted its commission.

        To prove defendant Dennis Mahon guilty of aiding and

abetting, the government must prove each of the following

elements beyond a reasonable doubt:

        First, the crime of maliciously damaging a building

or real property by means of explosives in violation of

section 844(i) of Title 18 of the United States Code as

charged in Count 2 was committed by someone.

        Second, Dennis Mahon knowingly and intentionally

aided, counseled, commanded, induced, or procured that person

to commit the crime.

        And, third, Dennis Mahon acted before the crime was

complete.

        It is not enough that Dennis Mahon merely associated

with the person committing the crime or unknowingly or

unintentionally did things that were helpful to that person or

15:54:53  1  was present at the scene of the crime.  The evidence must show

2  beyond a reasonable doubt that the defendant acted with the

3  knowledge and intention of helping that person commit the

4  crime of maliciously damaging a building or real property by

15:55:08  5  means of explosives in violation of section 844(i) of Title 18

6  of the United States Code.

7       An act is done knowingly if the defendant is aware of

8  the act and does not act through ignorance, mistake, or

9  accident.  You may consider evidence of the defendant's words,

15:55:32  10  acts, or omissions along with all the other evidence in

11  deciding whether a defendant acted knowingly.

12       Evidence has been admitted that Dennis Mahon may have

13  been intoxicated at the time that the crime charged in Count 3

14  was committed.  You may consider evidence of the defendant's

15:55:54  15  intoxication in deciding whether the government has proved

16  beyond a reasonable doubt that the defendant acted with the

17  intent required to commit the charge -- the crime charged in

18  Count 3.

19       Mere presence at the scene of a crime or mere

15:56:13  20  knowledge that a crime is being committed is not sufficient to

21  establish that a defendant committed the crime.  The defendant

22  must be a participant and not merely a knowing spectator.  The

23  defendant's presence may be considered by the jury along with

24  the other evidence in the case.

15:56:33  25       When you begin your deliberations, you should select

one member of the jury as your foreperson.  That person will

preside over the deliberations and speak for you here in

court.  You will then discuss the case with your fellow jurors

to reach agreement if you can do so.  Your verdict, whether

guilty or not guilty, must be unanimous.

Each of you must decide the case for yourself, but

you should do so only after you have considered all of the

evidence, discussed it fully with the other jurors, and

listened to the views of your fellow jurors.

Do not be afraid to change your opinion if the

discussion persuades you that you should, but do not come to a

decision simply because the other jurors think it is right.

It is important that you attempt to reach unanimous

verdict, but of course only if each of you can do so after

having made your own conscientious decision.  Do not change an

honest belief about the weight and effect of the evidence

simply to reach a verdict.

Because you must base your verdict only on the

evidence received in the case and on these instructions, I

remind you that you must not be exposed to any other

information about the case or to the issues it involves.

Except for discussing the case with your fellow jurors during

your deliberations, do not communicate with anyone in any way

and do not let anyone else communicate with you in any way

about the merits of the case or anything to do with it.  This

15:58:06  1    includes discussing the case in person, in writing, by phone

2    or electronic means, via e-mail, text messaging or any

3    Internet chat room, blog, website, or other feature.  This

4    applies to communicating with your family members, your

15:58:24  5    employee -- your employer, the media or the press, and the

6    people involved in the trial.

7         If you are asked or approached in any way about your

8    jury service or anything about this case, you must respond

9    that you have been ordered not to discuss the matter and to

15:58:40  10   report the contact to the Court.

11        Do not read, watch, or listen to any news or media

12   accounts or commentary about the case or anything to do with

13   it.  Do not do any research, such as consulting dictionaries,

14   searching the Internet, or using other reference materials.

15:58:58  15   And do not make any investigation or in any other way try to

16   learn about the case on your own.

17        The law requires these restrictions to ensure the

18   parties have a fair trial based on the same evidence that each

19   party has had an opportunity to address.  A juror who violates

15:59:17  20   these restrictions jeopardizes the fairness of these

21   proceedings and a mistrial could result that would require the

22   entire trial process to start over.

23        If any of you is exposed to any outside information,

24   please notify me immediately.

15:59:36  25        Some of you have taken notes during the trial.

15:59:39  1    Whether or not you took notes, you should rely on your own

2    memory of what was said.  Notes are only to assist your

3    memory.  You should not be overly influenced by your notes or

4    the notes of your fellow jurors.

15:59:54  5            The punishment provided by the law for these crimes

6    is for the Court to decide.  You may not consider punishment

7    in deciding whether the government has proved its case against

8    the defendant -- a defendant beyond a reasonable doubt.

9            A verdict form has been prepared for you.  Actually

16:00:16 10    two verdict forms; one for each of the defendants.  We think

11    they're fairly self-explanatory.

12            In the case of Dennis Mahon, they have three sections

13    for each of the three charges and you're asked to indicate

14    either guilty or not guilty.  And if guilty on Counts 1 or 2

16:00:31 15    it also asks for you to make those special factual findings I

16    mentioned a moment ago.  And the verdict form with respect to

17    Daniel Mahon has one section with respect to the charge in

18    Count 1.

19            After you have reached unanimous agreement on a

16:00:45 20    verdict, your foreperson will fill in the form that has been

21    given to you, sign and date it using the juror number, not

22    your name, because this will become a public document at some

23    point, and then advise the Court that you are ready to return

24    to the courtroom.

16:01:06 25            You will also have in the jury room the exhibits that

have been admitted into evidence, and we have had the parties

prepare two exhibit lists.  One for the government's exhibits,

and one for the defense exhibits.  That will indicate the

exhibit number and some description of the exhibit.  Please

recognize that these lists are not evidence.  They're only

there to assist you in locating a relevant exhibit during your

deliberations.

Let me mention one other thing since we're at

4 o'clock today.  If you break for this evening without

reaching a verdict and plan to gather together tomorrow

morning, when you gather together, please make sure you do not

begin discussing the case until all of the jurors are present

in the jury room because everybody needs to be present during

deliberations.

If it becomes necessary during your deliberations to

communicate with me, you may send a note through a bailiff,

and we'll swear two bailiffs in a moment, signed by your

foreperson or by one or more members of the jury, using juror

numbers.  No member of the jury should ever attempt to

communicate with me except by a signed writing.  And I will

respond to the jury concerning the case only in writing or

here in open court.

If you send out a question, I will consult with the

lawyers before responding to the question, which may take some

time.  You may continue your deliberations while waiting for

16:02:37  1    the answer to any question.

      2        Please remember that you're not to tell anyone,

      3    including me, how the jury stands, numerically or otherwise,

      4    on the question of the guilt of the defendants until after you

16:02:53  5    have reached a unanimous verdict or have been discharged.  Do

      6    not disclose a juror count in any note to the Court.

      7        Counsel, do you have any corrections or additions to

      8    the instructions?

      9        MR. MORRISSEY:  May I consult with counsel?

16:03:13 10        THE COURT:  Sure.

     11        (Counsel confer.)

     12        MR. MORRISSEY:  No, Your Honor.

     13        THE COURT:  Anything from the defense?

     14        MS. WILLIAMS:  No, Your Honor.

16:04:13 15        MS. HULL:  No, sir, thank you.

     16        THE COURT:  All right.  Members of the jury, the jury

     17    that will deliberate in this case will consist of 12 of you.

     18    We seated more than that because of the length of the trial

     19    and winter colds and such other matters that sometimes cause

16:04:27 20    jurors to be unable to continue participating.  And so what

     21    I'm going to ask Traci to do now is to draw three names from

     22    the box of those of you who will be designated as alternates.

     23    I'm sorry, three numbers from the box.

     24        THE COURTROOM DEPUTY:  Juror Number 12.

16:04:51 25        Juror Number 6.

16:04:57 1          Juror Number 17.

2          THE COURT:  All right.  Jurors 12, 6, and 17, I'm

3   going to designate you as alternates and I'd like to say two

4   things to you.  One is, although we're going to excuse you at

16:05:13 5   this time, please don't talk to anybody about the case.  If we

6   find that the jury's deliberating tomorrow morning and one of

7   the jurors can't come in because they've come down with the

8   flu, then we'll need to call one of you back to continue

9   deliberations and it will obviously be important you not talk

16:05:30 10   to anybody in the interim about the case.  So please continue

11   to follow the admonition I've given you about not being

12   exposed to any information.

13          If you're curious about the outcome, feel free to

14   call my chambers at the end of the week or early next week and

16:05:47 15   we'll be happy to tell you what happened if you haven't heard

16   from us.  But please maintain your ability to deliberate if we

17   find we need to call you back for any reason.

18          The second thing I want to do is thank you for your

19   efforts in listening to the evidence and paying close

16:06:01 20   attention to the case.  We know this has been a big disruption

21   in your life and we appreciate the time and effort you all

22   have devoted to it.

23          So I will go ahead and excuse Jurors 12, 6, and 17

24   with our thanks at this time.

16:06:18 25          THE COURTROOM DEPUTY:  It's your seat numbers, what

16:06:19  1    seat you're in.

2                    (Excused jurors exit the courtroom.)

3                    THE COURT:  All right.  We're now going to swear two

4    bailiffs who will be the individuals who will communicate with

16:06:50  5    you while you're deliberating, and it will be Nancy and Traci,

6    who you already know.

7                    (The bailiffs were sworn.)

8                    THE COURT:  All right.  Ladies and gentlemen, we're

9    going to excuse you now to deliberate.  You may take your

16:07:28  10    notes with you.  We will have the evidence and the jury

11    instructions brought in shortly.

12                    We'll excuse the jury at this time.

13                    (The jury exited the courtroom at 4:07.)

14                    THE COURT:  Thank you.  Please be seated.

16:08:05  15                    Counsel, would you please be sure and give Traci your

16    contact information, cell phone, which she can use to get in

17    touch with you.

18                    Are there other matters that we need to address at

19    this time?

16:08:15  20                    MR. BOYLE:  One is the timing, Your Honor.  The

21    victims have asked pursuant to the victim of crimes rights act

22    that they get adequate notice to get back here.  They're going

23    to be in different places around the Valley.  I know you

24    talked -- I know you talked about 15 minutes, maybe half hour.

16:08:33  25    They have requested perhaps up to 40 minutes.  I don't know

16:08:37  1    what your position is on that.  But it does seem that they've

2    been pretty diligent being here and they don't know when the

3    verdict's going to be.  Is it possible we can tell them as

4    soon as we get notice of the verdict they have 40 minutes

16:08:51  5    between when they're advised -- when you tell us and when the

6    verdict's read?

7                THE COURT:  Yes.

8                MR. BOYLE:  Thank you.

9                THE COURT:  You'll have means to contact them

16:09:01 10    immediately, I assume?

11                MR. BOYLE:  Yeah, they'll give us numbers.  Thank

12    you.

13                THE COURT:  Okay.  Anything else we need to address?

14                MS. WILLIAMS:  Your Honor, will that be just for

16:09:07 15    verdict as opposed to notes?

16                THE COURT:  Yes, that's just for verdict.

17                MR. BOYLE:  Yes.

18                THE COURT:  And hopefully we'll be able to get

19    together more quickly if there's a question we need to

16:09:16 20    address.

21                Okay.  Thanks very much.

22                MR. BOYLE:  There was --

23                MS. HULL:  Nothing further.

24                MR. BOYLE:  Judge, I don't know what to do, we

16:09:23 25    brought up the objection --

16:09:27    1              THE COURT:  I would suggest, since it's on the

          2    record, Mr. Boyle, we address it after we've concluded the

          3    case.

          4              MR. BOYLE:  Okay.  Thank you.

16:09:33    5              THE COURT:  All right.  Thank you.

          6              (End of transcript.)

          7                          *  *  *  *  *

          8

          9

         10

         11

         12

         13

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

# **C E R T I F I C A T E**

I, PATRICIA LYONS, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter for the United States District Court for the District of Arizona.

I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control, and to the best of my ability.

DATED at Phoenix, Arizona, this 14th day of August, 2012.

s/ Patricia Lyons, RMR, CRR
Official Court Reporter